1 | **JONES HELSLEY PC**
8365 N. Fresno Street, Suite 310
2 | Post Office Box 28340
Fresno, California  93729
3 | Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330
4 |
5 | Timothy Jones #119841
John P. Kinsey #215916
6 |
7 | Attorneys for:   All Plaintiffs
8 |
9 | **UNITED STATES DISTRICT COURT**
10 | **EASTERN DISTRICT OF CALIFORNIA**

11 | ROCKY MOUNTAIN FARMERS UNION;
REDWOOD COUNTY MINNESOTA          Case No. 1:09-cv-02234-LJO-DLB
12 | CORN AND SOYBEANS GROWERS;
PENNY NEWMAN GRAIN, INC.; REX      **STIPULATION AND ORDER**
13 | NEDEREND; GROWTH ENERGY and the   **ALLOWING PLAINTIFFS TO FILE**
RENEWABLE FUELS ASSOCIATION,       **SECOND AMENDED COMPLAINT**
**FOR DECLARATORY AND**
14 |                                   **INJUNCTIVE RELIEF**
15 |                 Plaintiffs,
16 |       v.
17 | JAMES N. GOLDSTENE, in his official
capacity as Executive Officer of the
18 | California Air Resources Board,
19 |                 Defendant.
20 |
21 |         **WHEREAS** on December 23, 2009, Plaintiffs Rocky Mountain Farmers Union,
22 | Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Growth
23 | Energy, and Renewable Fuels Association (collectively "Plaintiffs") filed their Complaint for
24 | Declaratory and Injunctive Relief against Defendant James N. Goldstene, in his official
25 | capacity as Executive Officer of the California Air Resources Board ("Defendant") in this
26 | action.
27 | ///
28 | ///

{7011/005/00247533.DOC}                    1

1  **WHEREAS** on January 11, 2010, Plaintiffs filed their First Amended
2  Complaint for Declaratory and Injunctive Relief in this action, naming Rex Nederend as a
3  Plaintiff in this action.

4  **WHEREAS** Plaintiffs seek to file their Second Amended Complaint for
5  Declaratory and Injunctive Relief, which adds the Nisei Farmers League, the Fresno County
6  Farm Bureau, and the California Dairy Campaign as Plaintiffs in this action.

7  **WHEREAS** a copy of Plaintiffs' proposed Second Amended Complaint for
8  Declaratory and Injunctive Relief is attached hereto as Exhibit "A."

9  **IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendant, by
10  and through their respective counsel, that:

11  1.  Plaintiffs Rocky Mountain Farmers Union, Redwood County Minnesota
12  Corn and Soybean Growers, Penny Newman Grain, Inc., Rex Nederend, Growth Energy, and
13  Renewable Fuels Association should be granted leave to amend to file their Second Amended
14  Complaint for Declaratory and Injunctive Relief, a copy of which is attached hereto as Exhibit
15  "A."

16  2.  Defendant's responsive pleading shall be due thirty (30) days after the
17  Second Amended Complaint for Declaratory and Injunctive Relief is filed.

18  Dated: January 26, 2010                    STATE OF CALIFORNIA,
19                                             DEPARTMENT OF JUSTICE

20                                             By:  _____/s/  Mark Poole_____
21                                                  Mark Poole,
22                                                  Attorneys for Defendant

23  Dated: January 26, 2010                    JONES HELSLEY PC
24
25                                             By:  _____/s/  Timothy Jones_____
26                                                  Timothy Jones,
27                                                  Attorneys for all Plaintiffs

28  ///

{7011/005/00247533.DOC}                    2

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Plaintiffs Rocky Mountain Farmers Union, Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Rex Nederend, Growth Energy, and Renewable Fuels Association are granted leave to amend to file their Second Amended Complaint for Declaratory and Injunctive Relief, a copy of which is attached hereto as Exhibit "A."

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Declaratory and Injunctive Relief is filed.

**IT IS FURTHER ORDERED** that the Second Amended Complaint for Declaratory and Injunctive Relief is deemed filed as of the date of this Order.

IT IS SO ORDERED.

Dated:   **January 26, 2010**             /s/ *Dennis L. Beck*
                                 UNITED STATES MAGISTRATE JUDGE