1  MARIE L. FIALA (CA Bar No. 79676)
   SIDLEY AUSTIN LLP
2  555 California Street, Suite 2000
   San Francisco, CA 94104-1715
3  Telephone: 415-772-1200
   Facsimile: 415-772-7400
4  mfiala@sidley.com

5  **Counsel For Plaintiffs**

6  [ADDITIONAL PARTIES AND COUNSEL
   SHOWN ON SIGNATURE PAGE]
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                    FRESNO DIVISION

11

| | |
|---|---|
| **NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, THE CENTER FOR NORTH AMERICAN ENERGY SECURITY**, and **THE CONSUMER ENERGY ALLIANCE**,<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES GOLDSTENE**, in his official capacity as Executive Officer of the California Air Resources Board; **MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, JOHN G. TELLES**, and **RONALD O. LOVERIDGE**, in their official capacities as members of the California Air Resources Board; **ARNOLD SCHWARZENEGGER** in his official capacity as Governor of the State of California; and **EDMUND G. BROWN, JR.** in his official capacity as Attorney General of the State of California,<br><br>Defendants | No.<br><br>**NOTICE OF RELATED CASE** |

NOTICE OF RELATED CASE

Pursuant to Civil Local Rule 83-123, Plaintiffs National Petrochemical & Refiners Association (NPRA), American Trucking Associations (ATA) and the Center for North American Energy Security (CNAES) (collectively Plaintiffs) hereby notify the Court that they believe the above-captioned case and *Rocky Mountain Farmers Union v. James N. Goldstene*, filed on December 23, 2009, Case No. 1:09-cv-02234-LJO-DLB, may be related cases within the meaning of Rule 83-123.

These two actions may involve similar questions of fact and law.  Their assignment to the same judge may effect a substantial savings of judicial effort and avoid duplication of labor that would occur if the actions were heard by different judges.  Accordingly, pursuant to Rule 83-123, Plaintiffs believe that assignment to a single judge may conserve judicial resources and promote an efficient determination of the actions.

DATED:  February 2, 2010                             SIDLEY AUSTIN LLP


By:  /s/ Marie L. Fiala
       Marie L. Fiala

*Counsel for Plaintiffs*

[ADDITIONAL COUNSEL OF RECORD]

Roger R. Martella, Jr. (DC Bar No. 976771)
Paul J. Zidlicky (DC Bar No. 450196)
James W. Coleman (DC Bar No. 986626)
*(Pro Hac Vice Applications Pending)*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  202-736-8000
Facsimile:  202-736-8711
rmartella@sidley.com
pzidlicky@sidley.com
jcoleman@sidley.com

*Counsel for Plaintiffs*

---

1
NOTICE OF RELATED CASE

1 | Kurt E. Blase (DC Bar No. 288779)
  | Blase Law Group
2 | 879 N. Kentucky St.
  | Arlington, VA  22205
3 | Telephone:  703-525-3161
  | Facsimile:  703-525-3161
4 | kurt@blasegroup.com

5 | *Counsel for Plaintiff Center for*
  | *North American Energy Security*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

NOTICE OF RELATED CASE