E<small>DMUND</small> G. B<small>ROWN</small> J<small>R</small>., State Bar No. 37100
Attorney General of California
R<small>OBERT</small> W. B<small>YRNE</small>, State Bar No. 213155
Supervising Deputy Attorney General
G<small>AVIN</small> G. M<small>C</small>C<small>ABE</small>, State Bar No. 130864
M<small>ARK</small> P<small>OOLE</small>, State Bar No. 194520
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5582
  Fax:  (415) 703-5480
  E-mail:  Mark.Poole@doj.ca.gov
*Attorneys for Defendant*
*James N. Goldstene*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD,**<br><br>Defendant. | 1:09-CV-02234-LJO-DLB<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR FILING OF DEFENDANT'S RESPONSIVE PLEADING**<br><br><br>Action Filed:  December 23, 2009 |

WHEREAS on December 23, 2009, Plaintiffs Rocky Mountain Farmers Union, Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Growth Energy, and Renewable Fuels Association (collectively "Plaintiffs") filed their Complaint for Declaratory and Injunctive Relief against Defendant James N. Goldstene, in his official capacity as Executive Officer of the California Air Resources Board ("Defendant") in this action, and delivered a copy of the complaint to the Sacramento Office of the Attorney General on December 24, 2009.

1

1   WHEREAS on January 11, 2010, Plaintiffs filed their First Amended Complaint for Declaratory and Injunctive Relief in this action, which named Rex Nederend as a Plaintiff in this action.

WHEREAS on January 20, 2010, Plaintiffs served a copy of the First Amended Complaint on Defendant.

WHEREAS by Order dated January 26, 2010, Plaintiffs were granted leave to file their Second Amended Complaint for Declaratory and Injunctive Relief, and Defendant's responsive pleading was ordered to be filed thirty (30) days following the filing of the Second Amended Complaint.

WHEREAS on January 28, 2010, Plaintiffs filed and served their Second Amended Complaint for Declaratory and Injunctive Relief in this action, which added the Nisei Farmers League, the Fresno County Farm Bureau, and the California Dairy Campaign as Plaintiffs in this action.

WHEREAS Defendant's responsive pleading to the Second Amended Complaint is presently due on March 1, 2010.

WHEREAS on February 2, 2010, a related case, *National Petrochemicals & Refiners Assn v. Goldstene*, Case No. CV-F-10-0163 AWI GSA, was filed in United States District Court for the Eastern District of California.

WHEREAS on February 3, 2010, by Order of the Court, the related case of *National Petrochemicals & Refiners Assn v. Goldstene*, was reassigned to District Judge Lawrence J. O'Neill and Magistrate Judge Dennis L. Beck pursuant to Local Rule 123(c) and assigned new Case No. CV-F-10-0163 LJO DLB.

WHEREAS Defendant needs additional time in order to prepare his responsive pleadings in these two related cases.

IT IS HEREBY STIPULATED between Plaintiffs and Defendant through their respective counsel, pursuant to Local Rule 143, that:

\\\

\\\

2
STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR FILING OF
DEFENDANT'S RESPONSIVE PLEADING (1:09-CV-02234-LJO-DLB)

Defendant is granted an extension of thirty (30) days within which to file his responsive pleading. Defendant's responsive pleading will now be due on March 31, 2010.

Dated: February 25, 2010
EDMUND G. BROWN JR.
Attorney General of California

By: /s/ Mark Poole
MARK POOLE,
Deputy Attorney General
*Attorneys for Defendant James N. Goldstene*

Dated: February 25, 2010
JONES HELSLEY PC

By: /s/ John Kinsey
John Kinsey,
*Attorneys for all Plaintiffs*

3

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR FILING OF DEFENDANT'S RESPONSIVE PLEADING (1:09-CV-02234-LJO-DLB)

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant James N. Goldstene is granted an extension of thirty (30) days for the filing of his responsive pleading.  Defendant's responsive pleading shall be due on March 31, 2010.

IT IS SO ORDERED.

Dated:   **February 27, 2010**             /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

4

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR FILING OF DEFENDANT'S RESPONSIVE PLEADING (1:09-CV-02234-LJO-DLB)