1  **JONES HELSLEY PC**
    8365 N. Fresno Street, Suite 310
2   Post Office Box 28340
    Fresno, California 93729
3   Telephone: (559) 233-4800
    Facsimile: (559) 233-9330
4

5   Timothy Jones #119841
    John P. Kinsey #215916
6

7   Attorneys for:  All Plaintiffs

8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; FRESNO COUNTY FARM BUREAU; NISEI FARMERS LEAGUE; CALIFORNIA DAIRY CAMPAIGN; REX NEDEREND; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION | Case No. 1:09-cv-02234-LJO-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
|---|---|
| Plaintiffs, | |
| v. | |
| JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board, | |
| Defendant. | |

**WHEREAS** on January 28, 2010, Plaintiffs Rocky Mountain Farmers Union, Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Growth Energy, Renewable Fuels Association, Rex Nederend, Nisei Farmers League, the Fresno County Farm Bureau, and the California Dairy Campaign (collectively "Plaintiffs") filed their Second Amended Complaint for Declaratory and Injunctive Relief (the "Second Amended

///

{7011/005/00248899.DOC}                              1
_____
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**

Complaint") against Defendant James N. Goldstene, in his official capacity as Executive Officer of the California Air Resources Board ("Defendant") in this action.

**WHEREAS** the Mandatory Scheduling Conference in this action is presently scheduled for March 25, 2010, at 9:00 a.m. in Courtroom No. 9.

**WHEREAS** the National Petrochemical & Refiners Association (the "NPRA") and other plaintiffs filed a Complaint for Declaratory and Injunctive Relief and Jury Demand (the "NPRA Complaint") on February 2, 2010, which challenges the same regulation at issue in this action. *See National Petrochemical & Refiners Association, et al. v. Goldstene, et al.*, Eastern District Case No. 10-CV-00163 LJO DLB (the "NPRA Action").

**WHEREAS** Defendant's responsive pleadings to the Second Amended Complaint in this action, and the complaint in the NPRA Action, are presently due March 31, 2010.

**WHEREAS** the parties wish to continue the Mandatory Scheduling Conference until after Defendant has filed its responsive pleadings in this action and the NPRA Action.

**WHEREAS** the parties are available to conduct the Mandatory Scheduling Conference in this action on May 4, 2010, at 9:00 a.m.

**WHEREAS** the Mandatory Scheduling Conference in the NPRA Action is presently set for May 4, 2010.

**WHEREAS** Defendant wishes to have the two Mandatory Scheduling Conferences heard on the same day in the interests of increased efficiency, and Plaintiffs do not oppose this request.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendant, by and through their respective counsel, that:

///
///
///
///
///

1. The Mandatory Scheduling Conference in this action, previously scheduled for March 25, 2010, should be continued to May 4, 2010, at 9:00 a.m. in Courtroom 9 (6th Floor).

Dated: March 17, 2010                          STATE OF CALIFORNIA,
                                               DEPARTMENT OF JUSTICE


                                               By:   /s/ Mark Poole
                                                     Mark Poole,
                                                     Attorneys for Defendant


Dated: March 17, 2010                          JONES HELSLEY PC


                                               By:   /s/ Timothy Jones
                                                     Timothy Jones,
                                                     Attorneys for all Plaintiffs


### ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for March 25, 2010, shall be continued to May 4, 2010, at 9:15 a.m. in Courtroom 9 (6th Floor).

IT IS SO ORDERED.

Dated:   **March 18, 2010**                    /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE

{7011/005/00248899.DOC}                         3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE**