**JONES HELSLEY PC**
8365 N. Fresno Street, Suite 310
Post Office Box 28340
Fresno, California 93729
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for:  All Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; FRESNO COUNTY FARM BUREAU; NISEI FARMERS LEAGUE; CALIFORNIA DAIRY CAMPAIGN; REX NEDEREND; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant. | Case No. 1:09-cv-02234-LJO-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

**WHEREAS** on January 28, 2010, the Rocky Mountain Farmers Union, Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Growth Energy, Renewable Fuels Association, Rex Nederend, Nisei Farmers League, the Fresno County Farm Bureau, and the California Dairy Campaign, filed its Second Amended Complaint for Declaratory and Injunctive Relief. *See Rocky Mountain Farmers Union v. James N. Goldstene*, Case No. 1:09-cv-02234-LJO-DLB ("this Action").

///

{7011/005/00249666.DOC}                              1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE

**WHEREAS** on February 2, 2010, the National Petrochemical & Refiners Association ("NPRA"), American Trucking Associations ("ATA") and the Center for North American Energy Security ("CNAES") (collectively "Plaintiffs"), filed a Complaint for Declaratory and Injunctive Relief and Jury Demand which challenges the same regulation at issue in this action ("NPRA Action").

**WHEREAS** the Mandatory Scheduling Conferences for both actions are set for the same day at the Defendants' request and are presently set for May 4, 2010, at 9:15 a.m. in Courtroom No. 9.

**WHEREAS** counsel for NPRA have a conflict on this date and wish to reschedule the Mandatory Scheduling Conference.

**WHEREAS** all parties are available to conduct the Mandatory Scheduling Conference in these actions on June 30, 2010, and have agreed to hold it on this date.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs in both actions and Defendants, by and through their respective counsel, that:

1. The Mandatory Scheduling Conference in this Action, previously scheduled for May 4, 2010, should be continued to June 30, 2010, at 9:15 a.m. or such time as may be set by the Court, in Courtroom 9 (6th Floor).

DATED: April 15, 2010                             JONES HELSLEY PC

                                                  By:  /s/ Timothy Jones
                                                       Timothy Jones,
                                                       Counsel for Plaintiffs in Rocky
                                                       Mountain Farmers Action

DATED: April 15, 2010                             STATE OF CALIFORNIA,
                                                  DEPARTMENT OF JUSTICE

                                                  By:  /s/ Mark Poole
                                                       Mark Poole,
                                                       Counsel for Defendants

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, previously scheduled for May 4, 2010, shall be continued to June 30, 2010, at 9:15a.m. in Courtroom 9 (6th Floor).

IT IS SO ORDERED.

Dated:   **April 16, 2010**                              /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE