1  **JONES HELSLEY PC**
   8365 N. Fresno Street, Suite 310
2  Post Office Box 28340
   Fresno, California  93729
3  Telephone:  (559) 233-4800
   Facsimile:  (559) 233-9330
4

5  Timothy Jones #119841
   John P. Kinsey #215916
6

7  Attorneys for:   All Plaintiffs

8

9                  **UNITED STATES DISTRICT COURT**

10              **EASTERN DISTRICT OF CALIFORNIA**

11  ROCKY MOUNTAIN FARMERS UNION;          Case No. 1:09-cv-02234-LJO-DLB
    REDWOOD COUNTY MINNESOTA
12  CORN AND SOYBEANS GROWERS;             **STIPULATION AND ORDER**
    PENNY NEWMAN GRAIN, INC.;              **GRANTING NATURAL**
13  FRESNO COUNTY FARM BUREAU;             **RESOURCES DEFENSE COUNCIL,**
    NISEI FARMERS LEAGUE;                  **INC., SIERRA CLUB, AND**
14  CALIFORNIA DAIRY CAMPAIGN;             **CONSERVATION LAW**
    REX NEDEREND; GROWTH ENERGY            **FOUNDATION LEAVE TO**
15  and the RENEWABLE FUELS                **INTERVENE**
    ASSOCIATION
16
                    Plaintiffs,
17
           v.
18
    JAMES N. GOLDSTENE, in his official
19  capacity as Executive Officer of the
    California Air Resources Board,
20
                    Defendant.
21

22

23         **WHEREAS** on January 28, 2010, Plaintiffs Rocky Mountain Farmers Union,

24  Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Growth

25  Energy, Renewable Fuels Association, Rex Nederend, Nisei Farmers League, the Fresno

26  County Farm Bureau, and the California Dairy Campaign (collectively "Plaintiffs") filed their

27  Second Amended Complaint for Declaratory and Injunctive Relief (the "Second Amended

28  ///

    {7011/005/00249675.DOC}                    1

    _____
    STIPULATION AND [PROPOSED] ORDER GRANTING NATURAL RESOURCES DEFENSE COUNCIL, INC., SIERRA CLUB,
    AND CONSERVATION LAW FOUNDATION LEAVE TO INTERVENE

1    Complaint") against Defendant James N. Goldstene, in his official capacity as Executive

2    Officer of the California Air Resources Board ("Defendant") in this action.   (Docket No. 11.)

3           **WHEREAS** on March 24, 2010, Natural Resources Defense Council, Inc.

4    ("NRDC"), Sierra Club, and Conservation Law Foundation (collectively the "Applicants")

5    filed their Motion to Intervene in this action, pursuant to Rule 24 of the Federal Rules of Civil

6    Procedure.  (See Docket No. 17.)

7           **WHEREAS** on March 31, 2010, Defendant filed its Motion to Dismiss the

8    Second Amended Complaint in this action, which is scheduled for hearing on May 26, 2010.

9    (See Docket No. 23.)

10          **WHEREAS** Defendant is agreeable to affording Applicants leave to intervene,

11   under the conditions stated below.

12          **IT IS HEREBY STIPULATED**, by and between Plaintiffs, Defendant, and

13   Applicants, by and through their respective counsel, that:

14          1.      Applicants may be granted leave to intervene in this action under the

15   following conditions:

16                  a.      Applicants shall coordinate their positions in this action with

17   Defendant, and shall file motions and/or briefs only if the Defendant refuses to make an

18   argument that Applicants consider relevant; and

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1              b.       Applicants shall not file a separate motion to dismiss the Second

2    Amended Complaint; however, Applicants may either (i) join in Defendant's reply brief or (ii)

3    file a separate reply brief if Defendant does not file his own reply brief.

4    Dated:  April 16, 2010                          STATE OF CALIFORNIA,
                                                     DEPARTMENT OF JUSTICE
5

6                                                    By:   /s/ Mark Poole
7                                                          Mark Poole,
                                                           Attorneys for Defendant
8

9    Dated:  April 16, 2010                          JONES HELSLEY PC
10

11                                                   By:   /s/  Timothy Jones
12                                                         Timothy Jones,
                                                           Attorneys for all Plaintiffs
13

14   Dated:  April 16, 2010                          NATURAL RESOURCES
                                                     DEFENSE COUNCIL
15

16                                                   By:   /s/  David Pettit
17                                                         David Pettit,
                                                           Attorneys for Applicants Natural Resources
18                                                         Defense Council, Inc. and Conservation
                                                           Law Foundation
19

20   Dated:  April 16, 2010                          SIERRA CLUB
21

22                                                   By:   /s/  Pat Gallagher
23                                                         Pat Gallagher,
                                                           Attorneys for Applicant Sierra Club
24

25   ///

26   ///

27   ///

28   ///

{7011/005/00249675.DOC}                        3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Applicants Natural Resources Defense Council, Inc., Sierra Club, and Conservation Law Foundation (collectively the "Applicants") are granted leave to intervene in this action under the following conditions:

a.   Applicants shall coordinate their positions in this action with Defendant, and shall file motions and/or briefs only if the Defendant refuses to make an argument that Applicants consider relevant; and

b.   Applicants shall not file a separate motion to dismiss the Second Amended Complaint; however, Applicants may either (i) join in Defendant's reply brief or (ii) file a separate reply brief if Defendant does not file his own reply brief.


DATED:  April  19, 2010                    /s/ Lawrence J. O'Neill
                                                         Honorable Lawrence J. O'Neill