1          **IN THE UNITED STATES DISTRICT COURT**

2          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

3

4   ROCKY MOUNTAIN FARMERS UNION,          CASE NO. CV-F-09-2234 LJO DLB
    REDWOOD COUNTY MINNESOTA CORN
5   AND SOYBEAN GROWERS, PENNY
    NEWMAN GRAIN, INC., GROWTH ENERGY,      **AMENDED BRIEFING ORDER FOR**
6   RENEWABLE FUELS ASSOCIATION, REX        **UNICA'S AMICUS CURIAE REQUEST**
    NEDEREND, FRESNO COUNTY FARM
7   BUREAU, NISEI FARMERS LEAGUE, and
    CALIFORNIA DAIRY CAMPAIGN,
8
                   Plaintiffs,
9
10          vs.

11  JAMES N. GOLDSTENE, Executive Officer
    of the California Air Resources Board,
12
                   Defendants.
13  _____

14  NATIONAL PETROCHEMICAL &               CASE NO. CV-F-10-163 LJO DLB
    REFINERS ASSOCIATION, AMERICAN
15  TRUCKING ASSOCIATIONS, CENTER          **AMENDED BRIEFING ORDER FOR**
    FOR NORTH AMERICAN ENERGY              **UNICA'S AMICUS CURIAE REQUEST**
16  SECURITY, and THE CONSUMER
    ENERGY ALLIANCE,
17
                   Plaintiffs,
18
19          vs.

20  JAMES GOLDSTENE, Executive Officer
    of the California Air Resources Board,
21  MARY D. NICHOLS, DANIEL SPERLING,
    KEN YEAGER, DORENE D'ADAMO,
22  BARBARA RIORDAN, JOHN R. BALMES,
    LYDIA H. KENNARD, SANDRA BERG,
23  RON ROBERTS, RONALD O.
    LOVERIDGE, member of the California
24  Air Resources Board; ARNOLD
    SCHWARZENEGGER, Governor of the
25  state of Caliofrnia, and EDMUND BROWN,
    Attorney General of the state of California,
26
                   Defendants.
27  _____

    and related intervenor actions
28  _____

                                 1

On May 5, 2010, the Brazilian Sugar Cane Industry Association ("UNICA") moved to appear as amicus curiae in the above-titled actions.  Because plaintiffs' oppositions to the pending motions to dismiss in the actions are due to be filed on May 12, 2010, this Court SETS the following AMENDED briefing schedule on Unica's motion to appear as amicus curiae:

1.   All parties, including plaintiffs, defendants, and intervenor defendants, must file either a statement of non-opposition or an opposition to Unica's motion no later than **May 10, 2010 at Noon.**

2.   If any party opposes Unica's motion to appear amicus curiae, Unica shall file a reply, if any, no later than **May 11, 2010 at Noon.**

3.   No hearing shall be set on this motion, unless the Court deems otherwise.

The Court DIRECTS the clerk of court to file this order on the docket of both cases appearing in the caption of this order.

IT IS SO ORDERED.

**Dated:   May 7, 2010**                    /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE