**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, REDWOOD COUNTY MINNESOTA CORN AND SOYBEAN GROWERS, PENNY NEWMAN GRAIN, INC., GROWTH ENERGY, RENEWABLE FUELS ASSOCIATION, REX NEDEREND, FRESNO COUNTY FARM BUREAU, NISEI FARMERS LEAGUE, and CALIFORNIA DAIRY CAMPAIGN,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES N. GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>Defendants. | CASE NO. CV-F-09-2234 LJO DLB<br><br>**ORDER TO ENLARGE PAGE LIMITS** |
| NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES GOLDSTENE, Executive Officer of the California Air Resources Board, MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, RONALD O. LOVERIDGE, member of the California Air Resources Board; ARNOLD SCHWARZENEGGER, Governor of the state of Caliofrnia, and EDMUND BROWN, Attorney General of the state of California,<br><br>Defendants.               /<br><br>and related intervenor actions and amici.<br>               / | CASE NO. CV-F-10-163 LJO DLB<br><br>**ORDER TO ENLARGE PAGE LIMITS** |

1

On May 7, 2010, plaintiffs Rocky Mountain Farmers Union, Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Growth Energy, Renewable Fuels Association, Rex Nederend, Nisei Farmers League, Fresno County Farm Bureau, and the California Dairy Campaign ("plaintiffs") requested to file an enlarged brief in opposition to the pending motion to dismiss. Plaintiffs contend that an enlargement is necessary because they will be required to discuss the extensive legislative history underlying the low carbon fuel standard at issue in this case, the lengthy regulatory proceedings before the California Air Resources Board, and the applicable case law. For good cause appearing, this Court GRANTS in part plaintiffs' request and ORDERS as follows:

**The 25-page limit for opposition to the pending motions to dismiss is ENLARGED to 40 pages.** The plaintiffs in each of the above-titled actions may file an opposition up to and including 40 pages in length. The Court grants this enlargement to allow the plaintiffs to address all of the issues raised by the interested parties in this action.

IT IS SO ORDERED.

**Dated:   May 10, 2010**                    /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE