1 | **JONES HELSLEY PC**
2 | 8365 N. Fresno Street, Suite 310
  | Post Office Box 28340
3 | Fresno, California 93729
  | Telephone: (559) 233-4800
4 | Facsimile: (559) 233-9330

5 | Timothy Jones #119841
  | John P. Kinsey #215916

7 | Attorneys for: Plaintiffs Rocky Mountain Farmers Union; Redwood County Minnesota Corn And Soybeans Growers; Penny Newman Grain, Inc.; Fresno County Farm Bureau; Nisei Farmers League; California Dairy Campaign; Rex Nederend; Growth Energy and the Renewable Fuels Association

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROCKY MOUNTAIN FARMERS UNION; *et al.*, | Case No. 1:09-CV-02234-LJO-DLB |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE** |
| v. | |
| JAMES N. GOLDSTENE, | |
| Defendant. | |
| NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, *et al.*, | Related with Case No.: 1:10-CV-00163-LJO-DLB |
| Plaintiffs, | |
| v. | |
| JAMES GOLDSTENE, *et al.*, | |
| Defendants | |
| And related intervenor actions | |

///

///

///

{7011/005/00252404.DOC}   1

**STIPULATION AND [PROPOSED] ORDER TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE**

**WHEREAS** the Mandatory Scheduling Conferences scheduled in the related actions of *Rocky Mountain Farmers Union, et al. v. Goldstene*, Case No. 1:09-CV-02234-LJO-DLB (the "RMFU Action"), and *National Petrochemical & Refiners Association, et al. v. Goldstene, et al.*, Case No. 1:10-CV-00163-LJO-DLB (the "NPRA Action") are presently set for July 28, 2010, in Courtroom No. 9, at 9:00 a.m. and 9:15 a.m.

**WHEREAS** the Defendants in the RMFU Action and the NPRA Action recently filed their Answers on July 14, 2010.

**WHEREAS** both the Plaintiffs in RMFU and NPRA Actions and Defendants have agreed to stipulate to continue the Mandatory Scheduling Conferences in the above actions, to provide the parties additional time to meet and confer regarding their Joint Scheduling Conference Statements.

**WHEREAS** additional time to meet and confer regarding the Joint Scheduling Conference Statements is necessary to allow the parties to further discuss which facts and/or legal issues in the above actions are disputed or undisputed.

**WHEREAS** all parties are available to conduct the Mandatory Scheduling Conferences in these actions on September 9, 2010, and have agreed to hold it on this date, pending approval by the Court.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs in both actions and Defendants, by and through their respective counsel, that:

1. The Mandatory Scheduling Conferences in the above-captioned actions, previously scheduled for July 28, 2010, should be continued to September 9, 2010, at 9:00 a.m., or such time as may be set by the Court, in Courtroom 9 (6th Floor).

2. The parties shall serve their initial disclosures under Rule 26 of the Federal Rules of Civil Procedure no later than 14 days following the September 9, 2010, Mandatory Scheduling Conferences.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: July 16, 2010 | STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE |
| | | |
| | | By:   /s/  Mark Poole |
| | |       Mark Poole, |
| | |       Attorneys for All Defendants |
| | Dated: July 22, 2010 | SIDLEY AUSTIN LLP |
| | | By:   /s/  Marie C. Fiala |
| | |       Marie C. Fiala, |
| | |       Attorneys for the NPRA Plaintiffs |
| | Dated: July 22, 2010 | JONES HELSLEY PC |
| | | By:   /s/  John P. Kinsey |
| | |       John P. Kinsey, |
| | |       Attorneys for the RMFU Plaintiffs |

### ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conferences in the above-captioned actions, previously scheduled for July 28, 2010, shall be continued to September 9, 2010, at 9:00 a.m. in Courtroom 9 (6th Floor).

**IT IS ALSO ORDERED** that the parties shall serve their initial disclosures under Rule 26 of the Federal Rules of Civil Procedure no later than 14 days following the September 9, 2010, Mandatory Scheduling Conferences.

IT IS SO ORDERED.

Dated:   **July 22, 2010**                      /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE