1  TIMOTHY O'CONNOR (State Bar No. 250490)
   ENVIRONMENTAL DEFENSE FUND
2  123 Mission St., 28th Floor
   San Francisco, CA, 94105
3  Telephone:  (415) 293-6132
   Facsimile:   (415) 293-6051
4
5  Attorney for Defendant-Intervenor
   Environmental Defense Fund
6
7
8               **UNITED STATES DISTRICT COURT**
9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, et al., | 1:09-cv-02234-LJO-DLB |
| Plaintiffs, | **ORDER GRANTING ENVIRONMENTAL DEFENSE FUND LEAVE TO INTERVENE** |
| v. | |
| JAMES N. GOLDSTENE, | Date:   September 17, 2010 |
| Defendant, | Time:   09:00 am |
| | Judge:  Hon. Dennis L. Beck |
| NATURAL RESOURCES DEFENSE COUNCIL, INC., SIERRA CLUB, AND CONSERVATION LAW FOUNDATION, | |
| Defendant-Intervenors, | |

**<u>ORDER</u>**

The Court having reviewed a Stipulation between all parties, and finding good cause to grant the motion of Environmental Defense Fund to intervene:

---

Stipulation and [Proposed] Order Granting Environmental Defense Fund Leave to Intervene
Case No. 1:09-cv-02234-LJO-DLB

1    **IT IS HEREBY ORDERED** that Applicant Environmental Defense Fund is granted
2    leave to intervene in this action under the following condition:
3
4    a.    Applicant shall coordinate their positions in this action with Defendant, and shall
5    file motions and/or briefs only if the Defendant refuses to make an argument that Applicant
6    considers relevant.
7
8
9
10   DATED: 15 September 2010
11                                              /s/ *Dennis L. Beck*
12                                              Honorable Dennis Beck
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 1:09-cv-02234-LJO-DLB

1