IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS, UNION, et al., | CASE NO. CV F 09-2234 LJO DLB |
| Plaintiffs, | **ORDER ON BRIEFING PAGE LIMITS** (Docs. 107, 108.) |
| vs. | |
| JAMES GOLDSTENE, et al., | |
| Defendants. / | |

Plaintiffs seek leave to exceed this Court's briefing limits. This Court treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court PERMITS plaintiffs to file opening briefs not to exceed **35** pages on the condition that such briefs are **well-organized, clear and succinct and avoid unnecessary duplication**. All other briefing shall conform to the Standing Order page limitations of this Court, unless this Court orders otherwise.

In addition, this Court ORDERS the parties to provide courtesy copies of their papers to chambers.

Due to this Court's heavy caseload and its effect to hold to scheduled trial and related dates, the parties are encouraged to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:   October 29, 2010**                    /s/ Lawrence J. O'Neill

1

1                                      UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28