**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for:   All plaintiffs in Case No. 1:09-CV-02234-LJO-DLB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; FRESNO COUNTY FARM BUREAU; NISEI FARMERS LEAGUE; CALIFORNIA DAIRY CAMPAIGN; REX NEDEREND; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant.<br><br>and Related Consolidated Action | LEAD CASE NO.<br>   1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br>   1:10-CV-00163-LJO-DLB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:         February 23, 2011**<br>**Time:        8:30 a.m.**<br>**Courtroom: 4** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on February 23, 2011, at 8:30 a.m., or at such other date and time as may be set by the Court, in Courtroom 4 of the United States District Court for the Eastern District of California, Fresno Division, located at 2500 Tulare Street, Fresno, California, Plaintiffs Rocky Mountain Farmers Union; Redwood County Minnesota Corn And Soybeans Growers; Penny Newman Grain, Inc.; Fresno County Farm Bureau; Nisei

1

Farmers League; California Dairy Campaign; Rex Nederend; Growth Energy and the Renewable Fuels Association ("Plaintiffs") will move pursuant to Federal Rule of Civil Procedure 56 for summary judgment on all claims stated in Plaintiffs' Second Amended Complaint (the "Motion").

Plaintiffs' Motion is made on the ground that the low-carbon fuel standard ("LCFS") regulation contained in the Final Regulation Order attached to California Air Resources Board Executive Order R-09-014 (Nov. 25, 2009), violates the Commerce and Supremacy Clauses of the U.S. Constitution. Plaintiffs are entitled to summary judgment on each of their claims. The material facts are not subject to genuine dispute and plaintiffs are entitled to judgment as a matter of law.

In support of this Motion, Plaintiffs rely on this Notice of Motion and Motion, their Memorandum of Points and Authorities and Statement of Undisputed Facts filed in support thereof, their Request for Judicial Notice and the Exhibits to that Request filed herewith, and on such other evidence as may be offered at the hearing.

Dated:  November 1, 2010                JONES HELSLEY PC


By:   /s/ Timothy Jones
        Timothy Jones #119841
        John P. Kinsey #215916
        JONES HELSLEY PC
        8365 North Fresno Street, Suite 310
        PO Box 28340
        Fresno, CA 93729
        Attorneys for all plaintiffs
        in Case No. 1:09-CV-02234-LJO-DLB

Charles H. Knauss                        Stuart A. C. Drake
Thomas R. Lotterman                      John C. O'Quinn
Bryan M. Killian                         (*Admitted Pro hac vice*)
(*Admitted Pro hac vice*)                KIRKLAND & ELLIS LLP
BINGHAM MCCUTCHEN LLP                    655 Fifteenth Street, NW
2020 K Street, NW                        Washington, DC 20005
Washington, DC 20006-1806                (202) 879-5000
(202) 373-6000                           Attorneys for plaintiff Growth Energy
Attorneys for plaintiff Renewable Fuels
  Association