1   **JONES HELSLEY PC**
    265 E. River Park Circle, Suite 310
2   Post Office Box 28340
    Fresno, California  93720
3   Telephone:  (559) 233-4800
    Facsimile:  (559) 233-9330
4

5   Timothy Jones #119841
    John P. Kinsey #215916
6

7   Attorneys for:   Plaintiffs Rocky Mountain Farmers Union; Redwood County Minnesota Corn
                     And Soybeans Growers; Penny Newman Grain, Inc.; Fresno County Farm Bu-
8                    reau; Nisei Farmers League; California Dairy Campaign; Rex Nederend; Growth
                     Energy and the Renewable Fuels Association
9
    [Additional counsel listed on signature page]
10

11                  **UNITED STATES DISTRICT COURT**

12                  **EASTERN DISTRICT OF CALIFORNIA**

13  ROCKY MOUNTAIN FARMERS UNION;           LEAD CASE NO.
    REDWOOD COUNTY MINNESOTA                    1:09-CV-02234-LJO-DLB
14  CORN AND SOYBEANS GROWERS;
    PENNY NEWMAN GRAIN, INC.; FRES-         *Consolidated With* Case No.:
15  NO COUNTY FARM BUREAU; NISEI               1:10-CV-00163-LJO-DLB
    FARMERS LEAGUE; CALIFORNIA
16  DAIRY CAMPAIGN; REX NEDEREND;
    GROWTH ENERGY and the RENEWA-
17  BLE FUELS ASSOCIATION

18              Plaintiffs,                  **PLAINTIFFS' STATEMENT OF MA-
                                            TERIAL FACTS NOT SUBJECT TO
19      v.                                  GENUINE DISPUTE**

20  JAMES N. GOLDSTENE, in his official
    capacity as Executive Officer of the Cali-
21  fornia Air Resources Board,

22              Defendant.

23  ─────────────────────────────────
    and Related Consolidated Action
24

25          Pursuant to Rule 56(a) and (c) of the Federal Rules of Civil Procedure and Local Rule

26  260(a), plaintiffs in Case No. 1: 09-CV-02234-LJO-DLB respectfully submit their statement of

27  materials facts not subject to genuine dispute in support of their motion for summary judgment.

28

                                          1

| | FACTS | EVIDENCE |
|---|---|---|
| 1. | Ethanol is an organic compound of hydrogen, carbon, and oxygen atoms structured as shown in the following flat representation:<br><br>H─C─C─O─H | *See* Patterson & Heinen, *Emissions from Combustion Engines and their Control* (1972) at 53. |
| 2. | The chemical identity and physical characteristics of ethanol used in motor vehicles in the United States does not depend on the location where it is produced, the method of production, or the feedstock used in production. | *See* CARB, *Initial Statement of Reasons in Support of Proposed Rulemaking -- Low-Carbon Fuel Standard* ("ISOR") at V-30. |
| 3. | The emissions produced when ethanol is burned in a motor vehicle engine do not vary based on (1) the feedstock used to make the ethanol, (2) the production of the feedstock, (3) the production of the ethanol, (4) the type or quantity of distillers grains produced along with the ethanol, or (5) the location of the ethanol production facility. | *See* ISOR at V-30; CARB, *Final Statement of Reasons -- Low-Carbon Fuel Standards* ("FSOR") at 951. |
| 4. | California's low-carbon fuel standard ("LCFS") regulation does not attribute any tailpipe carbon dioxide emissions to the use of ethanol. | *See* CARB, *Detailed California-Modified GREET Pathway for Corn Ethanol* ("CA GREET") at 5 & Table B. |
| 5. | One purpose of the LCFS regulation is to "incentivize the use of fuels that have lower carbon intensity," in the judgment of the California Air Resources Board ("CARB"). | *See* FSOR at 148. |
| 6. | The LCFS regulation assigns a higher carbon intensity value (or "score") to corn ethanol produced at a Midwest facility than to corn ethanol produced at a California facility using the same nominal process. | 17 C.C.R. § 95486(b), Table 6. |

