**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for:   All plaintiffs in Case No. 1:09-CV-02234-LJO-DLB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; FRESNO COUNTY FARM BUREAU; NISEI FARMERS LEAGUE; CALIFORNIA DAIRY CAMPAIGN; REX NEDEREND; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant.<br><br>and Related Consolidated Action | LEAD CASE NO.<br>   1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br>   1:10-CV-00163-LJO-DLB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         **February 23, 2011**<br>Time:         **8:30 a.m.**<br>Courtroom:  **4** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on February 23, 2011, at 8:30 a.m., or at such other date and time as may be set by the Court, in Courtroom 4 of the United States District Court for the Eastern District of California, Fresno Division, located at 2500 Tulare Street, Fresno, California, Plaintiffs Growth Energy and the Renewable Fuels Association will move pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction (the "Motion").

1  This Motion seeks interim relief against enforcement of the low-carbon fuel standard ("LCFS") regulation contained in the Final Regulation Order attached to California Air Resources Board Executive Order R-09-014 (Nov. 25, 2009). This motion is made on the ground that Plaintiffs in this action have a likelihood of success on the merits, that the members of Growth Energy and the Renewable Fuels Association will suffer irreparable injury in the absence of the interim relief sought herein, that the balance of hardships supports that relief, and that the public interest also favors that relief.

In support of this Motion, Growth Energy and the Renewable Fuels Association rely on the following: (1) this Notice of Motion and Motion; (2) their Memorandum of Points and Authorities filed in support thereof (which incorporates the Memorandum of Points and Authorities in Support of the Motion for Summary Judgment and the Statement of Material Facts in support of the Motion for Summary Judgment filed by all Plaintiffs in this action); (3) Request for Judicial Notice and the Exhibits thereto; (4) the Declarations of Gerald A. Brian, Wesley K. Clark, Jesse David, Robert M. Dinneen, Stuart H. Harden, and James M. Lyons; and (5) such other evidence as may be offered at the hearing.

Dated: November 1, 2010            JONES HELSLEY PC


By:   /s/ Timothy Jones
      Timothy Jones #119841
      John P. Kinsey #215916
      JONES HELSLEY PC
      8365 North Fresno Street, Suite 310
      PO Box 28340
      Fresno, CA 93729
      Attorneys for all plaintiffs
      in Case No. 1:09-CV-02234-LJO-DLB

| | |
|---|---|
| Charles H. Knauss | Stuart A. C. Drake |
| Thomas R. Lotterman | John C. O'Quinn |
| Bryan M. Killian | (*Admitted Pro hac vice*) |
| (*Admitted Pro hac vice*) | KIRKLAND & ELLIS LLP |
| BINGHAM MCCUTCHEN LLP | 655 Fifteenth Street, NW |
| 2020 K Street, NW | Washington, DC 20005 |
| Washington, DC 20006-1806 | (202) 879-5000 |
| (202) 373-6000 | Attorneys for plaintiff Growth Energy |
| Attorneys for plaintiff Renewable Fuels Association | |