1  MARIE L. FIALA (CA Bar No. 79676)
   SIDLEY AUSTIN LLP
2  555 California Street, Suite 2000
   San Francisco, CA 94104-1715
3  Telephone: 415-772-1200
   Facsimile: 415-772-7400
4  mfiala@sidley.com

5  **Counsel For Plaintiffs
   In Consolidated**
6  **Case No. 1:10-CV-00163 LJO DLB**

7  [ADDITIONAL PARTIES AND COUNSEL
   SHOWN ON SIGNATURE PAGE]
8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11                       FRESNO DIVISION

12

13 **ROCKY MOUNTAIN FARMERS UNION,**   ) LEAD CASE No. 1:09-CV-02234-LJO-DLB
   **et al.,**                         ) *Consolidated With* Case No. 1:10-CV-00163
14                                     ) LJO DLB
              Plaintiffs,              )
15                                     )
         vs.                           ) **PLAINTIFFS' NOTICE OF MOTION AND**
16                                     ) **MOTION FOR PARTIAL SUMMARY**
   **JAMES GOLDSTENE, et al.,**        ) **JUDGMENT BY THE NPRA PLAINTIFFS**
17                                     )
              Defendants.              )
18                                     )
                                       )
19 **NATIONAL PETROCHEMICAL &**        ) **Hearing Date:**  February 23, 2011
   **REFINERS ASSOCIATION, et al.,**   ) **Hearing Time:**  8:30 a.m.
20                                     ) **Courtroom:**     Four
              Plaintiffs,              ) **Judge:**         Hon. Lawrence J. O'Neill
21                                     )
         vs.                           )
22                                     )
   **JAMES GOLDSTENE, et al.,**        )
23                                     )
              Defendants.              )
24                                     )

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on February 23, 2011, at 8:30 a.m., in the United States District Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, California, before the Honorable Lawrence J. O'Neill in Courtroom 4, Plaintiffs NPRA, et al., will move and hereby do move the Court for an order granting partial summary judgment under Federal Rule of Civil Procedure 56(c) and Local Rule 260 and an order enjoining enforcement of California's Low Carbon Fuel Standard, Title 17, California Code of Regulations, §§ 95480–95490.

This Motion will be based on this Notice of Motion and Motion, the accompanying Memorandum in Support, the Statement of Undisputed Facts and exhibit attached thereto, the Request for Judicial Notice and exhibits attached thereto, any documents filed in reply, all pleadings and papers on file in this action, and such additional evidence and authority as may be offered at or before the time of oral argument on this Motion.

DATED:  November 1, 2010                             SIDLEY AUSTIN LLP

                                                    By:  /s/ Marie L. Fiala
                                                         Marie L. Fiala

                                                    *Counsel for Plaintiffs
                                                    In Consolidated
                                                    Case No. 1:10-CV-00163 LJO DLB*

ADDITIONAL COUNSEL OF RECORD

Paul J. Zidlicky (DC Bar No. 450196) *(Admitted Pro Hac Vice)*
Roger R. Martella, Jr. (DC Bar No. 976771) *(Admitted Pro Hac Vice)*
James W. Coleman (DC Bar No. 986626) *(Admitted Pro Hac Vice)*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  202-736-8000
Facsimile:  202-736-8711
rmartella@sidley.com
pzidlicky@sidley.com
jcoleman@sidley.com

*Counsel for Plaintiffs*

*In Consolidated
Case No. 1:10-CV-00163 LJO DLB*

Kurt E. Blase (DC Bar No. 288779)
Blase Law Group
879 N. Kentucky St.
Arlington, VA  22205
Telephone:  703-525-3161
Facsimile:  703-525-3161
kurt@blasegroup.com

*Counsel for Plaintiff Center for
North American Energy Security*