**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for:   Plaintiffs Rocky Mountain Farmers Union; Redwood County Minnesota Corn And Soybeans Growers; Penny Newman Grain, Inc.; Fresno County Farm Bureau; Nisei Farmers League; California Dairy Campaign; Rex Nederend; Growth Energy and the Renewable Fuels Association

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; FRESNO COUNTY FARM BUREAU; NISEI FARMERS LEAGUE; CALIFORNIA DAIRY CAMPAIGN; REX NEDEREND; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION<br><br>                     Plaintiffs,<br><br>         v.<br><br>JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>                     Defendant.<br><br>and Related Consolidated Action | LEAD CASE NO.<br>    1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br>    1:10-CV-00163-LJO-DLB<br><br><br><br>**DECLARATION OF**<br>**STUART A.C. DRAKE** |

I, Stuart A.C. Drake, declare and state as follows:

1.      I am a member of the District of Columbia Bar and am admitted *pro hac vice* to the Bar of this Court to represent plaintiff Growth Energy in this action.

2.      Submitted herewith is a Corrected Memorandum in Support of Motion for Preliminary Injunction to correct typographical and formatting errors that do not change the

1

substance of the brief. On page 2, a formatting error resulted in an "Error! Bookmark not defined" message and omitted *Pike v. Bruce Church, Inc.* from page iii in the Table of Authorities. That has been corrected. Other minor corrections are: the insertion of a parenthetical mark at the end of footnote 4 on page 1; the insertion of the word "relief" on page 3, line 5; the insertion of a comma on page 4, line 11; the insertion of the word "market" on page 7, line 5; the correction of the word "raises" to "raised" on page 9, line 13; and the correction of a citation to the Plaintiffs' Request for Judicial Notice from "Exh. 1" to "Exh. 2" on page 10, line 8.

Pursuant to 28 U.S.C. ¶ 1746, I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge. Executed this 2nd day of November, 2010 at Washington, D.C.

          /s/ Stuart A.C. Drake
Stuart A.C. Drake
KIRKLAND & ELLIS LLP
655 15th Street, NW, Suite 1200
Washington, D.C. 20005
(202) 879-5094
Counsel for Plaintiff Growth Energy