|   |   |
|---|---|
| 1 | **JONES HELSLEY PC** |
| 2 | 265 E. River Park Circle, Suite 310<br>Post Office Box 28340 |
| 3 | Fresno, California  93720<br>Telephone:  (559) 233-4800 |
| 4 | Facsimile:  (559) 233-9330 |
| 5 | Timothy Jones #119841 |
| 6 | John P. Kinsey #215916 |
| 7 | Attorneys for:    All plaintiffs in Case No. 1:09-CV-02234-LJO-DLB |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; FRESNO COUNTY FARM BUREAU; NISEI FARMERS LEAGUE; CALIFORNIA DAIRY CAMPAIGN; REX NEDEREND; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant.<br><br>and Related Consolidated Action | LEAD CASE NO.<br>   1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br>   1:10-CV-00163-LJO-DLB<br><br>**ORDER GRANTING ROCKY MOUNTAIN PLAINTIFFS'** *EX PARTE* **APPLICATION FOR AN ORDER TO FILE UNDER SEAL EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Eastern District Local Rule 39-141, the Application to File Documents Under Seal filed by Plaintiffs Rocky Mountain Farmers Union; Redwood County Minnesota Corn And Soybeans Growers; Penny Newman Grain, Inc.; Fresno County Farm Bureau; Nisei Farmers League; California Dairy Campaign; Rex Nederend; Growth Energy and the Renewable Fuels Association (the "Rocky Mountain Plaintiffs") is **GRANTED**. The

{7011/005/00255503.DOC}                                               1

**[PROPOSED] ORDER GRANTING ROCKY MOUNTAIN PLAINTIFFS'** *EX PARTE* **APPLICATION FOR AN ORDER TO FILE UNDER SEAL EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTION**

Clerk of Court is directed to seal the following documents submitted in support of the Rocky Mountain Plaintiffs' Motion for Preliminary Injunction:

    (1)    Exhibit "C" to the Declaration of Stuart H. Harden.

**IT IS SO ORDERED.**

DATED: _November 2, 2010        /s/ Lawrence J. O'Neill
Lawrence J. O'Neill
Judge of the United States District Court
Eastern District of California

{7011/005/00255503.DOC}     2

**[PROPOSED] ORDER GRANTING ROCKY MOUNTAIN PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER TO FILE UNDER SEAL EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTION**