**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, REDWOOD COUNTY MINNESOTA CORN AND SOYBEAN GROWERS, PENNY NEWMAN GRAIN, INC., GROWTH ENERGY, RENEWABLE FUELS ASSOCIATION, REX NEDEREND, FRESNO COUNTY FARM BUREAU, NISEI FARMERS LEAGUE, and CALIFORNIA DAIRY CAMPAIGN, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES N. GOLDSTENE, Executive Officer of the California Air Resources Board, <br><br> Defendants. | CASE NO. CV-F-09-2234 LJO DLB <br><br> **ORDER TO ENLARGE PAGE LIMITS** |
| NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES GOLDSTENE, Executive Officer of the California Air Resources Board, MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, RONALD O. LOVERIDGE, member of the California Air Resources Board; ARNOLD SCHWARZENEGGER, Governor of the state of Caliofrnia, and EDMUND BROWN, Attorney General of the state of California, <br><br> Defendants.                                          / <br><br> and related intervenor actions and amici.                                          / | CASE NO. CV-F-10-163 LJO DLB <br><br> **ORDER TO ENLARGE PAGE LIMITS** |

1

On November 10, 2010, defendants James Goldstene, Executive Officer of the California Air Resources Board, et al. ("defendants") moved to file enlarged briefs: (1) in support of its cross-motion for summary judgment; (2) in opposition to the NRPA motion for summary judgment; (3) in opposition to the Rocky Mountain summary judgment motion; and (3) in opposition to the preliminary injunction motion. This Court previously granted plaintiffs' requests to enlarge the page limits from 25 pages to 35 pages. For good cause appearing, this Court GRANTS in part defendants' request and ORDERS as follows:

**The 25-page limits for the cross-motion for summary judgment memorandum, the oppositions to the pending summary judgment motions, and the opposition to the pending preliminary injunction motion are ENLARGED to 35 pages.**

IT IS SO ORDERED.

**Dated:   November 12, 2010**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE