**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for:    All plaintiffs in Case No. 1:09-CV-02234-LJO-DLB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; FRESNO COUNTY FARM BUREAU; NISEI FARMERS LEAGUE; CALIFORNIA DAIRY CAMPAIGN; REX NEDEREND; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant.<br><br>and Related Consolidated Action | LEAD CASE NO.<br>   1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br>   1:10-CV-00163-LJO-DLB<br><br>**ORDER GRANTING ROCKY MOUNTAIN PLAINTIFFS'** *EX PARTE* **APPLICATION FOR AN ORDER TO FILE UNDER SEAL EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Eastern District Local Rule 39-141, the Application to File Documents Under Seal filed by Plaintiffs Rocky Mountain Farmers Union; Redwood County Minnesota Corn And Soybeans Growers; Penny Newman Grain, Inc.; Fresno County Farm Bureau; Nisei Farmers League; California Dairy Campaign; Rex Nederend; Growth Energy and the Renewable Fuels Association (the "Rocky Mountain Plaintiffs") is **GRANTED**. The

{7011/005/00255503.DOC}                                            1

Clerk of Court is directed to seal the following documents submitted in support of the Rocky Mountain Plaintiffs' Motion for Preliminary Injunction:

    (1)    Exhibit "C" to the Declaration of Stuart H. Harden.

**IT IS SO ORDERED.**

DATED:  December 17, 2010        /s/ Lawrence J. O'Neill
                                                  Honorable Lawrence J. O'Neill
                                                Judge of the United States District Court
                                                Eastern District of California

{7011/005/00255503.DOC}    2

**[PROPOSED] ORDER GRANTING ROCKY MOUNTAIN PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER TO FILE UNDER SEAL EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTION**