1  EDMUND G. BROWN JR.
   Attorney General of California
2  ROBERT W. BYRNE
   Supervising Deputy Attorney General
3  GAVIN G. MCCABE, State Bar No. 130864
   MARK POOLE, State Bar No. 194520
4  DAVID A. ZONANA, State Bar No. 196029
   ELAINE MECKENSTOCK, State Bar No. 268861
5  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5582
7   Fax:  (415) 703-5480
    E-mail:  Mark.Poole@doj.ca.gov
8  *Attorneys for Defendants*
   *James N. Goldstene et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES GOLDSTENE, et al.,**<br><br>Defendants.<br><br>And Related Consolidated Action.<br>------------------------------------------------------<br>**NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES GOLDSTENE, *et al.*,**<br><br>Defendants. | LEAD CASE No.<br>1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br><br>1:10-CV00163-LJO-DLB<br><br>**DEFENDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT IN CONSOLIDATED CASES**<br><br>Date:        February 23, 2011<br>Time:        8:30 a.m.<br>Courtroom:  Four<br>Judge        The Honorable Lawrence J. O'Neill<br>Trial Date:  TBD<br><br>**Action Filed:  12/23/2009** |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 23, 2011, at 8:30 a.m., or at such other date and time as may be set by the Court, in Courtroom 4 of the United States District Court for the Eastern District of California, Fresno Division, located at 2500 Tulare Street, Fresno, California, Defendants James N. Goldstene, in his official capacity as Executive Officer of the California Air Resources Board, Mary D. Nichols, Daniel Sperling, Ken Yeager, Dorene D'Adamo, Barbara Riordan, John R. Balmes, Lydia H. Kennard, Sandra Berg, Ron Roberts, John G. Telles, and Ronald O. Loveridge, in their official capacities as members of the California Air Resources Board, Arnold Schwarzenegger, in his official capacity as Governor of the State of California, and Edmund G. Brown, Jr., in his official capacity as Attorney General of the State of California ("defendants") will cross-move pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 260 for summary judgment on:

(a) their defense to all causes of action brought by plaintiffs Rocky Mountain Farmers Union, et al. (Lead Case No. 1:09-CV-02234-LJO-DLB) (RMFU Plaintiffs') that Clean Air Act authorizes California to adopt the Low Carbon Fuels Standard regulation ("the LCFS");

(b) their defense to all causes of action brought by plaintiffs National Petrochemical Refiners' Association, et al. (Case No. 1:10-CV00163-LJO-DLB) ("NPRA Plaintiffs") that the Clean Air Act authorizes California to adopt the LCFS;

(c) RMFU Plaintiffs' claims and NPRA Plaintiffs' claims that the LCFS violates the United States Commerce Clause on the basis of facial discrimination and discriminatory purpose, with the exception of those claims which are inappropriate for summary judgment at this time and are the subject of defendants' Rule 56(d) motion filed contemporarily.

2

DEFENDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT
(Case Nos. 1:09 CV-02234-LJO-DLB and No. 1:10-CV00163-LJO-DLB

1  This Cross-Motion will be based on this Notice of Motion and Motion, the
2  accompanying Memorandum of Points and Authorities in Support, the Statement of
3  Undisputed Facts, the Request for Judicial Notice and exhibits attached thereto, all
4  declarations filed in support, any documents filed in opposition to RMFU Plaintiffs'
5  and NPRA Plaintiffs' respective motions for summary judgment, any documents
6  filed in reply, all pleadings and papers filed in this action, and such additional
7  evidence and authority as may be offered at or before the time of oral argument on
8  this Cross-Motion.

3

DEFENDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT
(Case Nos. 1:09 CV-02234-LJO-DLB and No. 1:10-CV00163-LJO-DLB

| | | |
|---|---|---|
| 1 | Dated:  December 17, 2010 | Respectfully submitted, |

EDMUND G. BROWN JR.
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General

/s/ Mark Poole
MARK POOLE
Deputy Attorney General
*Attorneys for Defendant*
*James N. Goldstene et al.*

NATURAL RESOURCES DEFENSE COUNCIL

By:   /s/ David Pettit
          DAVID PETTIT

Attorneys for Defendant-Intervenor,
Natural Resources Defense Council, Inc.

SIERRA CLUB

By:   /s/ Pat Gallagher
          PAT GALLAGHER

Attorney for Defendant-Intervenor,
Sierra Club

CONSERVATION LAW FOUNDATION

By:   /s/ Jane West
          JANE WEST

Attorney for Defendant-Intervenor,
Conservation Law Foundation

4

DEFENDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT
(Case Nos. 1:09 CV-02234-LJO-DLB and No. 1:10-CV00163-LJO-DLB

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

                ENVIRONMENTAL DEFENSE FUND

By:  /s/ James T.B. Tripp_____
      James T.B. Tripp

Attorney for Defendant-Intervenor,
Environmental Defense Fund

SF2010400011
20386180.doc

5

DEFENDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT
(Case Nos. 1:09 CV-02234-LJO-DLB and No. 1:10-CV00163-LJO-DLB