# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, REDWOOD COUNTY MINNESOTA CORN AND SOYBEAN GROWERS, PENNY NEWMAN GRAIN, INC., GROWTH ENERGY, RENEWABLE FUELS ASSOCIATION, REX NEDEREND, FRESNO COUNTY FARM BUREAU, NISEI FARMERS LEAGUE, and CALIFORNIA DAIRY CAMPAIGN,<br><br>Plaintiffs,<br>vs.<br><br>JAMES N. GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>Defendants.<br><br>and related intervenor and consolidated actions and amici curiae.<br>_____/ | CASE NO. CV-F-09-2234 LJO DLB<br><br>**ORDER TO SET NEW BRIEFING SCHEDULE AND TO STAY OTHER DEADLINES** |

On October 13, 2010, United States Magistrate Judge Dennis L. Beck set the following briefing schedule by minute order:

> Plaintiffs' motion for preliminary injunction and motion for summary judgment shall be filed by November 1, 2010. Oppositions to Plaintiffs' motions, as well as any cross-motion or Rule 56(f) motion by Defendants, shall be filed by December 17, 2010. Plaintiffs' replies and any oppositions shall be filed by January 14, 2011. Defendants' replies shall be filed by February 1, 2011. All motions shall be heard on February 23, 2011, in Courtroom 4, at 8:30 a.m. before Judge O'Neill.

Doc. 105. Pursuant to this schedule, plaintiffs filed motions for summary judgment and preliminary

1  injunction on November 1, 2010.  On December 17, 2010, defendants and intervenors filed a cross-
2  motion for summary judgment and an opposition to plaintiffs' summary judgment motions.  In addition,
3  defendants and intervenors filed a motion to defer consideration or deny summary judgment pursuant
4  to Fed. R. Civ. P. 56(d) (Doc. 137).  In their motion, defendants and intervenors specify limited
5  discovery needed to oppose plaintiffs' motions, including a set of interrogatories and one deposition.
6  Defendants and intervenors propose a six-week continuance for this limited discovery.

7       Defendants and intervenors set a hearing on the Fed. R. Civ. P. 56(d) motion for February 23,
8  2011 in accordance with the schedule set forth above.  In the interest of judicial economy, however, this
9  Court finds good cause exists to address defendants and intervenors Fed. R. Civ. P. 56(d) motion before
10 considering the merits of the pending cross-motions for summary judgment and preliminary injunction
11 motions.  Accordingly, this Court ORDERS as follows:

12     1.    Plaintiffs shall file an opposition to defendants' and intervenors Fed. R. Civ. P. 56(d)
13         motion, if any, no later than **January 6, 2011**;
14     2.    Defendants and intervenors shall file a reply, if any, no later than **January 13, 2011**;
15     3.    Once the Court has read and reviewed the parties' arguments, the Court shall determine
16         whether a hearing on the matter is necessary or whether to rule on the motion pursuant
17         to Local Rule 230(g);
18     4.    All other deadlines, including those in the October 13, 2010 briefing schedule and this
19         Court's Clarification Regarding Amicus Curiae Briefing Deadline, are STAYED until
20         this Court makes a determination on the pending Fed. R. Civ. P. 56(d) motion.

21 IT IS SO ORDERED.

22 **Dated:   December 20, 2010**          **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE