EDMUND G. BROWN JR.
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General
GAVIN G. MCCABE, State Bar No. 130864
MARK POOLE, State Bar No. 194520
DAVID A. ZONANA, State Bar No. 196029
ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5582
  Fax:  (415) 703-5480
  E-mail:  Mark.Poole@doj.ca.gov
*Attorneys for Defendant*
*James N. Goldstene et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION, et al.,**<br><br>                              Plaintiffs,<br><br>   v.<br><br>**JAMES GOLDSTENE, et al.,**<br><br>                              Defendants.<br><br>And Related Consolidated Action.<br>---------------------------------------------------------<br>**NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, *et al.*,**<br><br>                              Plaintiffs,<br><br>   v.<br><br>**JAMES GOLDSTENE, et al.,**<br><br>                              Defendants. | LEAD CASE No.<br>1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br><br>1:10-CV00163-LJO-DLB<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:          February 23, 2011<br>Time:          8:30 a.m.<br>Courtroom:  Four<br>Judge          The Honorable Lawrence J. O'Neill<br>Trial Date<br>Action Filed:   12/23/2009 |

1

1   Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants James N. Goldstene, et

2   al., respectfully request that this Court take judicial notice of the following documents submitted

3   in support of Defendants' Cross-Motion for Summary Judgment, and in support of Defendants'

4   oppositions to Rocky Mountain Farmer Union et al.'s Motion for Preliminary Injunction and

5   Motion for Summary Judgment and to National Petrochemical & Refiners Association, et al.'s

6   Motion for Partial Summary Judgment in the above captioned consolidated cases:

7   1.   A document in the administrative record of the proceeding to adopt the Low Carbon

8   Fuel Standard ("LCFS") regulation prepared by the California Air Resources Board ("ARB"),

9   entitled Final Regulation Order, and containing the LCFS codified at 17 Cal. Code Reg. §§

10  95480-90.  (See Exhibit A.)

11  2.   Excerpts of a document in the administrative record of the proceeding to adopt the

12  LCFS regulation prepared by ARB, entitled Proposed Regulation to Implement the Low Carbon

13  Fuel Standard – Volume I, Staff Report: Initial Statement of Reasons (the "ISOR").  (See Exhibit

14  B.)

15  3.   Excerpts of a document in the administrative record of the proceeding to adopt the

16  LCFS regulation prepared by ARB, entitled Proposed Regulation to Implement the Low Carbon

17  Fuel Standard – Volume II, Appendices (the "ISOR Appx.").  (See Exhibit C.)

18  4.   Excerpts of a document in the administrative record of the proceeding to adopt the

19  LCFS regulation prepared by ARB, entitled California's Low Carbon Fuel Standard – Final

20  Statement of Reasons (the "FSOR").  (See Exhibit D).

21  5.   A document created by the Office of the Governor of the State of California, entitled

22  Executive Order S-01-07, dated January 18, 2007.  (See Exhibit E.)

23  6.   A document created and published by ARB, entitled State of California Air

24  Resources Board Resolution 09-31.  (See Exhibit F.)

25  7.   A document created and published by ARB, entitled State of California Air

26  Resources Board Resolution 10-49.  (See Exhibit G.)

27  8.   A document created and published by ARB, entitled Draft Summary: Method 2A/2B

28  Applications and Internal Priority Pathways, dated December 9, 2010.  (See Exhibit H.)

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE        (No. 1:09-CV-02234-LJO-DLB)

9.    A document created and published by ARB, entitled LCFS Biofuel Producer Registration (Complete).  (See Exhibit I.)

12.    Excerpts of a document in the administrative record of the proceeding to adopt the Scoping Plan prepared by ARB, entitled Climate Change Scoping Plan a Framework for Change, as approved December 2008 (the "Scoping Plan").  (See Exhibit L.)

13.    A document created and published by ARB, entitled ARB Public Meeting Agenda for June 21-22, 2007.  (See Exhibit M.)

14.    Excerpts of a document prepared and published by ARB, entitled Staff Report: Proposed Early Actions to Mitigate Climate Change in California, dated April 20, 2007.  (See Exhibit N.)

15.    A document created and published by the Office of the Governor of the State of California, entitled White Paper: The Role of a Low Carbon Fuel Standard in Reducing Greenhouse Gas Emissions and Protecting Our Economy, dated January 8, 2007. (See Exhibit O.)

16.    Excerpts from a document created by the US EPA, entitled US EPA Regulation of Fuel and Fuel Additives: Changes to the Renewable Fuel Standard – Final Rule, and found at 75 Fed. Reg. 14670 (March 26, 2010).  (See Exhibit P.)

17.    Excerpts from a document created by the US EPA, entitled US EPA Renewable Fuel Standard Program (RFS2) Final Regulatory Impacts Analysis (February 2010).  (See Exhibit Q.)

