1  EDMUND G. BROWN JR.,
   Attorney General of California
2  ROBERT W. BYRNE,
   Supervising Deputy Attorney General
3  GAVIN G. MCCABE, STATE BAR NO. 130864
   MARK POOLE, STATE BAR NO. 194520
4  DAVID A. ZONANA, STATE BAR NO. 196029
   M. ELAINE MECKENSTOCK, State Bar No. 268861
5  Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5582
7    Fax:  (415) 703-5480
     E-mail:  Mark.Poole@doj.ca.gov
8  *Attorneys for Defendants*
   *James N. Goldstene et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES GOLDSTENE, et al.,**<br><br>Defendants.<br><br>And Related Consolidated Action.<br>---------------------------------------------------------<br>**NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES GOLDSTENE,** *et al.*,<br><br>Defendants. | LEAD CASE No.<br>1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br>1:10-CV00163-LJO-DLB<br><br>**STIPULATION EXTENDING TIME**<br><br>Date:      February 23, 2011<br>Time:      8:30 a.m.<br>Courtroom:   Four<br>Judge:     The Honorable Lawrence J. O'Neill<br>Trial Date:   TBD<br><br>Action Filed:   12/23/2009 |

1  The parties who sign this document consist of all of the parties to this action. They
2  stipulate, pursuant to Local Rules 143 and 144, that Defendants shall have until December 22,
3  2010 in order to file identified declarations and exhibits associated with defendants' Cross-
4  Motion for Summary Judgment, Oppositions to Plaintiffs' Motions for Summary Judgment and
5  Opposition to RMFU Plaintiffs' Motion for Preliminary Injunction. Specifically, defendants will
6  file the Declaration of Bruce Babcock, Exhibits to the Declaration of Michael Scheible, Exhibits
7  A, B, and Q with a revised Request for Judicial Notice, and replacement Exhibits C, D, P, R, S
8  and T.

9  The parties so stipulate because Defendants inadvertently failed to include those materials,
10 or included incomplete copies of those materials, when filing their Motion and Opposition briefs
11 on December 17, 2010. Defendants provided courtesy copies of the materials to Plaintiffs upon
12 being made aware of the omissions on Monday December, 20, 2010, within one business day of
13 the filing deadline.

**IT IS SO ORDERED.**

Dated: December 22, 2010_____          /s/ Lawrence J. O'Neill_____
                                          UNITED STATES DISTRICT JUDGE