**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for:   All plaintiffs in Case No. 1:09-CV-02234-LJO-DLB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; FRESNO COUNTY FARM BUREAU; NISEI FARMERS LEAGUE; CALIFORNIA DAIRY CAMPAIGN; REX NEDEREND; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant.<br><br>and Related Consolidated Action | LEAD CASE NO.<br>   1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br>   1:10-CV-00163-LJO-DLB<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE** |

Plaintiffs Rocky Mountain Farmers Union; Redwood County Minnesota Corn And Soybeans Growers; Penny Newman Grain, Inc.; Fresno County Farm Bureau; Nisei Farmers League; California Dairy Campaign; Rex Nederend; Growth Energy and the Renewable Fuels Association (the "Rocky Mountain Plaintiffs"); Plaintiffs the National Petrochemical & Refiners Association, American Trucking Associations, The Center for North American Energy Security; and The Consumer Energy Alliance (the "NPRA Plaintiffs");

1  Defendant Intervenors the Natural Resources Defense Council, Sierra Club, Environmental
2  Defense Fund, and Conservation Law Foundation (collectively "Defendant-Intervenors"); and
3  Defendant James N. Goldstene, by and through their respective counsel of record, hereby
4  stipulate and agree as follows:

5        **WHEREAS** on January 14, 2011, this Court issued its Order on Defendants'
6  and Intervenors' Fed. R. Civ. P. 56(d) Motion (Doc. 137) (the "Order") in the above-captioned
7  proceeding;

8        **WHEREAS** the Order sets forth a briefing schedule for further discovery and
9  briefing in connection with the parties' cross-motions for summary judgment;

10        **WHEREAS** the Order provides that "Plaintiffs' responses to defendants'
11  discovery requests and the Rule 30(b)(6) deposition of Mr. Dinneen shall be conducted no later
12  than February 3, 2011";

13        **WHEREAS** the parties have met and conferred, and have agreed, due to the
14  availability of Mr. Dinneen and counsel for the Renewable Fuels Association, that Mr.
15  Dinneen's deposition will be conducted on February 4, 2011, in Washington, D.C.;

16        **WHEREAS**, based on the foregoing, the parties wish to modify the schedule set
17  forth in the Order to allow the deposition of Mr. Dinneen to be conducted no later than
18  **February 4, 2011**, instead of **February 3, 2011**; and

19        **WHEREAS** the parties agree that the other dates in the Order should be
20  extended accordingly.

21        **IT IS HEREBY STIPULATED**, by and between the parties, through their
22  respective counsel, that the Order should be revised as follows:
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1. The deadline for Defendants and Defendant-Intervenors to conduct the Rule 30(b)(6) deposition of Mr. Dinneen should be moved from February 3, 2011, to **February 4, 2011.**

2. The deadline for the parties to file a joint status report to update the Court as to status of the limited discovery should be moved from February 7, 2011, to **February 8, 2011**.

3. The deadline for Defendants' supplemental briefs on the pending motions should be moved from February 17, 2011, to **February 18, 2011.**

4. The deadline for Amicus Curiae briefs, if any, should be moved from February 28, 2011, to **March 1, 2011**.

5. The deadline for Plaintiffs' oppositions and reply briefs on all pending motions should be moved from March 11, 2011, to **March 14, 2011**;

6. The deadline for Defendants' reply in support of their cross-motion for summary judgment should be moved from March 25, 2011, to **March 28, 2011.**

Dated: January 25, 2011            STATE OF CALIFORNIA,
                                   DEPARTMENT OF JUSTICE

                                   By:   /s/  Mark Poole
                                         Mark Poole,
                                         Attorneys for All Defendants

Dated: January 25, 2011            NATURAL RESOURCES DEFENSE COUNCIL

                                   By:   /s/  David Pettit
                                         David Pettit,
                                         Attorneys for Defendant Intervenor
                                         Natural Resources Defense Council

Dated: January 25, 2011            SIERRA CLUB

                                   By:   /s/  Pat Gallagher
                                         Pat Gallagher,
                                         Attorneys for Defendant Intervenor
                                         Sierra Club


| | |
|---|---|
| Dated: January 25, 2011 | ENVIRONMENTAL DEFENSE FUND |
| | By:  /s/ Timothy O'Connor |
| | Timothy O'Connor, |
| | Attorneys for Defendant Intervenor |
| | Environmental Defense Fund |
| Dated: January 25, 2011 | CONSERVATION LAW FOUNDATION |
| | By:  /s/ Jane West |
| | Jane West, |
| | Attorneys for Defendant Intervenor |
| | Conservation Law Foundation |
| Dated: January 25, 2011 | SIDLEY AUSTIN LLP |
| | By:  /s/ Roger R. Martella, Jr. |
| | Roger R. Martella, Jr. |
| | Attorneys for the NPRA Plaintiffs |
| Dated: January 25, 2011 | JONES HELSLEY PC |
| | By:  /s/ Timothy Jones |
| | Timothy Jones, |
| | Attorneys for the Rocky Mountain Plaintiffs |

# **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that, the schedule set forth in the January 14, 2011, Order on Defendants' and Intervenors' Fed. R. Civ. P. 56(d) Motion (Doc. 137), is modified as follows:

1. The deadline for Defendants and Defendant-Intervenors to conduct the Rule 30(b)(6) deposition of Mr. Dinneen shall be moved from February 3, 2011, to **February 4, 2011.**

2. The deadline for parties to file a joint status report to update the Court as to status of the limited discovery shall be moved from February 7, 2011, to **February 8, 2011**.

3. The deadline for Defendants' supplemental briefs on the pending motions shall be moved from February 17, 2011, to **February 18, 2011.**

4. The deadline for Amicus Curiae briefs, if any, shall be moved from February 28, 2011, to **March 1, 2011**.

5. The deadline for Plaintiffs' oppositions and reply briefs on all pending motions shall be moved from March 11, 2011, to **March 14, 2011**;

6. The deadline for Defendants' reply in support of their cross-motion for summary judgment shall be moved from March 25, 2011, to **March 28, 2011.**

DATED: January 26, 2011                    /s/ Lawrence J. O'Neill_____
                                           Honorable Lawrence J. O'Neill