IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, REDWOOD COUNTY MINNESOTA CORN AND SOYBEAN GROWERS, PENNY NEWMAN GRAIN, INC., GROWTH ENERGY, RENEWABLE FUELS ASSOCIATION, REX NEDEREND, FRESNO COUNTY FARM BUREAU, NISEI FARMERS LEAGUE, and CALIFORNIA DAIRY CAMPAIGN,<br><br>        Plaintiffs,<br>  vs.<br><br>JAMES N. GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>        Defendants.<br><br>and related intervenor and consolidated actions and amici curiae.<br>_____/ | CASE NO. CV-F-09-2234 LJO DLB<br><br>**COURT'S RESPONSE TO FEBRUARY 8, 2011 STATUS REPORT** |

    The Court has read and reviewed the parties joint status report, and its attached exhibits, filed on February 8, 2011. The Court notes that the status report acknowledges discovery disputes between certain parties, and contains certain requests. No motions or stipulations, however, are presented to this Court. To the extent the parties have a discovery dispute that must be resolved by Court action, the parties must make the appropriate motion and present that motion to the appropriate judge. To the extent a party desires to make a request that affects a Court order currently in effect, that party must make that request through an appropriate motion or stipulation. Because no motions or

stipulations/proposed orders have been presented to this Court, this Court takes no action. Accordingly, the briefing schedule contained in this Court's January 14, 2011 Order on Defendants' and Intervenors Fed. R. Civ. P. 56(d) Motion remains in effect.

This Court has noticed the propensity of counsel to file volumes of documents with each motion. Despite the volume of paperwork presented, the parties either ignore or give short shrift to the relevant grounds for each request or the relief requested. This Court requires succinct brevity. The Court has no option but to enforce that requirement based on its caseload. Accordingly, should the parties file further motions, those motions shall be clear and succinct as to the grounds for the motion and the relief requested.

In addition, this Court grants continuances only upon a demonstration of good cause. This Court has granted one continuance, and continued the briefing schedule for the five pending motions for summary judgment and preliminary injunction, based on the parties' request and proposal. Further requests to continue must be supported by good cause, shall be specific to a particular motion, and should propose a course of action that contemplates that future continuances shall be looked upon with disfavor.

IT IS SO ORDERED.

**Dated:   February 10, 2011**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE