DAVID PETTIT (SBN 67128)
dpettit@nrdc.org
MELISSA LIN PERRELLA (SBN 205019)
mperrella@nrdc.org
JENNIFER SORENSON (SBN 268665)
jsorenson@nrdc.org
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, California 90401
Telephone:  (310) 434-2300
Facsimile:   (310) 434-2399

Attorneys for Defendants-Intervenors
Natural Resources Defense Council, Inc.
and Conservation Law Foundation

[Additional counsel listed at the end]

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, REDWOOD COUNTY MINNESOTA CORN AND SOYBEAN GROWERS, PENNY NEWMAN GRAIN, INC., GROWTH ENERGY, RENEWABLE FUELS ASSOCIATION, REX NEDEREND, FRESNO COUNTY FARM BUREAU, NISEI FARMERS LEAGUE, and CALIFORNIA DAIRY CAMPAIGN,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>JAMES N. GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>　　　　　　　　Defendants. | Case No. 1:09-cv-02234-LJO-DLB<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date:  March 7, 2011<br>Time: 8:30 A.M.<br><br>Hon. Lawrence J. O'Neill |

| | |
|---|---|
| NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES GOLDSTENE, Executive Officer of the California Air Resources Board, MARY D. NICHOLS, DANIEL SPERLING, KEN YEAGER, DORENE D'ADAMO, BARBARA RIORDAN, JOHN R. BALMES, LYDIA H. KENNARD, SANDRA BERG, RON ROBERTS, RONALD O. LOVERIDGE, member of the California Air Resources Board; ARNOLD SCHWARZENEGGER, Governor of the state of California, and EDMUND BROWN, Attorney General of the state of California,<br><br>Defendants.<br><br>and related intervenor actions and amici. | CASE NO. CV-F-10-163 LJO DLB<br><br>**NOTICE AND MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date:  March 7, 2011<br>Time: 8:30 A.M.<br><br>Hon. Lawrence J. O'Neill |

TO:  ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 37 and Local Rule 251, on March 7, 2011, or on such other date as may be set by the Court, at 8:30 A.M. in the courtroom of the Hon. Lawrence J. O'Neill, located at 2500 Tulare Street, Fresno, California, Defendant James N. Goldstene and Intervenors Natural Resources Defense Council, Conservation Law Foundation, Sierra Club and Environmental Defense Fund will, and hereby do, move the Court for an order a) compelling further responses from all Plaintiffs in the *Rocky Mountain Farmers Union* case to the interrogatories and document requests that this Court allowed to be promulgated by its Order dated January 14, 2011 (Document 157), and/or b) for issue sanctions establishing, for purposes of the pending motions for summary judgment, that Plaintiffs Renewable Fuels Association, Rocky Mountain Farmers Union, Redwood County Minnesota Corn And Soybean Growers, Penny Newman Grain Inc., Growth Energy, Rex Nederend, Fresno County Farm Bureau, Nisei Farmers League, and California Dairy Campaign, and their members (if any) may not submit any evidence that they or their members have suffered any injury as a result of the California Low Carbon Fuel Standard.

This motion is brought because Plaintiffs Renewable Fuels Association ("RFA") and Growth Energy have not responded to any of Defendants' and Intervenors' interrogatories or document requests on behalf of their members, and because the remaining seven Plaintiffs provided only baseless objections to the proffered discovery.  Counsel for Defendants have met and conferred with counsel for Growth Energy and RFA, so far without success.  The other seven Plaintiffs have declined even to respond to Defendants' meet and confer letter.  Moving parties, pursuant to Local Rule 251, will again attempt to meet and confer with all

nine Plaintiffs who are subject to this motion, and will prepare a Joint Statement for the Court.

Dated: February 14, 2011      Respectfully submitted,

DAVID PETTIT
MELISSA LIN PERRELLA
NATURAL RESOURCES DEFENSE COUNCIL


By:   /s/ David Pettit_____
         DAVID PETTIT

Attorneys for Defendants-Intervenors
Natural Resources Defense Council, Inc.
and Conservation Law Foundation

KAMALA HARRIS
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General


By:   /s/ Gavin McCabe
         GAVIN G. MCCABE

Attorneys for Defendants
James N. Goldstene, et al

ADDITIONAL COUNSEL OF RECORD:

KAMALA HARRIS
Attorney General of California
ROBERT W. BYRNE, State Bar No. 213155
Supervising Deputy Attorney General
MARK W. POOLE, State Bar No. 194520
DAVID A. ZONANA, State Bar No. 196029
ELAINE MECKENSTOCK, State Bar No. 268861
GAVIN G. MCCABE, State Bar No. 130864
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5605
Fax: (415) 703-5480
E-mail: Gavin.McCabe@doj.ca.gov
*Attorneys for Defendants*

PAT GALLAGHER
DEVORAH ANCEL
Director of Environmental Law
Sierra Club
85 Second Street, 5th Floor
San Francisco, CA 94105
415-977-5709 Office
415-977-5793 Fax
E-mail: pat.gallagher@sierraclub.org
E-mail: devorah.ancle@sierraclub.org

TIMOTHY O'CONNOR
Environmental Defense Fund
123 Mission Street, 28th Floor
San Francisco, California 94105
E-mail: toconnor@edf.org

JIM TRIPP
Environmental Defense Fund
257 Park Avenue South, 17th Floor
New York, New York 10010
E-mail: jtripp@edf.org

NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO
INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS
Case No. 1:09-cv-02234-LJO-DLB

3