KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General
GAVIN G. MCCABE, State Bar No. 130864
MARK POOLE, State Bar No. 194520
DAVID A. ZONANA, State Bar No. 196029
ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5582
Fax: (415) 703-5480
E-mail: Mark.Poole@doj.ca.gov
*Attorneys for Defendant*
*James N. Goldstene et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION, et al.,** | LEAD CASE No. 1:09-CV-02234-LJO-DLB |
| Plaintiffs, | *Consolidated With* Case No.: |
| v. | 1:10-CV00163-LJO-DLB |
| **JAMES GOLDSTENE, et al.,** | **DECLARATION OF MICHAEL WAUGH IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEFS IN OPPOSITION TO RMFU PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PRELIMINARY INJUNCTION** |
| Defendants. | |
| And Related Consolidated Action. | |
| **NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, *et al.*,** | Date:        To Be Determined Time: Courtroom: Four |
| Plaintiffs, | Judge:        The Honorable Lawrence J. O'Neill |
| v. | Trial Date:  None Set Action Filed: 12/23/2009 |
| **JAMES GOLDSTENE, et al.,** | |
| Defendants. | |

I, Michael Waugh, declare and state as follows:

1.   I am currently employed as the Chief of the Criteria Pollutants Branch by the California Air Resources Board ("ARB"). I have worked in this capacity since July 19, 2010. I make this declaration based on my professional experience and my personal knowledge of the facts set forth herein. I am willing and able to testify under oath if called as a witness before the Court.

2.   My prior position at ARB was Manager of the Program Assistance Section, which conducted the economic analysis of the LCFS. This Section also brought to the Board two major regulations: the Portable Diesel Engine Airborne Toxic Control Measure and the Regulation to Reduce Emissions from Diesel Auxiliary Engines on Ocean-Going Ships While At-Berth at a California Port.

3.   Prior to being employed by ARB, I worked 14 years for two local air districts in California, the last 10 as the Deputy Air Pollution Control Officer of Tuolumne County. During that time, I served two annual terms on the Board of Directors of the California Air Pollution Control Officers Association.

4.   Prior to entering the air pollution control field, I worked nearly six years as a process engineer for Shell Oil Company at two petroleum refineries.

5.   The Low Carbon Fuel Standard (LCFS) incorporates the use of "lifecycle analysis" to reduce greenhouse gas (GHG) emissions from transportation fuels. The lifecycle analysis accounts for the GHG emissions associated with the production, transportation, and use in California of regulated transportation fuels in motor vehicles (also called the fuel's "carbon intensity (CI)"). The lifecycle analysis includes the direct emissions associated with producing, transporting, and using the fuels. In addition, the lifecycle analysis considers any other effects, both direct and indirect, that result from changes in land use or other effects.

6.   The regulated parties of the LCFS have the obligation to meet the annual standards of the regulation by reducing the average CI of the transportation fuels introduced into the market during that compliance period (calendar year).

1

1       7.   To meet these annual standards, regulated parties will have to substitute a portion of

2  their petroleum-based transportation fuels with lower-CI alternative fuels, such as low-CI ethanol,

3  electricity, hydrogen, natural gas, and biogas.

4       8.   The desirability of using any particular alternative fuel to meet a regulated party's CI

5  obligation is a function of an alternative fuel's CI; therefore, a regulated party will value lower-CI

6  alternative fuels over higher-CI alternative fuels. The LCFS anticipates this will create a market

7  whereby lower -CI alternative fuels receive a price premium over fuels with higher CI's.

8       9.   The ARB subscribes to daily and weekly reports from the Oil Price Information

9  Service (OPIS). The daily reports are in the form of short information releases and are distributed

10  via email. These daily reports may contain market information, such as spot prices for gasoline,

11  diesel, and biofuels, or they may be about breaking news in the transportation fuel industry. The

12  weekly reports resemble newsletters, and are distributed as email attachments. The weekly

13  reports contain summaries of the week's activities regarding U.S. or West Coast fuel prices and

14  volumes and may contain text that was sent in daily email notices.

15      10. One of the sets of data available from the OPIS reports is spot prices of fuels. For

16  ethanol sales, OPIS defines "Ethanol Spot Price (Bulk Barge/Rail)" as "large quantity pure

17  ethanol deals transacted or being discussed in certain FOB markets." Therefore, the spot price

18  would be the market price for the exchange of large quantities of that commodity in a given

19  market. *See* Exhibit A for an example of such a report.

20      11. Since January 7, 2011, the OPIS reports have included the spot prices in Los Angeles

21  and San Francisco of two ethanol products with different carbon intensities (98.4 $gCO_2e/MJ$ and

22  90.1 $gCO_2e/MJ$). *See* Exhibit A, p. 3. The 98.4 CI is a value in the Lookup Table in the LCFS

23  regulation (Table 6, section 95486) that corresponds to Midwest corn ethanol that is produced in a

24  plant that uses a dry-mill process, has dry distillers' grains and solubles (DGS) as a co-product,

25  and uses natural gas as a fuel. The 90.1 is a value in the Lookup Table in the LCFS regulation

26  that corresponds to Midwest corn ethanol that is produced in a plant that uses a dry-mill process,

27  has wet DGS as a co-product, and uses natural gas as a fuel.

28

1    12.  Data from the OPIS reports indicates that the spot price difference between the 90.1

2    CI corn ethanol and the 98.4 CI corn ethanol has been 1- 2 cents/gal in 2011, with the 90.1 CI

3    product getting the premium price.

4    13.  If that price premium attracts 1 billion gallons of 90.1 Midwest ethanol to California

5    (about two-thirds of California's estimated consumption in 2011), Midwest producers of that

6    ethanol stand to obtain $10-20 million just from the price premium.

7    14.  I directed members of my staff to review the spot prices in the OPIS reports for

8    ethanol in Chicago, New York, and Los Angeles for calendar year 2009 and 2010, and for 2011

9    through February 10.  This period encompasses the timeframe in which the LCFS was proposed

10   for consideration by the ARB through the initial period of full implementation which began

11   January 1, 2011.  Staff has made the following observations of that data, and I have reviewed the

12   data and confirmed these observations:

13        • Los Angeles spot prices are consistently higher than those in Chicago over the years

14           reviewed, and there is no large trend in ethanol price differentials between Chicago and

15           Los Angeles over the period studied.

16             o    The quarterly average differences have been as low as 8 cents/gal and as

17                  high as 13 cents/gal with ethanol consistently selling for higher prices in

18                  L.A. than in Chicago.

19             o    They currently stand at almost 12 cents/gal.

