# EXHIBIT A

## John Kinsey

| | |
|---|---|
| **From:** | John Kinsey |
| **Sent:** | Friday, March 04, 2011 2:16 PM |
| **To:** | 'Gavin McCabe'; dpettit@nrdc.org |
| **Subject:** | RE: RMFU |

Thanks, Gavin.

Also, on another issue relating to the supplemental responses, I wanted to let you know that we would be happy to consider providing defendant and defendant-intervenors with an opportunity to incorporate any information in the supplemental responses into your briefing on the MSJ, to the extent you can identify a need to do so. Let me know if this is something you wish to discuss.

John


John P. Kinsey, Esq.
JONES HELSLEY PC
265 E. River Park Circle
Suite 310
Fresno, California  93720
Phone:  (559) 233-4800, Ext. 216
Fax:  (559) 233-9330
Website:   www.joneshelsley.com

This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information.  Do not copy, forward or distribute this e-mail without permission.  If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited.  If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Gavin McCabe [mailto:Gavin.McCabe@doj.ca.gov]
**Sent:** Friday, March 04, 2011 2:11 PM
**To:** John Kinsey; dpettit@nrdc.org
**Subject:** Re: RMFU

John - we are reviewing the recently served discovery responses and will presumably need to adjust the draft joint statement that we have been preparing.  We will get you that and a redlined version of the draft protective order early next week.   Thanks, Gavin

>>> John Kinsey <jkinsey@joneshelsley.com> 3/1/2011 2:28 PM >>>
Gavin and David:

3/14/2011

I wanted to follow-up on two items.  First, are there any comments on the protective order Stuart Drake sent to you.  Also, on our Feb. 15 David advised that the draft of the separate statement would be forthcoming in a couple days.  Is that something you have been able to complete?  Thanks,

John


John P. Kinsey, Esq.
JONES HELSLEY PC
265 E. River Park Circle
Suite 310
Fresno, California  93720
Phone:  (559) 233-4800, Ext. 216
Fax:  (559) 233-9330
Website:   www.joneshelsley.com

This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information.  Do not copy, forward or distribute this e-mail without permission.  If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited.  If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.