IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, REDWOOD COUNTY MINNESOTA CORN AND SOYBEAN GROWERS, PENNY NEWMAN GRAIN, INC., GROWTH ENERGY, RENEWABLE FUELS ASSOCIATION, REX NEDEREND, FRESNO COUNTY FARM BUREAU, NISEI FARMERS LEAGUE, and CALIFORNIA DAIRY CAMPAIGN,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>JAMES N. GOLDSTENE, Executive Officer of the California Air Resources Board,<br><br>　　　　　　Defendants.<br><br>and related intervenor and consolidated actions.　　　　　　　　　　　　　　　　／ | CASE NO. CV-F-09-2234 LJO DLB<br><br>**ORDER TO GRANT ROCKY MOUNTAIN PLAINTIFFS' REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br>(Doc. 188) |

　　　For good cause appearing, and pursuant to this Court's Local Rule 141, this Court GRANTS the Application to File Documents Under Seal filed by Plaintiffs Rocky Mountain Farmers Union; Redwood County Minnesota Corn And Soybeans Growers; Penny Newman Grain, Inc.; Fresno County Farm Bureau; Nisei Farmers League; California Dairy Campaign; Rex Nederend; Growth Energy and the Renewable Fuels Association (the "Rocky Mountain Plaintiffs"). The Clerk of Court is DIRECTED to seal the following documents submitted in support of the Rocky Mountain Plaintiffs' Motion for Preliminary Injunction:

1     (1)    Exhibits "C" through "F" to the Rebuttal Declaration of Stuart H. Harden in Support of Plaintiffs' Motion for Preliminary Injunction.

    (2)    Unredacted version of the Rebuttal Declaration of Jesse David in Support of Plaintiffs' Motion for Preliminary Injunction

    (3)    Exhibit "A" to the Declaration of Robert Whiteman in Support of Plaintiffs' Motion for Preliminary Injunction

IT IS SO ORDERED.

**Dated:   March 14, 2011**                         **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE