1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ROBERT W. BYRNE, State Bar No. 213155
   Supervising Deputy Attorney General
3  MARK W. POOLE, State Bar No. 194520
   DAVID A. ZONANA, State Bar No. 196029
4  M. ELAINE MECKENSTOCK, State Bar No. 268861
   GAVIN G. MCCABE, State Bar No. 130864
5  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5605
7   Fax:  (415) 703-5480
    E-mail:  Gavin.McCabe@doj.ca.gov
8  *Attorneys for Defendants James N. Goldstene, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD, et al.,**<br><br>Defendants.<br><hr>**NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES GOLDSTENE,** *et al.*,<br><br>Defendants. | LEAD CASE NO. :<br>  1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br>  1:10-CV-00163-LJO-DLB<br><br>**REQUEST FOR CONTINUANCE OF HEARING ON MOTION TO COMPEL AND ORDER**<br><br>Date:        March 18, 2011<br>Time:        9:00 a.m.<br>Courtroom: Nine<br>Judge:       The Honorable Dennis L. Beck<br>Trial Date: Not Set<br>Action Filed: December 23, 2009 |

REQUEST FOR CONTINUANCE AND ORDER (Lead Case No. 1:09-CV-02234-LJO-DLB)

Defendants and Defendant-Intervenors ("Defendants") respectfully request continuance of the hearing on their Motion to Compel (ECF Doc. 162) which is currently scheduled for March 18, 2011. Counsel for Defendants has had a conflict arise with another matter and will be out of town on the date currently scheduled for the hearing. Accordingly, based on the Court's calendar and Defendants' calendars,[1] Defendants request that the hearing be continued until April 8, 2011, or as soon thereafter as the Court can accommodate.

Dated: March 16, 2011　　　　　　　　　　　Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General

　/s/ Gavin G. McCabe
GAVIN G. MCCABE
Deputy Attorney General
*Attorneys for Defendants*
*James N. Goldstene et al.*

David Pettit
Nancy S. Marks
Vivian H. Wang
NATURAL RESOURCES DEFENSE COUNCIL

/s/ David Pettit
DAVID PETTIT
Attorneys for Defendant-Intervenor,
Natural Resources Defense Council, Inc.

SIERRA CLUB

/s/ Pat Gallagher
PAT GALLAGHER
Attorney for Defendant-Intervenor,
Sierra Club

---

[1] Defendants inquired about the calendar availability of Plaintiffs' counsel but did not receive a response prior to filing this request.

REQUEST FOR CONTINUANCE AND ORDER (Case No 1:09-CV-02234-LJO-DLB)　　1

CONSERVATION LAW FOUNDATION

 /s/ Jane West_____
JANE WEST
Attorney for Defendant-Intervenor,
Conservation Law Foundation

ENVIRONMENTAL DEFENSE FUND


 /s/ James Tripp_____
JAMES TRIPP
Attorney for Defendant-Intervenor,
Environmental Defense Fund

ORDER

The Defendants having requested a continuance of the hearing on their motion to compel, and good cause showing, it is hereby ORDERED:  The hearing on Defendants' Motion to Compel is continued until April 8,  at 9:00 a.m.


IT IS SO ORDERED.

Dated:   **March 16, 2011**              /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE