KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General
GAVIN G. MCCABE, State Bar No. 130864
MARK POOLE, State Bar No. 194520
DAVID A. ZONANA, State Bar No. 196029
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5582
  Fax:  (415) 703-5480
  E-mail:  Mark.Poole@doj.ca.gov
*Attorneys for Defendants*
*James N. Goldstene, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES N. GOLDSTENE, et al.,**<br><br>Defendants.<br><br>And Related Consolidated Action. | LEAD CASE No. 1:09-CV-02234-LJO-DLB<br><br>*Consolidated with* Case No: 1:10-CV00163-LJO-DLB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO ENLARGE THE PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   The Honorable Lawrence J. O'Neill<br>Action Filed:   December 23, 2009 |
| **NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES N. GOLDSTENE, et al.,**<br><br>Defendants | |

1

For good cause appearing, the defendants' request for leave to enlarge the page limit for their reply brief on their cross-motion for summary judgment is GRANTED.  Defendants' reply brief may not exceed 20 pages.

**IT IS SO ORDERED.**


Dated:  _March 21, 2011__                    /s/ Lawrence J. O'Neill_____
                                             Honorable Lawrence J. O'Neill
                                             United States District Judge

2

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO ENLARGE PAGE LIMITS FOR REPLY BRIEF IN SUPPORT OF CROSS-MOTION FOR SUMM. JUDGMENT  (1:09-CV-02234-LJO-DLB)