KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Supervising Deputy Attorney General
GAVIN G. MCCABE, State Bar No. 130864
MARK POOLE, State Bar No. 194520
DAVID A. ZONANA, State Bar No. 196029
ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5582
  Fax:  (415) 703-5480
  E-mail:  Mark.Poole@doj.ca.gov
*Attorneys for Defendants*
*James N. Goldstene et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION, et al.,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**JAMES GOLDSTENE, et al.,**<br><br>                  Defendants.<br><br>**AND RELATED CONSOLIDATED ACTION.**<br>---<br>**NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, et al.,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**JAMES GOLDSTENE, et al.,**<br><br>                  Defendants. | LEAD CASE No. 1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br><br>1:10-CV00163-LJO-DLB<br><br>***AMENDED* DECLARATION OF MARK POOLE IN SUPPORT OF DEFENDANTS AND DEFENDANT-INTERVENORS' SUPPLEMENTAL BRIEFS IN OPPOSITION TO RMFU PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       TBD<br>Time:      TBD<br>Courtroom: Four<br>Judge:     The Honorable Lawrence J. O'Neill<br>Trial Date: None Set<br>Action Filed: 12/23/2009 |

1

I, Mark Poole, declare and state as follows:

1. I am a Deputy Attorney General for the State of California and counsel for Defendants in this matter. I make this declaration based on my personal knowledge of the facts set forth herein. I am willing and able to testify under oath if called as a witness before the Court.

2. I am an attorney duly admitted to practice before this Court and licensed to practice law in the courts of the State of California. I make this declaration in support of Defendants' supplemental briefs in opposition to the RMFU Plaintiffs' Motion for Summary Judgment and Motion for Preliminary Injunction. This amended declaration is intended to replace ECF Doc. No. 175, previously efiled on February 18, 2011, in order to add pages of exhibits that were inadvertently omitted from the original filing.

3. Attached as Exhibits are true and correct copies of materials obtained from Plaintiffs Renewable Fuels Association ("RFA") and Growth Energy through the limited discovery authorized by this Court on January 14, 2011. *See* Dkt. 157.

4. Attached as Exhibit A are true and correct copies of excerpts from Plaintiff RFA's Answers to Defendants' First Set of Interrogatories.

5. Attached as Exhibit B are true and correct copies of excerpts from Plaintiff RFA's production of documents in response to Defendants' First Set of Requests for Production of Documents. **This exhibit to this amended declaration includes additional pages that were erroneously and inadvertently omitted from the original filing: RFALCFS0185-0188, RFALCFS0226, RFALCFS0337, RFALCFS0390-0392. All pages were identified by page number in the citations in defendants' briefs, and all pages are in plaintiffs' possession.**

6. Attached as Exhibit C is a true and correct copy of excerpts from the 30(b)(6) deposition of Plaintiff RFA. **This exhibit to this amended declaration includes additional pages that were erroneously and inadvertently omitted from the original filing: 27, 50. All pages were identified by page number in the citations in defendants' briefs, and all pages are in plaintiffs' possession.**

7. Attached as Exhibit D are true and correct copies of excerpts from Plaintiff Growth Energy's Responses to Defendants' First Set of Interrogatories.

8. Attached as Exhibit E are true and correct copies of excerpts from Plaintiff Growth Energy's production of documents in response to Defendants' First Set of Requests for Production of Documents. **This exhibit to this amended declaration includes additional pages that were erroneously and inadvertently omitted from the original filing: RMFU-GRE-0093, RMFU-GRE-0173, RMFU-GRE-0186, RMFU-GRE-0191, RMFU-GRE-0236-0242, RFMU-GRE-0513, RMFU-GRE-0520, RMFU-GRE-0552, RMFU-GRE-0554, RMFU-GRE-0746, RMFU-GRE-1715, RMFU-GRE-1719, RMFU-GRE-1818, RMFU-GRE-1824. All pages were identified by page number in the citations in defendants' briefs, and all pages are in plaintiffs' possession.**

9. Attached as Exhibit F is a true and correct copy of excerpts of a published study by Steffen Mueller, Ph.D, University of Illinois at Chicago, Energy Resources Center, titled "Detailed Report: 2008 National Dry Mill Corn Ethanol Survey", dated May 4, 2010. This study was cited by Plaintiff RFA in its response to Interrogatory No. 13.

10. Attached as Exhibit G are true and correct copies of excerpts from Responses to Interrogatories by Plaintiffs Rocky Mountain Farmers Union, Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Rex Nederend, Fresno County Farm Bureau, Nisei Farmers League, and California Dairy Campaign; and Responses to Requests for Production by Plaintiffs Rocky Mountain Farmers Union, Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Rex Nederend, Fresno County Farm Bureau, Nisei Farmers League, and California Dairy Campaign.

11. Attached as Exhibit H is a true and correct copy of the following sequence of emails between Defendants' and Plaintiffs' counsel: (i) an email from my co-counsel Gavin G. McCabe to Plaintiffs' counsel dated January 27, 2011 at 4:19 p.m.; (ii) an email from John Kinsey, counsel of record for Plaintiffs, to, *inter alia*, my co-counsel Gavin G. McCabe dated January 27, 2011 at 4:43 p.m.; and (iii) an email from my co-counsel Gavin G. McCabe to Plaintiffs' counsel dated January 27, 2011 at 5:12 p.m.

**12. Amendments to this declaration are only for the purpose of providing the Court with the exhibit pages that were inadvertently omitted from the original filing. Plaintiffs**

3

Amend. Decl. of Mark Poole ISO Defendants' Supp. Briefs In Opp. To RMFU Plaintiffs' Motion for Preliminary Injunction & Motion for Summary Judgment (1:09-CV-02234-LJO-DLB)

1 | **were not prejudiced by the omission, because, as noted above, all pages were cited by page**
2 | **number in the briefs and the documents are in plaintiffs' possession.**
3 |     I declare under penalty of perjury that the foregoing is true and correct and based on my
4 | personal knowledge.
5 |     Executed this 30th day of March, 2011, at San Francisco, California.

                          /s/ Mark Poole
                          Mark Poole

SF2010400011

4

Amend. Decl. of Mark Poole ISO Defendants' Supp. Briefs In Opp. To RMFU Plaintiffs' Motion for Preliminary Injunction & Motion for Summary Judgment (1:09-CV-02234-LJO-DLB)