**Exhibit C**

Robert M. Dinnen 30(b)(6)                                    February 4, 2011
Washington, DC

Page 12

1          A    I do.

2          Q    And this document is the subject of

3     this morning's deposition.  Are you aware of that?

4          A    I am.

5          Q    Can you tell me, please, just in a

6     general way how this document, Ethanol Industry

7     Update, how it was prepared.

8          A    I had discussed with staff a request

9     that I had had to provide an update to a group of

10    investors and staff prepared the PowerPoint.

11         Q    When you say group of investors, can

12    you give me more details about who was in that

13    group.

14         A    I had been contacted by David Driscoll

15    from CitiGroup that had asked that I provide an

16    update on the industry early in December.

17         Q    December of 2010?

18         A    Yes.

19         Q    So that was, I'm sorry, that was the

20    date you were contacted by Mr. Driscoll?

21         A    He wanted me to participate in a

22    conference that he was organizing to provide an

Page 16

```
 1     to accompany the PowerPoint to the group; is that

 2     fair?

 3              A    Yes.

 4              Q    Were there any other materials and

 5     handouts that you gave to the group?

 6              A    No.

 7              Q    Do you recall any questions during or

 8     after your presentation?

 9              A    There was a question and answer

10     period.  I don't recall specifically what the

11     questions were.  It probably went on for ten or 15

12     minutes.

13              Q    You don't recall any specific topic

14     that came up?

15              A    Well, the question on everybody's mind

16     at the time was what was going to happen with

17     respect to the ethanol tax incentive, was it going

18     to be extended or not.  It was the first week of

19     December.  We were in the midst of a lame duck

20     session, and it was a great deal of speculation

21     about just what the tax bill would or would not

22     include, and most of the questions, certainly, were
```

Page 17

1    focused on that.

2              Q    Did the -- do you remember whether the

3    topic of the California low carbon fuel standard,

4    can we call that LCFS, low carbon fuel standard?

5              A    We can refer to it as the LCSF, yes.

6              Q    Do you recall in your presentation in

7    December 2010 whether the topic of the LCSF came up?

8              A    I don't recall.  I don't believe that

9    it did.

10             Q    By came up, I want to include, do you

11   recall whether you mentioned it in your

12   presentation?

13             A    I don't think that I did.

14             Q    And why not?

15             A    Because it was not, at that time, a

16   burning issue.  Remember, this was an update of

17   what's going on, and what they clearly wanted to

18   hear about were two things, was EPA going to expand

19   the ruling with respect to E15 and allow vehicles

20   beyond 2007 and newer to utilize E15.  The agency

21   had indicated that they would likely be ruling on

22   that very shortly.  That would have a significant

Page 18

1    impact on the ethanol industry.  They wanted to know

2    about that.

3           They also absolutely were very interested

4    in what the status of the tax bill negotiations

5    were.  They knew that I was intimately involved in

6    those discussions, and they were most interested in

7    my perspective on what would happen in the lame duck

8    session.

9           Q   Before you gave your talk in December

10   of 2010, did you meet with Mr. Cooper or anyone else

11   at RFA to go over the materials that you were going

12   to discuss at the meeting?

13          A   Jeff and I would certainly have had a

14   conversation.  You say met with; he's not in the

15   Washington, DC, office, so we would have talked on

16   the phone.  He would have e-mailed it, but he would

17   have been the only person I would have discussed

18   this PowerPoint with.

19          Q   Do you recall, did you go through it

20   page by page with Mr. Cooper, or was there some

21   other way that you discussed it?

22          A   No.  I mean, he sent it to me, asked

```
 1   BY MR. PETTIT:

 2          Q    The entire page other than your

 3   letter.

 4          A    I thought you just meant this map.

 5          Q    My mistake.

 6          A    When the entire outlook is prepared

 7   and ready, I mean, I review it and have input into

 8   it and sign off on it.

 9          Q    When you say sign off on it, what does

10   that mean?

11          A    That means staff can take it to the

12   printer.

13          Q    And would it be fair to say that once

14   you've signed off on it that -- what is your

15   position at RFA?

16          A    I am the president and CEO.

17          Q    So when you sign off on one of these

18   ethanol industry outlooks as president/CEO of RFA,

19   it would be fair to say that you're vouching for the

20   data in this?

21          A    I'm trusting my staff that the data is

22   accurate.
```

Robert M. Dinnen 30(b)(6)

Washington, DC

February 4, 2011

Page 26

1            Q    If we can go back to the PowerPoint,

2    we were looking at the page current ethanol industry

3    current capacity, and the nine facilities under

4    construction line on there.  In your preparation to

5    give this PowerPoint preparation, did you talk to

6    anyone about why any facility would be under

7    construction, given the potential effect of the

8    LCFS?

9            A    I did not.

10           Q    The line below says expansion of

11   existing facilities, and we see that there are two

12   of those indicated.

