**JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California  93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916

Attorneys for:   Plaintiff Growth Energy

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; FRESNO COUNTY FARM BUREAU; NISEI FARMERS LEAGUE; CALIFORNIA DAIRY CAMPAIGN; REX NEDEREND; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION<br><br>Plaintiffs,<br><br>v.<br><br>JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant.<br><br>and Related Consolidated Action | LEAD CASE NO.<br>   1:09-CV-02234-LJO-DLB<br><br>*Consolidated With* Case No.:<br>   1:10-CV-00163-LJO-DLB<br><br>**ORDER GRANTING PLAINTIFF GROWTH ENERGY'S *EX PARTE* APPLICATION FOR (1) LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; AND (2) ORDER TO FILE AN UNREDACTED VERSION OF DECLARATION UNDER SEAL** |

For good cause appearing, and pursuant to this Court's Local Rule 141, this Court **GRANTS** Plaintiff Growth Energy's application for leave to file the Second Declaration of Robert Whiteman in Support of Plaintiffs' Motion for Preliminary Injunction.

This Court also **GRANTS** Plaintiff Growth Energy's application to file the Second Declaration of Robert Whiteman in Support of Plaintiffs' Motion for Preliminary

{7011/005/00261564.DOC}   1

**[PROPOSED] ORDER GRANTING PLAINTIFF GROWTH ENERGY'S *EX PARTE* APPL. FOR (1) LEAVE TO FILE SUPP. DECL. IN SUPPORT OF MOT. FOR PRELIM. INJ.; & (2) ORDER TO FILE UNREDACTED VERSION OF DECL. UNDER SEAL**

1  Injunction under seal.  The Clerk of Court is **DIRECTED** to seal the following documents
2  submitted in support of the Plaintiff Growth Energy's Application for Leave to File
3  Supplemental Declaration in Support of Motion for Preliminary Injunction:
4      (1)  An unredacted version of the Second Declaration of Robert Whiteman in
5  Support of Plaintiffs' Motion for Preliminary Injunction, including Exhibit "A" to the
6  declaration.

9  IT IS SO ORDERED.

10  Dated:   **May 11, 2011**                    /s/ Lawrence J. O'Neill
11                                                                          UNITED STATES DISTRICT JUDGE

{7011/005/00261564.DOC}                    2

**[PROPOSED] ORDER GRANTING PLAINTIFF GROWTH ENERGY'S *EX PARTE* APPL. FOR (1) LEAVE TO FILE SUPP. DECL. IN SUPPORT OF MOT. FOR PRELIM. INJ.; & (2) ORDER TO FILE UNREDACTED VERSION OF DECL. UNDER SEAL**