UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES GOLDSTENE, et al., <br><br> Defendants. <br><br> NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES GOLDSTENE, et al., <br><br> Defendants. | LEAD CASE No. 1:09-CV-02234-LJO-DLB <br> *Consolidated With Case* No. 1:10-CV-00163 LJO DLB <br><br> **ORDER GRANTING APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF TIMOTHY HOGAN (ECF NO. 128-1) IN SUPPORT OF NPRA PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

For good cause appearing this Court **GRANTS** Plaintiffs National Petrochemical & Refiners Association's, American Trucking Association's, The Center For North American Energy Security's, and The Consumer Energy Alliance's Application for Leave to File Supplemental Declaration of Timothy Hogan (ECF No. 128-1) in Support of NPRA Plaintiffs' Motion for Partial Summary Judgment.

**IT IS SO ORDERED.**

DATED:  May 16, 2011                                 By:   /s/ Lawrence J. O'Neill

                                                                                                  Lawrence J. O'Neill
Judge of the United States District Court
Eastern District of California

1

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE SUPPLEMENT TO THE DECLARATION OF TIMOTHY HOGAN IN SUPPORT OF NPRA PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; LEAD CASE NO. 1:09-CV-02234-LJO-DLB