1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ROBERT W. BYRNE, State Bar No. 213155
   Supervising Deputy Attorney General
3  GAVIN G. MCCABE, State Bar No. 130864
   MARK POOLE, State Bar No. 194520
4  DAVID A. ZONANA, State Bar No. 196029
   ELAINE MECKENSTOCK, State Bar No. 268861
5  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5582
7    Fax:  (415) 703-5480
     E-mail:  Mark.Poole@doj.ca.gov
8  *Attorneys for Defendants*
   *James N. Goldstene, et al.*
9
                    IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                              FRESNO DIVISION
12

13

14 **ROCKY MOUNTAIN FARMERS UNION,** | LEAD CASE No.
    **et al.,**
15                                    | 1:09-CV-02234-LJO-DLB
                          Plaintiffs,
16                                    | *Consolidated With* Case No.:
         v.
17                                    | 1:10-CV00163-LJO-DLB

18 **JAMES N. GOLDSTENE, et al.,**    | **ORDER GRANTING DEFENDANTS'**
                                       **AND DEFENDANT-INTERVENORS'** ***EX***
19                        Defendant.   ***PARTE* APPLICATION TO FILE**
                                       **UNREDACTED OBJECTIONS UNDER**
20                                     **SEAL**
   **AND RELATED CONSOLIDATED ACTION.**
21
                                       Date:      TBD
22 **NATIONAL PETROCHEMICAL &**        Time:      TBD
   **REFINERS ASSOCIATION,** *et al.*, Courtroom: TBD
23                                     Judge      The Honorable Lawrence J.
                                                  O'Neill
24                        Plaintiffs,
                                       Action Filed:  December 23, 2009
25       v.

26 **JAMES GOLDSTENE, et al.,**

27
                          Defendants.
28
                                       1
   [PROPOSED] ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' *EX PARTE*
   APPLICATION TO FILE UNREDACTED OBJECTIONS UNDER SEAL  (1:09-CV-02234-LJO-DLB)

For good cause appearing, and pursuant to this Court's Local Rule 141, this Court **GRANTS** Defendants' and Defendant-Intervenors' application to file their unredacted Objections to the Second Declaration of Robert Whiteman under seal.

The Clerk of Court is **DIRECTED** to seal the following documents submitted in support of Defendants' Application:

(a) An unredacted version of the Objections to the Second Declaration of Robert Whiteman in Support of Plaintiffs' Motion for a Preliminary Injunction.

IT IS SO ORDERED.

Dated:   **May 23, 2011**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' *EX PARTE* APPLICATION TO FILE UNREDACTED OBJECTIONS UNDER SEAL  (1:09-CV-02234-LJO-DLB)

For good cause appearing, and pursuant to this Court's Local Rule 141, this Court **GRANTS** Defendants' and Defendant-Intervenors' application to file their unredacted Objections to the Second Declaration of Robert Whiteman under seal.

The Clerk of Court is **DIRECTED** to seal the following documents submitted in support of Defendants' Application:

(a) An unredacted version of the Objections to the Second Declaration of Robert Whiteman in Support of Plaintiffs' Motion for a Preliminary Injunction.

IT IS SO ORDERED.

Dated:   **May 23, 2011**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING DEFENDANTS' AND DEFENDANT-INTERVENORS' *EX PARTE* APPLICATION TO FILE UNREDACTED OBJECTIONS UNDER SEAL  (1:09-CV-02234-LJO-DLB)