KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ROBERT W. BYRNE, State Bar No. 213155
Supervising Deputy Attorney General
MARK POOLE, State Bar No. 194520
DAVID A. ZONANA, State Bar No. 196029
ELAINE MECKENSTOCK, State Bar No. 268861
GAVIN G. MCCABE, State Bar No. 130864
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5605
  Fax:  (415) 703-5480
  E-mail:  Gavin.McCabe@doj.ca.gov
*Attorneys for Defendants*
*James N. Goldstene, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD,**<br><br>Defendants.<br><br>**and Related Consolidated Action.** | LEAD CASE NO.<br>  1:09-CV-02234-LJO-DLB<br><br>*CONSOLIDATED WITH CASE NO.*<br>  1:10-CV-00163-LJO-DLB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO ENLARGE THE PAGE LIMIT FOR SUR-REPLY BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  The Honorable Lawrence J. O'Neill<br>**Action Filed: December 23, 2009** |
| **NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, THE CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE,**<br><br>Plaintiffs, | |

1

v.

**JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD,**

Defendants.

For good cause appearing, Defendants' request for leave to enlarge the page limit for their sur-reply brief in opposition to Plaintiffs' motion for preliminary injunction is GRANTED. Defendants' sur-reply may not exceed 15 pages.

**IT IS SO ORDERED.**

Dated:  _June 3, 2011_____                    /s/ Lawrence J. O'Neill_____
                                                                                Honorable Lawrence J. O'Neill
                                                                                United States District Judge

2

Proposed Order Granting Defendants' Request for Leave to Enlarge the Page Limit for Sur-Reply Brief in Opp. to Plaintiffs' Motion for Preliminary Injunction  (1:09-CV-02234-LJO-DLB)