KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ROBERT W. BYRNE, State Bar No. 213155
Supervising Deputy Attorney General
GAVIN G. MCCABE, State Bar No. 130864
MARK POOLE, State Bar No. 194520
DAVID A. ZONANA, State Bar No. 196029
ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5894
 Fax:  (415) 703-5480
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*
*James N. Goldstene, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION; REDWOOD COUNTY MINNESOTA CORN AND SOYBEANS GROWERS; PENNY NEWMAN GRAIN, INC.; GROWTH ENERGY and the RENEWABLE FUELS ASSOCIATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD,**<br><br>Defendants.<br><br>**and Related Consolidated Action.** | LEAD CASE NO.<br> 1:09-CV-02234-LJO-DLB<br><br>*CONSOLIDATED WITH CASE NO.*<br> 1:10-CV-00163-LJO-DLB<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION TO FILE UNDER SEAL: (1) UNREDACTED SUR-REPLY BRIEF; (2) UNREDACTED DECLARATION OF M. ELAINE MECKENSTOCK; (3) UNREDACTED SECOND DECLARATION OF MICHAEL WAUGH** |
| **NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, AMERICAN TRUCKING ASSOCIATIONS, THE CENTER FOR NORTH AMERICAN ENERGY SECURITY, and THE CONSUMER ENERGY ALLIANCE,**<br><br>Plaintiffs, | Judge:    The Honorable Lawrence J. O'Neill<br>Action Filed:   December 23, 2009 |

1

| | |
|---|---|
| v. | |
| JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD, | |
| Defendants. | |

For good cause appearing, and pursuant to this Court's Local Rule 141, this Court **GRANTS** Defendants' and Defendant-Intervenors' ("Defendants") application to file their unredacted sur-reply and two supporting declarations under seal. Defendants may file the unredacted versions of the documents listed below under seal.

The Clerk of Court is **DIRECTED** to seal the following documents submitted in support of Defendants' Sur-Reply in Opposition to RMFU Plaintiffs' Motion for Preliminary Injunction:

a) An unredacted version of Defendants' and Defendant-Intervenors' Sur-Reply in Opposition to RMFU Plaintiffs' Motion for Preliminary Injunction,

b) An unredacted version of the Declaration of M. Elaine Meckenstock in Support of Defendants' Sur-Reply in Opposition to RMFU Plaintiffs' Motion for Preliminary Injunction,

c) An unredacted version of the Second Declaration of Michael Waugh in Support of Defendants' Sur-Reply in Opposition to RMFU Plaintiffs' Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated:   **June 8, 2011**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

2

[Proposed] Order Granting Defendants' App to File Under Seal: (1) Unred. Sur-Reply Brief; (2) Unred. Decl. of M. Elaine Meckenstock; (3) Unred. Second Decl. of Michael Waugh (1:09-CV-02234-LJO-DLB)