# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ROCKY MOUNTAIN FARMERS UNION, ET AL.,**

CASE NO: **1:09–CV–02234–LJO –GSA**

v.

**JAMES N. GOLDSTENE, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/29/2011**

    **Victoria C. Minor**
    Clerk of Court

ENTERED: **December 29, 2011**

by: _/s/  S. Martin–Gill_
        Deputy Clerk