FILED

UNITED STATES COURT OF APPEALS

APR 23 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; et al., | No. 12-15131 |
| Plaintiffs - Appellees, | D.C. Nos.    1:09-cv-02234-LJO-GSA |
| v. | 1:10-cv-00163-LJO-DLB |
| JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board; et al., | Eastern District of California, Fresno |
| Defendants - Appellants, | |
| ENVIRONMENTAL DEFENSE FUND; et al., | |
| Intervenor-Defendants - Appellants. | |

ec/MOATT

ROCKY MOUNTAIN FARMERS UNION; et al.,

               Plaintiffs - Appellees,

    v.

JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board; et al.,

               Defendants - Appellants,

ENVIRONMENTAL DEFENSE FUND; et al.,

               Intervenor-Defendants - Appellants.

No. 12-15135

D.C. Nos.  1:09-cv-02234-LJO-GSA
            1:10-cv-00163-LJO-DLB

Eastern District of California, Fresno


ORDER

Before: PREGERSON, CANBY, and FISHER, Circuit Judges.

The court has reviewed the responses to the January 24, 2012 order to show cause filed in appeal No. 12-15135. The order to show cause is discharged.

Appellants' motion to consolidate appeal Nos. 12-15131 and 12-15135 is granted. Appeal Nos. 12-15131 and 12-15135 are consolidated.

Appellants' motions to file an oversized motion for stay of the district court's orders and judgments pending appeal ("the Stay Motion") and reply in support of the Stay Motion, filed in each of these consolidated appeals, are granted. The Stay Motion and the reply in support thereof have been filed.

Appellees' motions to file an oversized opposition to the Stay Motion, filed in each of these consolidated appeals, are granted. The oppositions to the Stay Motion have been filed.

The motion of the Western States Petroleum Association to become amicus curiae in these consolidated appeals, filed in each of these consolidated appeals, is granted. The Clerk shall amend the dockets in these consolidated appeals to reflect that status.

Appellants' motion to strike the opposition to the Stay Motion filed by the State of Nebraska, et al., in these consolidated appeals is denied.

Appellees' motion to strike the declaration of Michael Waugh, dated March 12, 2012, is denied. Appellees' alternative motion for leave to file supplemental declarations in opposition to the Stay Motion is granted. The supplemental declarations have been filed.

The Stay Motion, filed in each of these consolidated appeals, is granted. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Appellants' motion to expedite these consolidated appeals and motion to file an oversized consolidated opening brief and reply brief are granted. Appellants' consolidated opening brief and appellees' answering briefs shall not exceed 30,000 words. Appellants' consolidated optional reply brief shall not exceed 15,000 words.

The following briefing schedule shall govern these consolidated appeals: the consolidated opening brief and excerpts of record are due May 25, 2012; the answering briefs are due June 25, 2012; and the optional consolidated reply brief is due within 14 days after service of the answering brief.

Appellees are encouraged to join in a single brief to the greatest extent practicable.  *See* 9th Cir. R. 28-4.