**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
John P. Kinsey #215916
Attorneys for:   Rocky Mountain Farmers Union, *et al.*

**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

John C. O'Quinn, PHV
Stuart A.C. Drake, PHV
Attorneys for: Growth Energy

**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street, NW
North Tower, Suite 200
Washington, DC 20007-5118
Telephone:  (202) 625-3525
Facsimile: (202) 295-1111

Charles H. Knauss, PHV
Attorney for: Renewable Fuels Association

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD W. COREY, in his official capacity as Executive Officer of the California Air Resources Board, *et al.*,<br><br>Defendants. | Case Nos. 1:09-cv-02234-LJO-GSA & 1:10-cv-00163-LJO-GSA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

| | |
|---|---|
| 1 | AMERICAN FUELS & PETROCHEMICAL MANUFACTURERS ASSOCIATION, *et al.*, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | RICHARD W. COREY, in his official capacity as Executive Officer of the California Air Resources Board, *et al.*, |
| 6 | |
| 7 | Defendants. |
| 8 | And related intervenor actions. |

**WHEREAS** the mandate of the United States Court of Appeals for the Ninth Circuit remanding this matter (9th Cir. Nos. 12-15131 & 12-15135) to this Court issued on January 31, 2014.

**WHEREAS** on February 5, 2014, this Court set this matter for a Mandatory Scheduling Conference to be held on May 14, 2014 and ordered the parties to file a joint scheduling report one week prior to the hearing.

**WHEREAS** on March 20, 2014, Plaintiffs Rocky Mountain Farmers Union, Redwood County Minnesota Corn and Soybean Growers, Penny Newman Grain, Inc., Growth Energy, Renewable Fuels Association, Rex Nederend, Nisei Farmers League, the Fresno County Farm Bureau, and the California Dairy Campaign (collectively "RMFU Plaintiffs") and Plaintiffs American Fuels & Petrochemical Manufacturers Association, American Trucking Associations, and Consumer Energy Alliance (collectively "AFPM Plaintiffs") filed petitions for a writ of certiorari in the United States Supreme Court (S. Ct. Nos. 13-1148 & 13-1149) to review the Ninth Circuit's decision.

**WHEREAS** on April 21, 2014, Defendants filed a Conditional Cross-Petition for a Writ of Certiorari in the United States Supreme Court.

///
///
///

**WHEREAS** the parties have agreed to stipulate to continue the Mandatory Scheduling Conference to August 28, 2014, to allow time for the United States Supreme Court's decisions on the petitions for a writ of certiorari and conditional cross-petition for a writ of certiorari, which may occur in late June, 2014.

**WHEREAS** all parties are available to conduct the Mandatory Scheduling Conference in these actions on August 28, 2014, and have agreed to hold it on this date if the Supreme Court denies certiorari in June, 2014.

**WHEREAS** the parties have agreed that in the event the Supreme Court grants certiorari, the Mandatory Scheduling Conference should be stayed pending resolution of the Supreme Court proceedings.

**WHEREAS** the parties have agreed that in the event the Supreme Court does not act on the pending certiorari petitions by the end of June 2014, the Mandatory Scheduling Conference should be continued to a date to be set after the Supreme Court acts on the pending certiorari petitions.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs in both actions and Defendants, by and through their respective counsel, that:

1. The Mandatory Scheduling Conference in this Action, scheduled for May 14, 2014, should be continued to August 28, 2014, at 9:15 a.m. or such time as may be set by the Court, in Courtroom 10.

2. The parties will file a joint scheduling report one week prior to the scheduling conference.

3. If the Supreme Court grants certiorari at the end of June 2014, the parties will jointly inform the Court within ten days of such action and the scheduling conference should be stayed pending resolution of the Supreme Court proceedings.

///
///
///
///

4. If the Supreme Court does not act on the pending certiorari petitions by the end of June 2014, the parties will jointly inform the Court by July 28, 2014 and the scheduling conference should be continued to a date to be set after the Supreme Court acts on the pending certiorari petitions following the Supreme Court's summer recess.

Dated: May 6, 2014	STATE OF CALIFORNIA,
	DEPARTMENT OF JUSTICE

	By: /s/ M. Elaine Meckenstock
	M. Elaine Meckenstock,
	Attorneys for Defendants

Dated: May 6, 2014	WANGER JONES HELSLEY PC

	By: /s/ Timothy Jones
	Timothy Jones,
	Attorneys for RMFU Plaintiffs

Dated: May 6, 2014	SIDLEY AUSTIN LLP

	By: /s/ Roger R. Martella, Jr.
	Roger R. Martella, Jr.,
	Attorneys for AFPM Plaintiffs

Dated: May 6, 2014	DONAHUE & GOLDBERG, LLP

	By: /s/ Sean Donahue
	Sean Donahue,
	Attorneys for Environmental Defense Fund;
	Natural Resources Defense Council; Sierra
	Club; Conservation Law Foundation

## **ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference in this action, scheduled for May 14, 2014, shall be continued to a future date depending on how and when the Supreme Court acts on the pending petitions for certiorari in this matter.

If the Supreme Court denies the pending certiorari petitions at the end of June 2014, the scheduling conference will be held on August 28, 2014, at _____ ___.m. in Courtroom 10.  The parties will file a joint scheduling report one week prior to the scheduling conference.

If the Supreme Court grants certiorari at the end of June 2014, the parties will jointly inform the Court within ten days of such action and the scheduling conference will be stayed pending resolution of the Supreme Court proceedings.

If the Supreme Court does not act on the pending certiorari petitions at or near the end of June 2014, the parties will jointly inform the Court by July 28, 2014 and the scheduling conference will be continued to a date to be set after the Supreme Court acts on the pending certiorari petitions following the Supreme Court's summer recess.

DATED: May ____, 2014      _____
                                                    Honorable Gary S. Austin