KAMALA D. HARRIS
Attorney General of California
GAVIN G. MCCABE, State Bar No. 130864
Supervising Deputy Attorney General
NOAH GOLDEN-KRASNER, State Bar No. 217556
JONATHAN WIENER, State Bar No. 265006
DAVID A. ZONANA, State Bar No. 196029
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-4450
  Fax:  (510) 622-2272
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*
*Richard W. Corey, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **RICHARD W. COREY, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD,** *et al.*, <br><br> Defendants. | LEAD CASE NO. <br> 1:09-cv-02234-LJO-BAM <br><br> *Consolidated With* Case No. <br> 1:10-cv-00163-LJO-BAM <br><br> **STIPULATION AND ORDER RE: SCHEDULING CONFERENCE ORDER** |
| **and Related Consolidated Action.** | |

1   WHEREAS the parties have received the court's minute order, dated June 11, 2015,
2   indicating that the Scheduling Conference previously set for June 18, 2015 has been continued to
3   Tuesday, August 18, 2015 at 9:00 AM in Courtroom 8 before Magistrate Judge Barbara
4   McAuliffe;

5   WHEREAS the minute order indicates that the August 18 scheduling conference may be
6   continued if the "preliminary motions are not resolved before August 2015";

7   WHEREAS the parties have reached an agreement regarding the timing of one of those
8   "preliminary motions" (Defendants' stay motion);

9   WHEREAS the California Air Resources Board is currently scheduled to consider adopting
10  a new Low Carbon Fuel Standard at its July 22-23, 2015 hearing; and

11  WHEREAS it is Defendants' position that the new regulation, if it is adopted and becomes
12  law, will replace the current Low Carbon Fuel Standard which is the subject of Plaintiffs'
13  challenges here;

14  THE PARTIES THEREFORE STIPULATE, pursuant to Local Rule 143, as follows:

15  THAT no briefing need occur on Defendants' stay motion until after the August 18, 2015
16  scheduling conference;

17  THAT, if Defendants believe a stay remains necessary, the schedule for briefing
18  Defendants' stay motion will be set at the August 18, 2015 scheduling conference.

19  /////

| | |
|---|---|
| Dated: June 25, 2015 | Respectfully Submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>GAVIN G. MCCABE<br>Supervising Deputy Attorney General |
| */s/ Sean H. Donahue*<br>SEAN H. DONAHUE<br>DONAHUE & GOLDBERG, LLP<br>1130 Connecticut Avenue, N.W., Suite 950<br>Washington, D.C. 20036<br>*Attorney for Defendant-Intervenors*<br>*Environmental Defense Fund; Natural Resources*<br>*Defense Council; Sierra Club; Conservation Law*<br>*Foundation* | */s/ M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*Richard W. Corey, et al* |
| */s/ Timothy Jones*<br>WANGER JONES HELSLEY PC<br>265 East River Park Circle, Suite 310<br>PO Box 28340<br>Fresno, CA 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330<br>Timothy Jones, State Bar No. 119841<br>John P. Kinsey, State Bar No. 215916<br>Attorneys for: All RMFU Plaintiffs<br>Case No. 1:09-CV-02234-LJO-BAM | */s/ Paul J. Zidlicky*<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1715<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>Marie L. Fiala (CA Bar No. 79676)<br>Roger R. Martella, Jr., pro hac vice<br>Paul J. Zidlicky, pro hac vice<br>Counsel for Plaintiffs In Consolidated Case<br>No. 1:10-CV-00163-LJO-BAM |
| */s/ John C. O'Quinn*<br>KIRKLAND & ELLIS LLP<br>655 15th St. N.W.<br>Suite 1200<br>Washington, D.C. 20005<br>Telephone: (202)879-5000<br>Facsimile: (202) 879-5200<br>Stuart A. C. Drake, pro hac vice<br>John C. O'Quinn, pro hac vice<br>Attorneys for Growth Energy | */s/ Howard R. Rubin*<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street, N.W.<br>North Tower - Suite 200<br>Washington, D.C. 20007<br>Telephone: (202) 625-3500<br>Facsimile: (202) 298-7570<br>Howard R. Rubin, pro hac vice<br>Charles H. Krause, pro hac vice<br>Shannon S. Broome, State Bar No. 150119<br>Attorneys for Renewable Fuels Association |

**IT IS SO ORDERED.**

Dated: **June 26, 2015**         */s/ Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28