**PLAINTIFFS' STMT. OF MAT'L FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

A/73546904.1

| | FACTS | EVIDENCE |
|---|---|---|
| 7. | The LCFS regulation assigns "Midwest average" corn ethanol a carbon intensity score or value above that of the 2010 baseline California gasoline. | *See* 17 C.C.R. § 95486(b), Table 6. |
| 8. | The LCFS regulation assigns corn ethanol produced from dry mills in the Midwest using natural gas and producing DDGS ("MW/ DM/ DDGS/ NG") a carbon intensity score or value above that of the 2010 baseline California gasoline. | *See* 17 C.C.R. § 95486(b), Table 6. |
| 9. | Most corn ethanol produced in the United States is classified as MW DM/DDGS/NG under the LCFS regulation. | *See* CA GREET at 2. |
| 10. | An analysis of the impact of the LCFS regulation completed for CARB in the spring of 2009 predicted that, from 2011 to 2020, corn ethanol production facilities in California will produce 300 million gallons of ethanol per year for use in California gasoline, but that corn ethanol produced at facilities in the Midwest will no longer be used in California gasoline by either 2017 or 2018. | *See* ISOR Appendix E, at E-1 to E-8. |
| 11. | The same analysis predicts that the LCFS regulation will reduce the use of Midwest corn ethanol in California gasoline by more than 15% by the end of 2011 and by more than 50% by the end of 2015. | *See* ISOR Appendix E, at E-1 to E-8. |
| 12. | In developing carbon intensity scores for the LCFS regulation, CARB assumed that the lifecycle greenhouse gas ("GHG") emissions for ethanol would be affected by "farming practices, crop collection and transportation, fuel production, co-product generation, and distribution of fuel." | *See* FSOR at 508; *see also id*. at 514-17 (carbon intensity scores for corn ethanol may be adjusted "to the extent that more sustainable farming practices are implemented on an industry-wide basis."). |

3

| | FACTS | EVIDENCE |
|---|---|---|
| 13. | CARB claims to have formulated the carbon intensity scores or values assigned to Midwest and California corn ethanol pathways based on an assumption that GHG emissions from the transportation of corn and corn ethanol increase along with the distance the corn and corn ethanol travel before use in California. | *See* FSOR at 64, 339, 713; *see also* ISOR at IV-9 to IV-11; CA GREET at 6, 43 CA GREET at 6, 43. |
| 14. | CARB claims to have formulated the carbon intensity scores or values assigned to Midwest and California corn ethanol pathways based on the assumptions that (1) Midwest corn ethanol is produced using electricity generated in the Midwest, (2) California corn ethanol is produced using electricity generated in California, and (3) electricity generated in California has lower GHG emissions than electricity generated in the Midwest. | *See* FSOR at 64, 713, 860; *see also* ISOR ar IV-19 to IV-11; CA GREET at 6, 43 |
| 15. | Nearly all corn ethanol currently produced in the United States is produced outside California. | *See* U.S. EPA, *Renewable Fuel Standard Program (RFS2) Regulatory Impact Analysis*, Feb. 2010 ("EPA RIA")*,* Table 1.5-6 at 135. |
| 16. | There is virtually no corn grown in California to produce ethanol. | *See* EPA RIA at 14; FSOR at 351. |
| 17. | In 2009, approximately 171 facilities in the United States produced corn-starch ethanol for use as a motor fuel. | *Se* U.S. EPA, *Regulation of Fuel and Fuel Additives: Changes to Renewable Fuel Standard Program -- Final Rule* 75 Fed. Reg. 14670, 14,744 (Mar. 25, 2010); EPA RIA at 130. |
| 18. | In a forecast that does not mention the LCFS regulation, the U.S. Environmental Protection Agency ("EPA") has predicted that domestic corn ethanol production will expand to more than half of the States as a result of the federal renewable fuels standard program ("RFS 2 program"). | *See* EPA RIA at 141. |

4

A/73546904.1

| FACTS | | EVIDENCE |
|---|---|---|
| 19. | California is the largest single state market for corn ethanol fuel and annually consumes about 10% of the domestic market, which will eventually amount to about 1.5 billion gallons of ethanol. | *See* FSOR at 407 (explaining that CARB expects California would consume 1.5 billion gallons of corn ethanol, out of 15 billion gallons produced nationwide, if the LCFS regulation were not in place). |
| 20. | Under the LCFS, the carbon intensity of corn ethanol depends in part on CARB's inferences about how the fuel is produced and distributed and the "sustainability" that CARB attributed to various "farming practices." | *See* ISOR at V-1 ("Carbon intensity is a measure of the direct and other GHG emissions associated with each of the steps in the full fuel-cycle of a transportation fuel"); *id.* at V-30 ("a fuel's carbon intensity is inferred from the various steps taken to produce that fuel and the relative impacts to climate change associated with each step (vis-à-vis the steps' carbon intensity)"); FSOR at 508 (claiming to have considered "farming practices, crop collection and transportation); *id.* at 514-17(general carbon intensity values for corn ethanol may be adjusted in later versions of the LCFS regulation "to the extent that more sustainable farming practices are implemented on an industry-wide basis."); *id.* at 951 ("Carbon intensity is not an inherent chemical property of a fuel, but rather it is reflective of the process in making, distributing, and using that fuel."). |
| 21. | CARB predicts that compliance with the LCFS regulation will result in the establishment of up to 25 new biofuel facilities in California. | *See* FSOR at 427, 479, 499. |
| 22. | CARB predicts that the LCFS regulation will increase in-state employment, augment state tax resources, raise the value of biomass located in California, and keep more money in state by displacing imported transportation fuels. | *See* FSOR at 479. |