18.    Excerpts from a document created by the US EPA, entitled US EPA Summary of Analysis and Comments for the RFS2 (February 2010).  (See Exhibit R.)

19.    Excerpts of a document created and submitted to US EPA by plaintiff Renewable Fuels Association, entitled Regulation of Fuels and Fuel Additives: Changes to Renewable Fuel Standard Program; Notice of Proposed Rulemaking, 74 Fed. Reg. 24,904 (May 26, 2009) and Notice of Availability of Expert Peer Review Record, 74 Fed. Reg. 41,359 (Aug. 17, 2009), including comments and graphic attached.  (See Exhibit S.)

20.   Excerpts of a document created and submitted to US EPA with comments by plaintiff Growth Energy, entitled Comments of Growth Energy In Response to the Notice of Proposed Rulemaking Published at 74 Fed. Reg. 24,904 (May 26, 2009).  (See Exhibit T.)

21.   A document created and submitted to US EPA by plaintiff NPRA, entitled Comments of the National Petrochemical & Refiners Association on EPA's Proposed Changes to the Renewable Fuels Standard Rules (74 FR 24904; 5/26/09) Docket ID No. EPA-HQ-OAR-2005-0161.  (See Exhibit U.)

22.   Execerpts of a document created and published by plaintiff Renewable Fuels Association, entitled Renewable Fuels Association's 2010 Ethanol Industry Outlook.  (See Exhibit V.)

23.   Excerpts of a document created and published by the California Secretary of State, entitled Statement of Vote, November 2, 2010, General Election. (See Exhibit W.)

24.   Excerpts of a report by the Congressional Research Service on Ethanol and Other Biofuels: Potential for U.S.-Brazil Energy Cooperation, citing "Memorandum of Understanding Between the United States and Brazil to Advance Cooperation on Biofuels, dated March 9, 2007".  (See Exhibit X.)

25.   A document created and published by the US Congressional Research Service, entitled Memorandum from Brent D. Yacobucci to Hon. Ken Salazar, Subject: Legislative History of Lifecycle Greenhouse Gas Definition in the Energy Independence and Security Act of 2007, dated October 27, 2008.  (See Exhibit Y.)

26.   A document created and published by the US Congressional Research Service, entitled A Low Carbon Fuel Standard: State and Federal Legislation and Regulations, dated December 23, 2008.  (See Exhibit Z.)

27.   Excerpts of a document created and published by the European Commission, entitled Environmental Impact of Products (EIPRO) Analysis of the Life Cycle Environmental Impacts Related to the Final Consumption of the EU-25.  (See Exhibit AA.)

28.   A document created and published by the US Department of Energy, Argonne National Laboratory, Transportation and Technology Research & Development Center, entitled

4

1    Argonne GREET Publications, available at http://www.transportation.anl.gov/

2    modeling simulation/GREET/publications.html. (See Exhibit BB.)

3          29.     A document created and published by the US EPA, entitled Life Cycle Assessment

4    Research, available at http://www.epa.gov/nrmrl/lcaccess/.  (See Exhibit CC.)

5          30.     Excerpts from the Congressional Record debate on the Energy Independence and

6    Security Act of 2007, published at 153 Cong. Rec. H9722-03, H9723, H9743, H9744.  (See

7    Exhibit DD.)

8          31.     Excerpts from the Congressional Record debate on the Energy Independence and

9    Security Act of 2007, published at 153 Cong. Rec. H14434-02, H1440.  (See Exhibit EE.)

10         32.     Excerpts from the Congressional Record debate on the Energy Independence and

11   Security Act of 2007, published at 153 Cong. Rec. E2665-01, E2666, E2631.  (See Exhibit FF.)

12         33.     Excerpts from the Congressional Record debate on the Energy Independence and

13   Security Act of 2007, published at 153 Cong. Rec. H16651-02, H16655.  (See Exhibit GG.)

14         34.     Excerpts from the Congressional Record debate on the ethanol tariff, published at 153

15   Cong. Rec. S7680, S7694.  (See Exhibit HH.)

16         36.     Excerpts from the Congressional Record debate on the Energy Independence and

17   Security Act of 2007, published at 153 Cong. Rec. S 7704.  (See Exhibit JJ.)

18         37.     Excerpts from a document created by the US EPA, entitled EPA -- Partial Grant and

19   Partial Denial of Clean Air Act Waiver Application Submitted by Growth Energy to Increase the

20   Allowable Ethanol Content of Gasoline to 15 Percent; Decision of the Administrator.  (See

21   Exhibit KK.)

22

23

24

25

26

27

28

1    Dated:  December 22, 2010            Respectfully submitted,

2

EDMUND G. BROWN JR.
Attorney General of California

3

ROBERT W. BYRNE
Supervising Deputy Attorney General

4

5

6                                         /s/ Mark Poole

MARK POOLE
Deputy Attorney General

7

*Attorneys for Defendant*
*James N. Goldstene et al.*

8

SF2010400011

9

20386169.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6