20        • There is no large trend in the differences in ethanol price differentials between New

21           York and Los Angeles over the last two-year period

22             o    The quarterly average differences have been as low as -1.7 cents/gal (NY

23                  higher) and as high as 3.4 cents/gal (L.A. higher)

24             o    They currently stand at almost 1 cent/gal (L.A. higher)

25        • Ethanol prices in general have been steadily rising since mid-2010.  For example, the

26           price in Los Angeles went from about $1.70 per gallon (Q2 2010) to about $2.45

27           (current).  This is about a 44% increase.

28

3

15.    According to a February 11, 2011, OPIS daily report, total U.S. ethanol exports for all of 2010 were more than three times higher than 2009 exports, going from 3,021,329 barrels to 9,766,809 barrels. *See* Exhibit B.

16. According to a February 1, 2011, OPIS daily report, ethanol plants in the U.S. produced an average 925,000 b/d over November, about 4.6 percent over the previous record high reached the month before in October. Compared to November 2009, the monthly production rate indicated nearly a 17.7 percent increase year-on-year. *See* Exhibit C.

17. According to a February 1, 2011, OPIS daily report, Archer Daniels Midland (ADM) announced posted net earnings of $732 million for its second quarter of FY2011, up $165 million, partly due to improved ethanol margins and volumes. ADM further said that ADM's corn processing division, which houses its ethanol sales, increased $109 million for the quarter, or 38 percent, to $399 million. Corn processing volumes were up 24 percent for the quarter, reflecting the ramp-up of ADM's two expanded dry mill ethanol plants in Columbus, Neb., and Cedar Rapids, Iowa. Additionally, bioproducts profit for the quarter gained $161 million, to $280 million, driven in part by improved ethanol margins and volumes. *See* Exhibit D.

18. As of February 16, 2011, ARB staff has reviewed applications for 14 plants that use corn exclusively or with other feedstocks, representing more than 65 separate fuel pathways. ARB has posted the CIs associated with the pathways for those applications.

19. Pursuant to Regulatory Advisory 10-04, issued on December 23, 2010, regulated parties can use these posted values before they are formally added to the LCFS Lookup Table through a full regulatory process.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge. Executed this 18th day of February, 2011, at Sacramento , CA.

Michael S. Waugh
Michael Waugh

SF2010400011
20410307.doc

4

# EXHIBIT A

To Waugh Declaration in Support of Defendants' Supplemental
Briefs in Opposition to RMFU Plaintiffs' Motion for Summary
Judgment and Motion for Preliminary Injunction

LEAD CASE No.
1:09-CV-02234-LJO-DLB

Consolidated with Case No.:
1:10-CV00163-LJO-DLB

# OPIS West Coast Spot Market Report

**OPIS**
www.opisnet.com

A Daily Report on U.S. West Coast Spot Prices plus News and Commentary

Friday, February 04, 2011

## West Coast 30-Day Average Snapshot



Los Angeles CARB No. 2 Basis (cts/gal)



Los Angeles CARBOB-R Basis (cts/gal)



Los Angeles Jet-Pipe LAX Basis (cts/gal)

**USWC PRICES DOWN ON NYMEX LOSSES DESPITE SPOT STRENGTH**

2/4 -- Steep futures losses were noted today with RBOB leading the charge lower as losses of 6cts-plus were noted along the forward curve. Unrest in Egypt last week sparked a short covering rally, but today funds were liquidating as demand became the focus.

With stormy, cold weather covering a large portion of the country, cars are expected to stay in driveways and garages, chewing into gasoline demand. As a result, sellers came in and shifted the market significantly lower, with the front-month RBOB contract losing 6.81cts to settle at $2.4353/gal, about a half - cent above the session lows.

Brent crude oil also took a significant drop as the March contract settled below the $100 threshold at $99.83/bbl. While crude oil losses were seen for WTI as well, they were not as big as they were for Brent, chewing a bit into the wide spread. The Brent/WTI spread is still more than $10/bbl. March WTI dropped $1.51 today to settle at $89.03/bbl.

The lighter losses were seen in the heating oil ring, but front-month contracts still dropped by close to a nickel today. Heating oil will still find support from strong distillate demand and cold weather. March heating oil settled at $2.7167/gal today, a little more than a penny above the session low.

While the first three to four months of the year are referred to in the U.S. as the spring refinery turnaround season, the line between required unit maintenance and discretionary downtime is often blurred. If margins are unattractive, refiners have no great incentive to bring units back from turnaround or, more generally, to operate their refineries at full capacity.

However, first-quarter 2011 refining margins in the United States are off to a bullish start. Refiners in the MidContinent, Gulf Coast, and Rockies regions in particular would appear to have reason to keep units operating.

*(Continued on Page 2)*

## New York Mercantile Exchange at Settlement

| WTI Crude Oil ($/bbl) | | | RBOB Unleaded (cts/gal) | | | Heating Oil (cts/gal) | | | L.A. 3-2-1 Crack Spread* | |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Price | Change | Month | Price | Change | Month | Price | Change | Price ($/bbl) | Change |
| MAR | 89.03 | -1.51 | MAR | 243.53 | -6.81 | MAR | 271.67 | -5.07 | 16.82 | 0.77 |
| APR | 91.85 | -1.39 | APR | 258.42 | -6.77 | APR | 271.81 | -4.91 | | |
| MAY | 94.00 | -1.37 | MAY | 260.06 | -6.56 | MAY | 272.20 | -4.61 | | |