13           Do you see that?

14           A    Uh-huh.

15           Q    In preparation for your PowerPoint

16   talk, did you talk to anyone about why any existing

17   facility would expand, given the potential of issues

18   with the low carbon fuel standard?

19           A    I did not.

20           Q    Would you turn, please, to the page of

21   the PowerPoint having to do with the E10 blend wall,

22   the title is, The Industry Is Hitting the E10 Blend

Page 27

1    Wall.

2              Do you see that, sir?

3         A    I do.

4         Q    Can you describe for me in lay terms,

5    please, what is the E10 blend wall.

6         A    EPA currently limits the amount of

7    ethanol that can be blended into gasoline to

8    ten percent of the gallon.  Generally speaking, we

9    have about a 130 billion gallon gasoline market in

10   this country.  That implies approximately a

11   13 billion gallon wall that would be hit, beyond

12   which you would have to utilize ethanol either in

13   other high level blends that have not yet been

14   approved or in E85.  So the blend wall refers to the

15   statutory limit, how much ethanol can be blended

16   into gasolines.

17        Q    So it's ten percent of the total

18   amount gasoline production or is it consumption?

19        A    Ten percent of the ethanol that can be

20   blended into a gallon of gasoline.

21        Q    Okay.  Well, then, how does that

22   square with the availability of -- let me start

Robert M. Dinnen 30(b)(6)                                    February 4, 2011
Washington, DC

Page 30

1          Q    Okay.  Is there export data, ethanol

2     export data on the RFA Web site, do you know?

3          A    I don't.  I don't know we have this

4     chart on the Web site or not.

5          Q    Okay.  If I wanted to know that, would

6     Mr. Cooper be the person I would ask?  If you wanted

7     to know, can you ask anybody at RFA, where did this

8     data come from?  Who would you call?

9          A    Probably wouldn't call first.  I

10     probably would look on the RFA Web site and see if

11     it was there.

12          Q    Okay.  Fair enough.

13          The exports that are referenced here, let's

14     look at the 2010 bar.  It says January to

15     September.  Do you know where those exports are

16     going?

17          A    There are reports that come out of the

18     Department of Commerce that do track exports, and I

19     believe that there are statistics on where it goes.

20     I know, for example, we're exporting today to

21     Brazil, to the Middle East, and to the European

22     Union, and the only way I would know that is because

Page 35

1    pretty accurate.

2            Q    Okay.  Now, the horizontal line for

3    E15 blend wall, looks to me like it hits between the

4    diagonal around some time early 2014.  Would you

5    agree with that?

6            A    Yes.

7            Q    What is the significance of that date

8    in terms of the ability of the ethanol industry to

9    produce and sell ethanol?

10           A    I'm not sure I understand what you're

11   getting at.  I mean, it's just a mathematical

12   calculation that suggests that if you were allowed

13   to blend more ethanol into gasoline, and if EPA's

14   arbitrary limitation of ten percent were lifted, you

15   wouldn't hit the wall until later on.

16           Q    And then in your answer when you say

17   the wall, does that -- well, tell me again, what do

18   you mean by the wall?  Is that the point where

19   there's -- that the ethanol industry, you know,

20   can't sell another gallon of ethanol, that they're

21   topped out, so to speak?

22           A    Simply reflects that refiners won't be

Robert M. Dinnen 30(b)(6)                                           February 4, 2011
                              Washington, DC

                                                                    Page 37
1    gallons.

2              A    Uh-huh.

3              Q    And I'm assuming that's the center

4    line there because that seems to be the intersection

5    point of the horizontal line with the diagonal; is

6    that a fair statement?

7              A    Yes.  Understanding, though, that that

8    blend wall line, it does move based on the amount of

9    gasoline.  So I mean, this is not supposed to be a

10   precise, you know, projection of either when or how

11   much, because it is all dependent upon the gasoline

12   market, which I think is more clearly represented in

13   the previous blend wall chart.

14             Q    Do you know where the projections of

15   the future gasoline market that were used to create

16   this meeting RFS2 targets page, do you know where

17   those projections came from?

18             A    EIA, the Energy Information

19   Administration.

20             Q    Is it a fair reading of this

21   particular chart, Meeting RFS2 Targets, that given

22   EIA's assumptions and given the assumption that EPA

Robert M. Dinnen 30(b)(6)

Washington, DC

February 4, 2011

Page 38

1    allows an E15 blend, let's say in the year 2014, the

2    ethanol industry would be able to produce and sell

3    somewhere around 19 billion gallons of ethanol in

4    the U.S.?

5            A    Potentially.

6            Q    Depending on what?

7            A    Depending on gasoline supply/demand

8    and depending on EPA finalizing the E15 rule and

9    making it available for all vehicles.