5

A/73546904.1

| | FACTS | EVIDENCE |
|---|---|---|
| 23. | There are two basic methods of producing ethanol from corn starch: a "dry mill" corn ethanol plant grinds the entire kernel of corn prior to fermentation, while "wet mill" plants separate the grain kernel prior to processing into its component parts. | *See* EPA RIA at 92. |
| 24. | Dry-mill corn ethanol plants can produce a variety of "coproducts" in addition to ethanol, including (1) food-quality corn oil, (2) corn oil that can be used for industrial purposes, and (3) an animal nutrient called "distillers grains with solubles" (DGS). None of those co-products are motor vehicle fuels. | *See* U.S. EPA, *Regulation of Fuel and Fuel Additives: Changes to Renewable Fuel Standard Program -- Final Rule* 75 Fed. Reg. 14670, 14,744 (Mar. 25, 2010); EPA RIA at 92-94. |
| 25. | The DGS coproduct is separated from ethanol in the ethanol production process as a wet paste or "wet cake," and in that form is called "wet DGS" (or WDGS). | *See* EPA RIA at 93. |
| 26. | When dried to extend its shelf life and permit use at more distant locations, the DGS coproduct is called "dry DGS" or "DDGS." | *See* EPA RIA at 93-94. |
| 27. | DDGS is frequently shipped long distances and is widely used as a high-protein ingredient in beef and dairy cattle, swine, poultry and fish diets. | *See* EPA RIA at 94, 146. |
| 28. | Approximately 63% of DGS produced at U.S. corn ethanol plants is sold as DDGS. | *See* 75 Fed. Reg. at 14,786. |
| 29. | Under the LCFS regulation, if a corn ethanol production facility produces DDGS as an ethanol co-product, the carbon intensity score or value assigned to the facility's pathway is greater than if the facility did not dry the distillers grains. | *See* 17 C.C.R. § 95486(b), Table 6; FSOR at 508; 825. |
| 30. | The LCFS regulation does not take into account when an ethanol production facility entered operation or began construction. | *See* FSOR at 11, 746-47 |

6

**PLAINTIFFS' STMT. OF MAT'L FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| | FACTS | EVIDENCE |
|---|---|---|
| 31. | The LCFS regulation does not provide market security for corn ethanol and does not "protect investments in fuel production technologies" based on when the investment was made. | *See* FSOR at 746-47, 822. |
| 32. | According to CARB, "GHG emission reductions by the LCFS alone will not result in significant climate change." | *See* FSOR at 342. |
| 33. | Under the LCFS regulation, carbon intensity scores for corn ethanol are based in part on CARB's view that expanding acreage for agricultural production supports increased biofuel production, which CARB believes releases GHG emissions. | *See* ISOR at IV-1, IV-17;  FSOR at 633 ("Biofuel-induced land-use change can occur as a primary impact (land is converted directly to biofuel crops), a secondary impact (biofuel crops displace other crops, which must be cultivated elsewhere), a tertiary impact (displaced crops displace other crops), and so on."). |
| 34. | One purpose and effect of the LCFS regulation is to attract more non-corn-starch ethanol to California than would occur under the RFS2 regulation while "transition[ing] away" from corn ethanol to an extent that transition would not occur under federal law and regulation. | *See* FSOR at 407, 474. |
| 35. | The LCFS regulation assigns carbon intensity scores to ethanol produced from sugar cane in Brazil that are more than 30 percent lower than the scores assigned to the Midwest corn ethanol pathway with the lowest carbon intensity score. | *See* 17 C.C.R. § 95486(b), Table 6. |
| 36. | The analysis of the impact of the LCFS regulation completed for CARB in the spring of 2009 predicted that the use of Brazilian sugar cane ethanol could equal that of California corn ethanol within three years, while sales of Midwest corn ethanol will drop to zero by 2017 or 2018. | *See* ISOR, Appendix E, at E-6 to E-7. |

**PLAINTIFFS' STMT. OF MAT'L FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

A/73546904.1

1

DATE:  November 1, 2010                          Respectfully submitted,

2
                                                 By:____/s/___Timothy Jones_____
                                                 Timothy Jones #119841
3                                                John P. Kinsey #215916
                                                 JONES HELSLEY PC
4                                                265 East River Park Circle, Suite 310
                                                 PO Box 28340
5                                                Fresno, CA  93720
                                                         Attorneys for all Plaintiffs
6

7
Charles H. Knauss (*pro hac vice*)               Stuart A. C. Drake (*pro hac vice*)
8   Thomas R. Lotterman (*pro hac vice*)          John C. O'Quinn (*pro hac vice*)
Bryan M. Killian (*pro hac vice*)                KIRKLAND & ELLIS LLP
9   BINGHAM McCUTCHEN LLP                         655 Fifteenth Street, NW
2020 K Street, NW                                Washington, DC  20005
10  Washington, DC  20006-1806                    Telephone:   (202) 879-5000
Telephone:   (202) 373-6000                              Attorneys for Plaintiff Growth Energy
11          Attorneys for Plaintiff Renewable
Fuels Association
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS' STMT. OF MAT'L FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

A/73546904.1