*Crack is based on midpoints for L.A. CARBOB Gasoline, CARB and ANS

## Today's West Coast Prompt Spot Pipeline Prices and Basis Differentials (cts/gal)

| | Los Angeles | | | | Bay Area | | | | Pacific Northwest | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Physical Prices | | Basis Diff. | | Physical Prices | | Basis Diff. | | Physical Prices | | Basis Diff. | |
| Product | Mean | Change | Mean | Change | Mean | Change | Mean | Change | Mean | Change | Mean | Change |
| ULS No. 2 | 271.545 | -3.195 | -0.125 | 1.875 | 278.170 | -2.820 | 6.500 | 2.250 | 275.170 | -5.070 | 3.500 | -- -- |
| CARB No. 2 | 274.920 | -3.195 | 3.250 | 1.875 | 278.170 | -2.820 | 6.500 | 2.250 | -- -- | -- -- | -- -- | -- -- |
| .05% No. 2 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | 272.170 | -5.070 | 0.500 | -- -- |
| UNL.-CLEAR** | -- -- | -- -- | -- -- | -- -- | 255.280 | -2.560 | 11.750 | 4.250 | -- -- | -- -- | -- -- | -- -- |
| PREM-CLEAR** | 270.030 | -1.060 | 26.500 | 5.750 | 266.780 | -2.560 | 23.250 | 4.250 | -- -- | -- -- | -- -- | -- -- |
| Sub-oct Reg | 250.030 | -1.060 | 6.500 | 5.750 | -- -- | -- -- | -- -- | -- -- | 243.030 | -7.310 | -0.500 | -0.500 |
| Sub-oct Pre | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | 254.530 | -7.310 | 11.000 | -0.500 |
| CARBOB-R** | 257.530 | -1.060 | 14.000 | 5.750 | 255.280 | -2.560 | 11.750 | 4.250 | 242.030 | -7.310 | -1.500 | -0.500 |
| CARBOB-P** | 265.030 | -1.060 | 21.500 | 5.750 | 266.780 | -2.560 | 23.250 | 4.250 | 253.530 | -7.310 | 10.000 | -0.500 |
| JET ** | 276.170 | -3.695 | 4.500 | 1.375 | 275.420 | -3.695 | 3.750 | 1.375 | 276.170 | -3.695 | 4.500 | 1.375 |
| JET-WTG AVG | 276.230 | -3.635 | 4.560 | 1.435 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- |
| B2 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | 277.170 | -5.070 | 5.500 | -- -- |
| AZRBOB-R | 256.780 | -1.060 | 13.250 | 5.750 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- |
| AZRBOB-P | 264.780 | -1.060 | 21.250 | 5.750 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- |
| CARB RFG-R | 256.202 | -0.879 | -- -- | -- -- | 254.177 | -2.229 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- |
| CARB RFG-P | 262.952 | -0.879 | -- -- | -- -- | 264.527 | -2.229 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- |

Note: **L.A. Jet Fuel is JET-PipeLAX, Bay Area Jet Fuel is JET-Pipe, PNW UNL.-CLEAR is sub-octane-Reg, PNW PREM-CLEAR is sub-octane-Pre, PNW CARBOB-R is Sub-octane-Reg (FOB Seattle), PNW CARBOB-P is Sub-octane-Pre (FOB Seattle).

(c)Copyright by Oil Price Information Service, a division of UCG, Two Washingtonian Center 9737 Washingtonian Blvd, Suite 100 Gaithersburg, MD 20878. Reproduction without permission is prohibited. WestFax is published each business day. OPIS does not guarantee the accuracy of these prices. Pricing/Editorial Office: 800-275-0950. For a limited copyright waiver, call (888)301-2645. To order additional copies, fax your request to 301-816-8945. To have your information emailed to you, please send an e-mail request to opiswest@opisnet.com. Customer Support:(888)301-2645. Editor: Denton Cinquegrana (732-730-2567); Fax 1-800-927-3745

# OPIS West Coast Spot Market Report

February 04, 2011

**Today's West Coast Prompt Spot Pipeline Prices and Basis Differentials (cts/gal)**

| Product | Los Angeles | | | | Bay Area | | | | Pacific Northwest | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Physical Prices | | Basis Diff. | | Physical Prices | | Basis Diff. | | Physical Prices | | Basis Diff. | |
| | Low | High | Low | High | Low | High | Low | High | Low | High | Low | High |
| ULS No. 2 | 270.92 | 272.17 | -0.75 | 0.50 | 277.67 | 278.67 | 6.00 | 7.00 | 274.17 | 276.17 | 2.50 | 4.50 |
| CARB No. 2 | 274.17 | 275.67 | 2.50 | 4.00 | 277.67 | 278.67 | 6.00 | 7.00 | -- -- | -- -- | -- -- | -- -- |
| .05% No. 2 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | 271.17 | 273.17 | -0.50 | 1.50 |
| UNL.-CLEAR** | -- -- | -- -- | -- -- | -- -- | 254.28 | 256.28 | 10.75 | 12.75 | -- -- | -- -- | -- -- | -- -- |
| PREM-CLEAR** | 269.03 | 271.03 | 25.50 | 27.50 | 265.78 | 267.78 | 22.25 | 24.25 | -- -- | -- -- | -- -- | -- -- |
| Sub-oct Reg | 249.03 | 251.03 | 5.50 | 7.50 | -- -- | -- -- | -- -- | -- -- | 242.53 | 243.53 | -1.00 | 1.00 |
| Sub-oct Pre | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | 254.03 | 255.03 | 10.50 | 11.50 |
| Sub-oct Reg (Sea) | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | 241.53 | 242.53 | -2.00 | -1.00 |
| Sub-oct Pre (Sea) | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | 253.03 | 254.03 | 9.50 | 10.50 |
| JET ** | 275.67 | 276.67 | 4.00 | 5.00 | 274.92 | 275.92 | 3.25 | 4.25 | 275.67 | 276.67 | 4.00 | 5.00 |
| B2 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | 276.17 | 277.17 | 4.50 | 6.50 |
| AZRBOB-R | 255.78 | 257.78 | 12.25 | 14.25 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- |
| AZRBOB-P | 263.78 | 265.78 | 20.25 | 22.25 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- |
| CARBOB-R** | 256.53 | 258.53 | 13.00 | 15.00 | 254.28 | 256.28 | 10.75 | 12.75 | -- -- | -- -- | -- -- | -- -- |
| CARBOB-P** | 264.03 | 266.03 | 20.50 | 22.50 | 265.78 | 267.78 | 22.25 | 24.25 | -- -- | -- -- | -- -- | -- -- |
| CARB RFG-R | 255.13 | 257.28 | -- -- | -- -- | 253.10 | 255.25 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- |
| CARB RFG-P | 261.88 | 264.03 | -- -- | -- -- | 263.45 | 265.60 | -- -- | -- -- | -- -- | -- -- | -- -- | -- -- |

Note: **L.A. Jet Fuel is JET-PipeLAX, Bay Area Jet Fuel is JET-Pipe.