10           Q    And when you say by all vehicles, are

11   you referring to the date of manufacture issue?

12   Isn't EPA taking the view now -- isn't EPA taking

13   the view now that there's a cutoff, 2001 or

14   something earlier than which you're not supposed to

15   use E15?

16           A    EPA has thus far only allowed E15 for

17   use in 2001 newer vehicles. In 2011, that

18   represents approximately 65 percent of the fleet.

19           Q    Right. And I guess, then, as time

20   marches on, there will be more of the fleet, won't

21   it, as the old cars go to heaven?

22           A    I've actually thought they went to

Page 41

```
 1            A    I do.

 2            Q    Do you have even a rough estimate, and

 3    below that bullet there are nine subheadings, do you

 4    have even a rough estimate for how long it's going

 5    to take to deal with the technical and regulatory

 6    work that's listed on this page?

 7            A    Generally, I would suggest, and I've

 8    stated publicly, that I believe E15 will likely be

 9    available for commercial sales sometime this summer.

10            Q    The second subheading here says state

11    regulatory issues.

12            Do you see that?

13            A    I do.

14            Q    In your talk to the CitiGroup

15    conference, did you go into any detail about what

16    those state and regulatory issues are?

17            A    I would have just explained to them

18    that that would be state volatility regulation.   For

19    example, perhaps state labeling regulations.   There

20    are limitations under various state programs to how

21    much ethanol can be utilized, and we are trying to

22    address those state by state.
```

Page 43

1    market now to China?

2            A    I don't believe we have exported

3    ethanol to China.

4            Q    How about animal feed that may be a

5    byproduct of the ethanol refining process, if RFA

6    members are exporting that to China?

7            A    The industry has certainly exported

8    distiller's feed to China.

9            Q    Do you know where else, what other

10   countries the industry has exported the distiller's

11   grains to?

12           A    Government reports would suggest we

13   have exported to Canada and Mexico, and I'm fairly

14   certain other countries, as well, but I'm not

15   familiar with exactly what other countries.

16           Q    Can we turn to the page that says

17   ethanol tax policy.  I'm getting near the end of my

18   questions here.

19           Do you see that, sir?

20           A    I do.

21           Q    Down near the bottom there's mention

22   of a five-year extension of VEETC, all caps.

Robert M. Dinnen 30(b)(6)                                    February 4, 2011
                        Washington, DC

Page 46

1   represent?

2          A    Potential blends of ethanol.

3          Q    And in terms of E30, a 30-percent

4   blend, where are we on that?

5          A    Well, E30 is not currently allowed

6   today, but when this was prepared, neither was E15.

7   This is aspirational.

8          Q    And if those aspirations were made

9   real, then the blend wall graph would change,

10  wouldn't it?

11         MR. LOTTERMAN:  Object to form.

12  BY MR. PETTIT:

13         Q    You may answer.

14         A    Certainly, that would be true, but

15  it's, you know, speculation.  We were just, you

16  know, in an industry outlook like this, trying to

17  talk about things you would like to have happen.

18         Q    Could we go back to the Meeting RFS2

19  Targets chart.

20         A    Yes.

21         Q    And do you see to -- if I can describe

22  it, the type of fuel, you've got conventional,

Page 50

1   follow-up questions.

2      FURTHER EXAMINATION BY COUNSEL FOR THE INTERVENOR

3   BY MR. TRIPP:

4           Q    Just a couple of questions, if I may.

5           You've talked about this blender pump

6   technology, and I take it that means there's a tank

7   of ethanol and a tank of gasoline, and you dial it,

8   and somehow they get mixed, have a dial that says

9   E10, 15, or 30 or 50 or 85?

10          A    Wouldn't necessarily be a dial.  It

11  could be buttons, E10, E15, E85, but it just gives

12  the consumer more flexibility at the pump.

13          Q    Do those kinds of blender pumps exist

14  at any gas stations in the United States today?

15          A    Yes, they do.

16          Q    And you've talked about those in

17  Exhibit 4, and page 24.

18          A    Yes.

19          Q    What do you see as the -- there's some

20  discussion on page 24 of Exhibit 4 of the future of

21  blender pumps.  What do you see as being the

22  future?  Is this pie in the sky, or is this

Page 51

1    realistic?

2         A    I wouldn't consider something that is

3    available in the marketplace today as pie in the

4    sky.  What we referred to in this is a program that

5    the Renewable Fuels Association is conducting with

6    the American Coalition for Ethanol to encourage

7    gasoline marketers to utilize blender pumps as they

8    change out their existing pumps.

9         Q    And is that program underway?

10        A    It is underway.

11        Q    Is it meeting with any success?

12        A    I believe so.  We've got more than a

13   thousand blender pumps out there today.  Now, when

14   you're looking at 170,000 gasoline stations across

15   the country, clearly, there's a lot more work that

16   needs to be done, but we're working on it.