### L.A. Physical Curve Prices (cts/gal)

| Product | Month | Low | High | Mean | Change |
|---|---|---|---|---|---|
| CARBOB | MAR | 259.92 | 261.42 | 260.67 | -4.77 |
| CARBOB | APR | 261.56 | 262.56 | 262.06 | -6.56 |
| CARB No. 2 | MAR | 277.81 | 278.81 | 278.31 | -2.66 |
| JET-PipeLAX | MAR | 278.31 | 278.81 | 278.56 | -3.66 |
| JET-PipeLAX | APR | 278.70 | 279.70 | 279.20 | -3.11 |

### L.A. Physical Curve Basis Differential (cts/gal)

| Product | Month | Low | High | Mean | Change |
|---|---|---|---|---|---|
| CARBOB | MAR | 1.500 | 3.000 | 2.250 | 2.000 |
| CARBOB | APR | 1.500 | 2.500 | 2.000 | -- -- |
| CARB No. 2 | MAR | 6.000 | 7.000 | 6.500 | 2.250 |
| JET-PipeLAX | MAR | 6.500 | 7.000 | 6.750 | 1.250 |
| JET-PipeLAX | APR | 6.500 | 7.500 | 7.000 | 1.500 |

### L.A. Paper Curve Basis Differential (cts/gal)

| Product | Month | Low | High | Mean | Change |
|---|---|---|---|---|---|
| CARBOB | MAR | 0.750 | 1.750 | 1.250 | -- -- |
| CARBOB | APR | 3.500 | 4.500 | 4.000 | -- -- |
| CARBOB | Q2 | 6.500 | 7.500 | 7.000 | 1.000 |
| CARB No. 2 | MAR | 5.500 | 6.500 | 6.000 | -0.500 |
| JET-PipeLAX | MAR | 6.500 | 7.500 | 7.000 | -0.500 |
| JET-PipeLAX | APR | 8.500 | 9.500 | 9.000 | 1.500 |
| JET-PipeLAX | Q2 | 9.250 | 10.250 | 9.750 | 0.250 |

### Today's Closing Singapore Prompt Jet Kerosene Prices

| Market | Low | High | Mean | Change |
|---|---|---|---|---|
| FOB Singapore ($/bbl) | 116.57 | 116.67 | 116.62 | -- -- |

### PADD 5 DOE Inventory - Week Ending 01/28

| Location | This Week | Last Week | Last Year | Week Change | Year Change |
|---|---|---|---|---|---|
| Gasoline | 35,035 | 34,320 | 32,924 | 715 | 2,111 |
| No. 2 Oil | 1,121 | 1,329 | 1,080 | -208 | 41 |
| Kerosene Jet | 10,969 | 10,188 | 10,352 | 781 | 617 |
| Residual Fuel | 4,692 | 5,044 | 4,397 | -352 | 295 |
| Crude Oil | 45,873 | 46,106 | 45,633 | -233 | 240 |
| Crude Input | 2,346 | 2,206 | 2,210 | 140 | 136 |

Note: Inventory levels are in thousands of barrels.

Macquarie Capital analysts noted in late January that the next refining cycle has begun in earnest as surging distillate demand in emerging markets rapidly tightens global supply. That distillate demand is seen as a major underpinning of the next bull market, which Macquarie says remains in its early  stages and could continue through 2013.

But looking more short-term and closer to home, consider the following regional developments: Midwest: The big story behind MidContinent refining margins is the disconnect of West Texas Intermediate (WTI) from other crude grades. WTI inventories have been building at the Cushing, Okla., crude oil hub and are essentially stranded  there, pushing down WTI's value relative to other crude grades.

This is expected to translate to extremely strong first-quarter refining margins in the region. Unfortunately, several refiners with a Midwest refining presence (Frontier Oil, Holly Corp., CVR Energy) were not scheduled to discuss their most recent quarterly earnings and expectations for 2011 until later in February or early March.

But statistics from the Energy Information Administration (EIA) provide clear proof that refiners in the Midwest are doing everything that they can to capture strong refining margins. For the week ended Jan. 28, the Midwest region  had a four-week-average refinery utilization rate of 90.2% - stronger than any other region in the country. Gulf Coast: In the last week of January, refinery utilization on the Gulf Coast  averaged 87.4% for the last four weeks, second only to the Midwest.

This is not surprising in the face of strong USGC gasoline and diesel crack spreads. The Gulf Coast waterborne unleaded gasoline crack versus front-month WTI held to double digits for most of January, averaging $11.45/bbl for the month.

The USGC waterborne high-sulfur No. 2 oil crack was even stronger, averaging  $18.34/bbl during January and peaking at $24.40/bbl on Jan. 27. Northeast: For the week ended Jan. 28, the U.S. East Coast had the lowest four-  week average refinery

*(Continued on Page 3)*

Copyright© Oil Price Information Service (OPIS)
www.opisnet.com

# OPIS West Coast Spot Market Report

**February 04, 2011**

### Today's Spot Feedstocks Values

| Product | Range (cts/gal) | | Diff to 70/30 (cts/gal) | | Diff to WTI ($/bbl) | | Diff to ANS ($/bbl) | |
|---|---|---|---|---|---|---|---|---|
| | Low | High | Low | High | Low | High | Low | High |
| Low Sulfur VGO | 252.25 | 253.25 | -9.50 | -8.50 | 16.90 | 17.35 | 12.15 | 12.60 |
| High Sulfur VGO | 249.50 | 250.00 | -12.25 | -11.75 | 15.75 | 15.95 | 11.00 | 11.20 |
| Light Cycle Oil | 243.40 | 245.40 | -28.15 | -26.15 | 2.50 | 3.25 | -- -- | -- -- |

### Today's Spot NGL Ranges (cts/gal)

| Market | Propane | | N.Butane | | Butane Mix | | Isobutane | | N. Gasoline | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Low | High | Low | High | Low | High | Low | High | Low | High |
| Delivered LA Basis | 153.00 | 155.00 | 165.00 | 167.00 | 165.00 | 167.00 | 214.00 | 216.00 | -- -- | -- -- |
| Delevered Bakersfield | 160.00 | 162.00 | 155.00 | 157.00 | 155.00 | 157.00 | -- -- | -- -- | 172.00 | 174.00 |
| Delivered Bay Area | 163.00 | 165.00 | 165.00 | 167.00 | 165.00 | 167.00 | 214.00 | 216.00 | -- -- | -- -- |

### WC/WTI-NYMEX/Atlantic Basin Crude Values ($/bbl)

| Product | Low | High | Last | Change |
|---|---|---|---|---|
| Alaska North Slope | 93.53 | 94.03 | 93.78 | -1.51 |
| Line 63 | 93.43 | 93.93 | 93.68 | -1.51 |
| THUMS | 85.15 | 85.65 | 85.40 | -0.30 |

| Product | Low | High | Last | Change |
|---|---|---|---|---|
| SJV | 84.40 | 84.90 | 84.65 | -0.30 |
| WTI | 88.45 | 91.67 | 89.03 | -1.51 |
| Brent | 99.48 | 102.48 | 99.83 | -1.93 |