17        Q    And also on page 20, that same

18   document, Exhibit 4, you refer to different ethanol

19   blends, specifically on page 20, E30, E50, E85.

20        Do you see that?

21        A    I do.

22        Q    Since you mentioned those different

Page 52

```
 1    blends here, in your view, does an ethanol blend

 2    like E30, you know, have some kind of future in your

 3    vision of where this industry is headed?

 4              A    In a flexible fuel vehicle today,

 5    higher level blend like an E30 would certainly be

 6    utilized and have potential.

 7              Q    I think you indicate somewhere what

 8    portion of new vehicles are flex fuel vehicles.  Do

 9    you know what that is, or do you have any idea what

10    that is?

11              A    This document probably reflects how

12    many vehicles are flex fuel on the road today, and

13    I'd stand by that number.  U.S. automakers have

14    pledged that as much as 50 percent of the vehicles

15    that they will produce in the future will be flex

16    fuel technology.

17              Q    So that would suggest that in a state

18    like California, the portion of vehicles, motor

19    vehicles that could use an E30 blend, for example,

20    would steadily increase over the next ten years?

21              A    Potentially.  It depends a great deal

22    on where the automakers place their flex fuel
```

Page 54

1    advanced biofuels.

2          Q    And that's using what one might call

3    lifecycle analysis that EPA has found satisfactory?

4          A    Yes, that EPA has found satisfactory.

5          Q    Do you know, are there any new corn

6    ethanol facilities under construction today that

7    will have to meet that standard?

8          A    I believe there are grain ethanol

9    facilities, corn ethanol facilities under

10   construction today that can, and by statute, will

11   need to meet that requirement if they intend their

12   ethanol to be sold and used to comply with the RFS.

13         Q    Do you have any idea what the -- from

14   a carbon footprint point of view, and thinking in

15   terms of the EPA methodology to calculate this 20

16   percent, if there are any plants under construction

17   that could do better than 20 percent?

18         A    I don't know specifically about any

19   individual plant.

20         Q    Do you have any thoughts as to whether

21   they're looking ahead over the next ten years, they

22   envision the development of this industry -- let me

Page 55

1    withdraw that.

2              In the cover letter to Exhibit 4, February

3    2010, you refer to in the fourth paragraph,

4    ethanol's carbon footprint is improving with each

5    new plant and technology going into each commercial

6    application.

7              Do you see that?

8         A    I do.

9         Q    What do you mean by that?

10        A    Generally speaking, as new plants are

11   built, they're utilizing the latest and greatest

12   technology.  They are generally going to be more

13   efficient than the older facilities, and thus should

14   have a improved carbon footprint.

15        Q    And is that just a kind of a general

16   statement, or do you have any evidence, or does your

17   association have any evidence that that is, in fact,

18   the case?

19        A    Well, that is a general statement, but

20   as reflected in the testimony that we have provided

21   to the State of California, the Department of Energy

22   and Oregon National Labs has issued reports

Robert M. Dinnen 30(b)(6)                                                February 4, 2011
                          Washington, DC

Page 56

1    demonstrating how much more efficient ethanol plants

2    are today than they were even five years ago.

3            Q    For new or old, but for any corn

4    ethanol plant that satisfies the renewable portfolio

5    standard to 20 percent or greater reduction

6    threshold, what do you envision -- do you envision

7    any role for the production of corn ethanol for such

8    plants in the California market after 2014?

9            A    As we evaluate the California program

10   and the way that it penalizes Midwest ethanol

11   facilities for both transportation and power

12   generation, we see very limited opportunities for

13   sale in the state.

14           Q    Do you know whether or not there are

15   any corn ethanol plants today that are able to or

16   have shown California that they can meet carbon

17   intensity value below 85?

18           A    I have no information about a specific

19   facility or what they might or might not have shown

20   the State of California.

21           Q    So if I ask you the same question

22   about 80, your answer would be the same, I assume?

Robert M. Dinnen 30(b)(6)                                                  February 4, 2011
Washington, DC

Page 59

1    information.

2             Q    I'm not asking about any particular

3    plants.  I'm asking about the set of plants to which

4    you're referring here in this third sentence of the

5    fourth program of February 2010.  That set of

6    plants, whatever they happen to be, have you done

7    any analysis on what their carbon intensity values

8    happen to be and whether they could compete in

9    California in 2014?

10            A    No.

11            Q    If I ask you about 2015, 2020, your

12   answer would be the same?

13            A    Yes.

14            Q    Doesn't the California program, in

15   your view, provide incentives for the very kind of

16   new corn ethanol plants that have been improving

17   carbon footprint and using new technologies to come

18   on line?

19            A    I believe the California program

20   provides incentives for ethanol produced in the

21   State of California.

22            Q    Does the California program, in your