### U.S. West Coast Crude Oil Postings ($/bbl)

| Location | API | Chev | API | PMTC | API | MOBIL |
|---|---|---|---|---|---|---|
| Buena Vista | 26.0 | 93.40 | 26.0 | 92.25 | 26.0 | 92.61 |
| Hunt. Beach | 19.0 | 84.10 | 20.0 | 86.65 | -- -- | -- -- |
| Kern River | -- -- | -- -- | 13.0 | 83.65 | -- -- | -- -- |
| Long Beach | -- -- | -- -- | 27.0 | 90.10 | -- -- | -- -- |
| Midway Sunset | 13.0 | 87.85 | 13.0 | 86.65 | 13.0 | 87.05 |
| Wilmington | -- -- | -- -- | 17.0 | 84.40 | -- -- | -- -- |
| Effective Date | | 02/02 | | 02/02 | | 02/02 |

### U.S. West Coast Crude Oil Postings ($/bbl)

| Location | API | STUSCO | API | UNION 76 |
|---|---|---|---|---|
| Buena Vista | 26.0 | 93.00 | 26.0 | 92.25 |
| Midway Sunset | 13.0 | 87.45 | 13.0 | 86.65 |
| Effective Date | | 02/02 | | 02/02 |

### Today's Ethanol Prices (cts/gal)

| Market | Timing | Low | High | Mean | Change |
|---|---|---|---|---|---|
| LA CI 90.10 | PROMPT | 242.50 | 246.00 | 244.25 | 0.750 |
| LA CI 90.10 | ANY | 243.00 | 246.00 | 244.50 | 1.000 |
| LA CI 98.40 | PROMPT | 241.50 | 244.00 | 242.75 | 1.250 |
| SF CI 90.10 | PROMPT | 242.50 | 246.00 | 244.25 | 0.750 |
| SF CI 90.10 | ANY | 243.00 | 246.00 | 244.50 | 1.000 |
| SF CI 98.40 | PROMPT | 241.50 | 244.00 | 242.75 | 1.250 |
| Phoenix Eth. | PROMPT | 241.00 | 243.00 | 242.00 | 1.500 |
| P.N.W. Eth. | PROMPT | 241.00 | 243.00 | 242.00 | 2.500 |

### Today's U.S. RIN Values (cts/gal)

| Product | Year | Low | High | Mean | Change |
|---|---|---|---|---|---|
| Corn Ethanol | 2009 | 0.60 | 0.85 | 0.73 | 0.050 |
| Corn Ethanol | 2010 | 0.90 | 1.00 | 0.95 | -0.050 |
| Corn Ethanol | 2011 | 2.65 | 2.85 | 2.75 | -- -- |
| Biodiesel | 2009 | 0.90 | 1.00 | 0.95 | 0.075 |
| Biodiesel | 2010 | 93.00 | 94.00 | 93.50 | 0.500 |
| Biodiesel | 2011 | 93.00 | 94.00 | 93.50 | -0.500 |
| Cellulosic | 2010 | 78.00 | 82.00 | 80.00 | 0.500 |
| Cellulosic | 2011 | 63.00 | 66.00 | 64.50 | -2.000 |
| Adv. Biofuel | 2011 | 63.00 | 66.00 | 64.50 | 0.500 |

utilization rate, at 71.1%. However, it's worth noting that ConocoPhillips executives said last month that the company's East Coast refining margins are "respectable" even when comparing refined product values to Brent crude rather than to WTI.

Brent crude in late January was trading at $11/bbl or more over March WTI. ConocoPhillips' 238,000-b/d Bayway refinery in Linden, N.J., and its 185,000- b/d Trainer, Penn., refinery process primarily North Sea and West African crude grades.

West Coast: The West Coast refinery turnaround schedule for early 2011 is not a heavy one, indicating that discretionary run cuts could be behind the low refinery utilization rates in that region. EIA pegged USWC refinery utilization at a mere 72.9% for the week ended Jan. 28, while the four-week average was 73.5%. The one-week average was the lowest of all five U.S. reporting regions, and the four-week average was the second-to-lowest, trailing only the East Coast.

One possible factor behind the low utilization rates: The benchmark Los Angeles 3-2-1 refining crack spread is versus Alaska North Slope (ANS) crude, which at presstime was running $4.55/bbl stronger than the devalued WTI crude grade. Still, the L.A. 3-2-1 crack spread has been respectable as of late, closing out January at $13.24/bbl.

Rockies: Refining margins in the Rockies are strong. Credit Suisse on Jan. 31 reported quarter-to-date margins in the region averaged $16.84/bbl, or $3.09/bbl above the investment bank's first-quarter forecast of $13.75/bbl.

Also on Jan. 31, Credit Suisse reported the region's refining margins at $21.07/bbl for the most recent week, up $3.98/bbl from the prior week.

One Rockies refining source said that regional maintenance looks fairly light for first quarter 2011. It's common for refinery units to undergo maintenance once every four years, so turnarounds within the last three years would under normal circumstances preclude the same maintenance occurring this year. Suncor, for example, performed turnaround maintenance on two crude units and a reformer at its 93,000-b/d Commerce

*(Continued on Page 4)*

Copyright© Oil Price Information Service (OPIS)
www.opisnet.com

Case 1:09-cv-02234-LJO-GSA   Document 173-2   Filed 02/18/11   Page 10 of 21

**Today's Spot-to-Rack-to-Retail Snapshot**

| Gasoline ($/gal) | Price | Change |
|---|---|---|
| Basket of Racks | 2.608 | 0.021 |
| Retail Average | 3.404 | 0.032 |
| L.A. CARBOB-R | 2.575 | -0.011 |

| Diesel ($/gal) | Price | Change |
|---|---|---|
| Basket of Racks | 2.816 | -0.015 |
| Retail Average | 3.755 | 0.018 |
| L.A. CARB No. 2 | 2.749 | -0.032 |

**30-Day Spot-to-Rack-to-Retail Trend**



Gasoline



Diesel



**Legend**

| | |
|---|---|
| L.A. CARBOB-R | Basket of Racks |
| L.A. CARB No. 2 | Retail Average |

**RACK-TO-RETAIL TREND SNAPSHOT METHODOLOGY**

The rack-to-retail trend snapshot is a tool that can be used through downstream channels to help forecast the trend line for rack to retail markets for gasoline and diesel in Southern California. The spot prices will be the mean for Los Angeles CARBOB and CARB No. 2 oil on the current day. The basket of racks will be the OPIS Gross Contract Average price for both gasoline and diesel at the Los Angeles and Colton racks for the current day. The retail gasoline and diesel averages will be made up of a four-county three-day rolling average comprised of Los Angeles, Orange, San Bernardino and Riverside Counties, also for the current day.

City, Colo., refinery during first quarter 2010.

One company that appears poised to capture first-quarter refining cracks regardless of region is ConocoPhillips. The company has been remarkably consistent the last two years in concentrating refinery turnaround work during the fourth quarter. The company completed turnarounds at five U.S. refineries during fourth quarter of 2010.

Just as in fourth quarter 2009, the company's U.S. crude refining capacity utilization rate dropped to 83% between October and December 2010 (down from 93% and 92% from the third quarters of 2009 and 2010, respectively). By first quarter 2010, ConocoPhillips had bumped up its East Coast refinery utilization to 90%, its USGC utilization to 87%, and its U.S.-wide utilization to 88%.

REFINED PRODUCTS...

US West Coast refined products markets saw gasoline and distillates basis rise on increased demand in the spot market while prices were ultimately pressured lower by heavy losses in the NYMEX futures markets.

February Los Angeles CARBOB cash differentials were up 5.75cts on the day after trading at 13-15cts higher than the NYMEX March RBOB contract. Market watchers attributed the cash rally to traders covering short positions held in the spot market.

"[Pipeline] tenders are being passed around, and there's lots of short covering," one trader said.

Even with the upward trend in L.A. CARBOB basis, cash prices were weakened by a 6.8ct decline in the futures market. Outright prices finished about a penny lower on the day at $2.5753/gal.

The rally surprised many market watchers with regional gasoline supplies seen at a healthy level and pipeline shipments backed up.  Total USWC are unseasonably high at 35 million bbl, holding a 2.1 million bbl surplus on the year.

"There have been lines at all the terminals in L.A. -- big lines," one trader said. "It's the tightest 35 million bbl market I have seen out here."

Looking forward, the CARBOB market was in contango about 3cts, with March- delivery supplies heard traded at 2-3cts over the April Merc and offers coming down to plus 1.5cts at the end of the session.

In the San Francisco gasoline market, the higher 12.5 RVP spec CARBOB was pricing 2.5-2cts cheaper than the summer grade Los Angeles CARBOB.

Meanwhile, liquidity was thin in the Pacific Northwest gasoline market. Sub- octane cash prices collapsed under paper losses, weakening more than 7.25cts to  finish at $2.4303/gal. Basis for February supplies dipped 50pts to trade at 50pts under the NYMEX.

USWC CARB diesel cash differentials got a boost from increased spot demand, however cash prices were pushed lower, with the NYMEX heating oil contract shedding 5cts on the day.

February-delivery Los Angeles CARB diesel basis climbed more than 2.5cts to trade at 2.5-4cts over the March contract, with market fundamentals bullish, sources said. Even so, cash prices were down 2.45cts to finish the session at $2.7492/gal.

"Diesel demand is starting to increase while the arb is closed," one trader said. "There are no imports on the horizon."

Meanwhile, basis for February San Francisco CARB traded at 6.5cts over the screen -- up 2.25cts from Thursday's final traded ranges. Flat prices were assessed at $2.7817/gal.

The Los Angeles jet fuel cash market lost its morning momentum, but basis was still about 75pts stronger on the day. The spot market traded from 5cts over the NYMEX down to 4cts over. Jet fuel outright prices fell

*(Continued on Page 5)*

# OPIS West Coast Spot Market Report

**February 04, 2011**

about 4.25cts to $2.7617/gal with the weaker NYMEX close.

NOTE TO SUBSCRIBERS: CBG is the summer-grade gasoline for Arizona, AZRBOB and L.A. sub-octane reg., are the winter-grade gasoline for Arizona and Las Vegas. Gas prices in L.A. are WEST LINE. All gas prices in S.F. are NORTH LINE -ZERO LINE. Ethanol quote is for delivered rail car ethanol in the L.A. area. RFG Ethanol is not a fungible pipeline product, but a reflection of the value of blending CARBOB with 10% ethanol. Pacific Northwest gas and No.2 oil prices are  FOB Portland Olympic Pipeline; Jet Fuel is FOB Seattle Barge. Sub-octane in LA is 11.5-psi, clear unl in Bay Area is 15.0-psi, sub-octane in Pacific Northwest  is 15.0-psi and FOB Seattle sub-octane is 15-psi, sub-octane pre is 90-octane.

Copyright© Oil Price Information Service (OPIS)

www.opisnet.com

# OPIS West Coast Spot Market Report
**February 04, 2011**

### U.S. West Coast Price Discovery Methodology

Editors confirm and record deals done for gasoline and distillate products with a minimum pipeline size of 10,000 bbl in California and 5,000 bbl in the Pacific Northwest. As the majority of the market is done on an EFP basis, we follow deals as basis discounts or premiums to the New York Mercantile Exchange. We consider fixed-price deals only if they fall within the full-day differential range based off the NYMEX at settlement. Fixed price deals in California spot markets are converted to an EFP when reported and confirmed and then reapplied to the NYMEX settlement price.

OPIS does publish "prompt" ranges, which are trades that reflect "any month / buyers option" transactions. "Buyers option" gives the buyer the choice of taking delivery in any of the four cycles in throughout the month. In Los Angeles, OPIS identifies the prompt Kinder Morgan cycle for timing clarity but ranges are buyer option/any month lifting.

OPIS works with the Kinder Morgan Pipeline to determine the timing of the various cycles throughout the month. Typically, each month has four pumping cycles. In cases where it is close to the end of the months trading cycle, OPIS reserves the right to roll coverage forward to the more liquid month.

For the Los Angeles market, OPIS follows the Kinder Morgan West Line, and in the Bay area the OPIS assessment is for the Kinder Morgan Zero Line. In the Pacific Northwest, prices are FOB Portland - Olympic Pipeline and jet fuel is FOB Seattle barge.

☐ Start my subscription to:        ☐ Renew my subscription to:

☑ OPIS West Coast Spot Market Report (WCS09001) – $497/month

**Payment Options**

☐ My check for $ _____ is enclosed payable to OPIS (TIN#26-3622417).

☐ Charge $ _____ to my ☐ VISA  ☐ Master Card  ☐ American Express

Card #: _____ Exp. Date: _____

Signature: _____

☐ Bill Me $ _____ (must initial here _____)

Oil Price Information Service (OPIS) • www.opisnet.com

9737 Washingtonian Blvd., Suite 100, Gaithersburg, MD 20878

Phone: 888.301.2645 • Fax: 301.287.2535 • opis@opisnet.com

Name _____

Company _____

Address _____

City _____ State _____ ZIP _____ Country _____

Phone _____ Fax _____

Email (required) _____



ANY QUESTIONS ABOUT THIS REPORT, CALL DENTON CINQUEGRANA AT 732-730-2567. SPOT MARKET COVERAGE FOR WEEK OF 2/7/11: 2/7-8 and 2/10 Denton Cinquegrana, 732-730- 2567; 2/9 and 2/11 Lisa Street 516-622-3064.

   Copyright© Oil Price Information Service (OPIS)   www.opisnet.com

# EXHIBIT B

To Waugh Declaration in Support of Defendants' Supplemental
Briefs in Opposition to RMFU Plaintiffs' Motion for Summary
Judgment and Motion for Preliminary Injunction

LEAD CASE No.
1:09-CV-02234-LJO-DLB

Consolidated with Case No.:
1:10-CV00163-LJO-DLB

| | |
|---|---|
| **From:** | "Peterson, Jim@ARB" <apeterso@arb.ca.gov> |
| **To:** | "Waugh, Mike@ARB" <mwaugh@arb.ca.gov> |
| **Date:** | 2/11/2011 9:24 AM |
| **Subject:** | FW: BIOFUELS UPDATE: ***U.S. 2010 ETHANOL EXPORTS PEAKED IN DECEMBER |

-----Original Message-----
From: opisethanol@opisnet.com [mailto:opisethanol@opisnet.com]
Sent: Friday, February 11, 2011 7:33 AM
To: OPIS Ethanol Updates
Subject: BIOFUELS UPDATE: ***U.S. 2010 ETHANOL EXPORTS PEAKED IN DECEMBER

2011-02-11 10:33:08 EST
***U.S. 2010 ETHANOL EXPORTS PEAKED IN DECEMBER
   U.S. ethanol exports ended 2010 on a high note, with December exports surpassing all other monthly levels last year, according to figures from the U.S. Department of Commerce made available today.
   U.S. ethanol exports totaled 1,756,819 bbl in December. The second-highest monthly export level during 2010 was 1,172,229 bbl back in March.
   Canada was the top destination for U.S. ethanol exports in December, with exports to that country totaling 389,987 bbl. That was slightly higher than the 374,154 bbl exported to Canada in November.
   Ethanol exports to the European Union slipped somewhat between November and December, going from 388,950 bbl to 367,611 bbl.
   U.S. shipments to Mexico also notched downward between November and December, going from 59,823 bbl to 57,680 bbl.
   December ethanol exports to Brazil of 91,422 bbl were on par with the November volume of 90,694 bbl. This was on the heels of zero exports to that country in October and negligible exports to Brazil in September.
   And U.S. ethanol exports to Jamaica shot up in December to 109,725 bbl from a nominal 140 bbl in November. The December exports to Jamaica were almost entirely denatured volumes. Monthly ethanol exports to Jamaica earlier in 2010 tended to peak out at between 60,000 bbl and 70,000 bbl in those months when meaningful export volumes to that country were registered.
   Total U.S. ethanol exports for all of 2010 were more than three times higher than 2009 exports, going from 3,021,329 bbl to 9,766,809 bbl.
   Despite that jump, and despite Brazilian ethanol exports having dropped significantly in 2010, U.S. export volumes last year did not quite match those of Brazil.
   Comparing apples to apples, 2010 U.S. ethanol exports totaled 1,552,798 cubic meters (m3), compared to the 1,900,163 m3 that Brazil exported in 2010, according to Brazilian government figures. In 2009, Brazil exported 3,323,465 m3 of ethanol.
   --Brad Addington, baddington@opisnet.com

U.S. ETHANOL EXPORTS - HIGHLIGHTS (BBL)

| Destination | 2009 | 2010 | % Increase |
|---|---|---|---|
| Canada | 1,430,875 | 2,974,236 | 108 |
| EU | 516,757 | 2,852,519 | 452 |
| Brazil | 35,762 | 539,322 | 1,408 |

| | | | |
|---|---|---|---|
| Mexico | 100,081 | 516,180 | 416 |
| Jamaica | 110,818 | 468,438 | 323 |
| U.S. TOTAL | 3,021,329 | 9,766,809 | 223 |

Compiled by OPIS
Source: U.S. Department of Commerce

Copyright, Oil Price Information Service

---
You are currently subscribed to opisethanol as: apeterso@arb.ca.gov.
To unsubscribe, please send your request via email to opissales@ucg.com
To find out more about OPIS visit us @ http://www.opisnet.com

# EXHIBIT C

To Waugh Declaration in Support of Defendants' Supplemental Briefs in Opposition to RMFU Plaintiffs' Motion for Summary Judgment and Motion for Preliminary Injunction

LEAD CASE No.
1:09-CV-02234-LJO-DLB

Consolidated with Case No.:
1:10-CV00163-LJO-DLB

**From:**      "Peterson, Jim@ARB" <apeterso@arb.ca.gov>
**To:**        "Waugh, Mike@ARB" <mwaugh@arb.ca.gov>
**Date:**      2/1/2011 12:23 PM
**Subject:**   FW: BIOFUELS UPDATE: ***ETHANOL OUTPUT HIT NEW MONTHLY HIGH
INNOVEMBER, DOE REPORTS


-----Original Message-----
From: opisethanol@opisnet.com [mailto:opisethanol@opisnet.com]
Sent: Tuesday, February 01, 2011 11:02 AM
To: OPIS Ethanol Updates
Subject: BIOFUELS UPDATE: ***ETHANOL OUTPUT HIT NEW MONTHLY HIGH IN NOVEMBER, DOE
REPORTS

2011-02-01 02:01:47 EST
***ETHANOL OUTPUT HIT NEW MONTHLY HIGH IN NOVEMBER, DOE REPORTS
   Confirming some of the strong output numbers the government revealed in its
new weekly reports, the U.S. Energy Department released monthly figures that
showed domestic ethanol output reaching its highest level ever by the middle of
last quarter.
   Ethanol plants in the U.S. pumped out an average 925,000 b/d over November,
according to DOE's latest Petroleum Supply Monthly, jumping 41,000 b/d, or
about 4.6%, over the previous record high reached the month before in October.
Compared to November 2009, the monthly production rate indicated nearly a 17.7%
increase year-on-year.
   The daily production rate for November would indicate the U.S. ethanol
plants are capable of producing more than 14.18 billion gallons of fuel ethanol
on an annual basis. The monthly reports from DOE, delayed as they are, are
generally considered by analysts to paint a more reliable picture of the
ethanol industry than the agency's weekly reports. However, it is notable that
the weekly reports for last November never showed daily production rates
running more than 895,000 b/d.
   In addition, the record-high weekly output figures DOE posted in early
December reports were accomplished with what the agency admitted was faulty
methodology that overstated production by some 3%-4% over those weeks.
   Meantime, DOE reported total ethanol production over the 30 days of November
at 27.745 million bbl, or more than 1.165 billion gal, up 1.22% month-to-month
despite October's extra day of output.
   The regional breakdown for the month revealed most sections of the country
nudging ethanol production higher, but with almost all the big month-to-month
rise coming out of the nation's Midwest ethanol production centers. Midwest
ethanol output averaged 857,000 b/d in November, jumping 40,000 b/d, or about
4.9%, from September.
   Elsewhere, East Coast ethanol output averaging 25,000 b/d in November
climbed about 4.2% for the month. Gulf Coast production appeared at a
standstill, holding flat at 19,000 b/d. In the Rockies, production averaged
15,000 b/d, up 7.1%, while West Coast plants added about 11.1% to output over
the month, running 10,000 b/d on average.
   Monthly figures also revealed much more ethanol added to storage by the end
of November. At 18.029 million bbl, ethanol stocks nationwide climbed 4.24%, or
up about 734,000 bbl, over the previous month. The gain pushed ethanol stocks
up 16.2% when compared to same month in 2009.
   The biggest stock build came in the Midwest, which outpaced the other major
storage region, the East Coast. Midwest ethanol stores ran 6.795 million bbl by
the end of November, up 5.7% from October. At the same time, East Coast ethanol

stocks reaching 6.367 million bbl built 4.9%.

   Gulf Coast ethanol stocks climbed 6.6% month-to-month, at 2.763 million bbl on hand. In the West Coast, stockpiles at 2.083 million bbl built 4% month-to-month. Ethanol supply in the Rockies region at 205,000 bbl picked up 2.5% since the end of October.

   Ethanol imports for November were nil, or at least not enough to register on the DOE's monthly report. Since last spring, ethanol imports to the U.S. have been almost completely restricted to a smattering of product coming in from Canada, and it appeared that even that avenue had shut down by November.

   --Spencer Kelly, skelly@opisnet.com

Copyright, Oil Price Information Service

---
You are currently subscribed to opisethanol as: apeterso@arb.ca.gov.
To unsubscribe, please send your request via email to opissales@ucg.com
To find out more about OPIS visit us @ http://www.opisnet.com

# EXHIBIT D

To Waugh Declaration in Support of Defendants' Supplemental
Briefs in Opposition to RMFU Plaintiffs' Motion for Summary
Judgment and Motion for Preliminary Injunction

LEAD CASE No.
1:09-CV-02234-LJO-DLB

Consolidated with Case No.:
1:10-CV00163-LJO-DLB

**From:**     "Peterson, Jim@ARB" <apeterso@arb.ca.gov>
**To:**       "Waugh, Mike@ARB" <mwaugh@arb.ca.gov>
**Date:**     2/1/2011 12:23 PM
**Subject:**  FW: BIOFUELS UPDATE: ***ADM REPORTS $732 MILLION NET EARNINGS FORQ2 2011

-----Original Message-----
From: opisethanol@opisnet.com [mailto:opisethanol@opisnet.com]
Sent: Tuesday, February 01, 2011 8:02 AM
To: OPIS Ethanol Updates
Subject: BIOFUELS UPDATE: ***ADM REPORTS $732 MILLION NET EARNINGS FOR Q2 2011

2011-02-01 11:01:05 EST
***ADM REPORTS $732 MILLION NET EARNINGS FOR Q2 2011
   Archer Daniels Midland (ADM) posted net earnings of $732 million for its
second quarter of FY2011, the company announced this morning, up $165 million,
partly due to improved ethanol margins and volumes.
   Net earnings for the second quarter, ended Dec. 31, 2010, or $1.14/share,
compare to $567 million, or 88cts/share, during the same period last year.
   "The ADM team delivered outstanding performance across the board, resulting
in record operating profit," said ADM Chairman and CEO Patricia Woertz. "Amid
strong demand and regional dislocations, we used our vast global network to
deliver for our customers and shareholders. Looking ahead, global markets
remain dynamic. In this environment, we use ADM's exceptional capabilities, our
unique global asset base and the insights of our team to drive value and to
serve vital needs," she added.
   ADM's corn processing division, which houses its ethanol sales, increased
$109 million for the quarter, or 38%, to $399 million. Corn processing volumes
were up 24% for the quarter, reflecting the ramp-up of ADM's two expanded dry
mill ethanol plants in Columbus, Neb., and Cedar Rapids, Iowa. Additionally,
bioproducts profit for the quarter gained $161 million, to $280 million, driven
in part by improved ethanol margins and volumes, ADM noted.
   ADM currently has seven U.S. ethanol plants on line and recently completed
its third and final plant expansion -- in Cedar Rapids, adding 300 million
gal/yr of capacity. "In the quarter, our ethanol volumes improved, reflecting
the ramp-up of our new dry mills," Ray Young, senior vice president and chief
financial officer, explained during this morning's conference call. "And our
ethanol margins rose as high world sugar prices made U.S. ethanol the most
competitive for export. This resulted in tightening of U.S. supply and demand,
leading to an increase in prices, which kept up the increase in corn cost," he
noted.
   "As we look at current market conditions, ethanol spot margins are at or
below unleaded gasoline before the 45cts/gal blenders' credit," Young
continued. "Spot ethanol margins are near break-even. U.S. ethanol industry
exports were about 360 million gallons for the calendar year 2010, which helps
support overall demand. The one-year extension of the blenders' credit and the
U.S. EPA's recent decision on enhanced blending [i.e., to allow for up to 15%
ethanol blends] are supportive of ethanol," he added.
   During the conference call, Woertz acknowledged that "it will take some
time" before the U.S. market sees regular usage of higher ethanol blends, due
to lagging infrastructure. "It's a slow go," she added.
   "It is positive news to have out there," added ADM's John Rice. "We should
see more of our customers put up E15, especially with the price spread we see
right now," he added.

   Discussion on the conference call also turned to what perhaps 2011 may bring for ethanol prices. Rice said he believed much of the ethanol business will be spot volumes this year. "Currently, depending on the markets, it could easily be 10-20 cts ... [without the blenders' credit] under gasoline," he said. Already this year, "we've had very poor weather in the East, and seen slowdown in demand there. But overall, we have a little bit of extra capacity in the market," he added. "The market is still [seeing] very, very spot buyers. You'll always get some forwards, but much ... [of the market is] spot," he noted.

   ADM also operates several biodiesel plants in Germany, a facility in Rondonopolis, Mato Grosso in Brazil, as well as two facilities in Velva, N.D., and Mexico, Mo.

   --Rachel Gantz, rgantz@opisnet.com


Copyright, Oil Price Information Service

---
You are currently subscribed to opisethanol as: apeterso@arb.ca.gov.
To unsubscribe, please send your request via email to opissales@ucg.com
To find out more about OPIS visit us @ http://www.opisnet.com