KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
GAVIN G. MCCABE, State Bar No. 130864
Supervising Deputy Attorney General
NOAH GOLDEN-KRASNER, State Bar No. 217556
JONATHAN WIENER, State Bar No. 265006
DAVID A. ZONANA, State Bar No. 196029
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-4450
  Fax:  (510) 622-2272
  E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*
*Richard W. Corey, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION;** *et al.*, <br><br>     Plaintiffs, <br><br>     v. <br><br> **RICHARD W. COREY, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD;** *et al.*,, <br><br>     Defendants. <br><br> **and Related Consolidated Action.** | LEAD CASE NO <br>   1:09-cv-02234-LJO-BAM <br><br> *Consolidated With* Case No. <br>   1:10-cv-00163-LJO-BAM <br><br> **STIPULATION AND ORDER RE: SCHEDULING CONFERENCE** |

WHEREAS on June 11, 2015, this court set these cases for a scheduling conference on Tuesday, August 18, 2015 at 9:00 AM in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe (Minute Order, Doc. 338);

1  WHEREAS the California Air Resources Board has recently re-scheduled its consideration of a new Low Carbon Fuel Standard ("LCFS") from July 22-23, 2015 to September 24-25, 2015;

THE PARTIES THEREFORE STIPULATE, pursuant to Local Rule 143, as follows:

THAT the scheduling conference currently set for August 18, 2015 be continued to October 15 or 16, 2015, or a date thereafter that is convenient for the Court;

THAT, if convenient for the Court and to accommodate travel for Defendants' counsel, the scheduling conference be set for the early afternoon (e.g., 1:00 PM) or, failing that, for no earlier than 10:30 AM;

THAT, pursuant to the parties' previous stipulation (Doc. 339), no briefing need occur on Defendants' stay motion until after the scheduling conference; and

THAT, if Defendants believe a stay remains necessary, the schedule for briefing Defendants' stay motion will be set at the scheduling conference.

| | |
|---|---|
| Dated: August 7, 2015 | Respectfully Submitted, |
| | KAMALA D. HARRIS<br>Attorney General of California<br>GAVIN G. MCCABE<br>Supervising Deputy Attorney General |
| */s/ Sean H. Donahue*<br>SEAN H. DONAHUE<br>DONAHUE & GOLDBERG, LLP<br>1130 Connecticut Avenue, N.W., Suite 950<br>Washington, D.C. 20036<br>*Attorney for Defendant-Intervenors*<br>*Environmental Defense Fund; Natural Resources*<br>*Defense Council; Sierra Club; Conservation Law*<br>*Foundation* | */s/ M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General<br>*Attorneys for Defendants*<br>*Richard W. Corey, et al* |
| */s/ Timothy Jones*<br>WANGER JONES HELSLEY PC<br>265 East River Park Circle, Suite 310<br>PO Box 28340<br>Fresno, CA 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330<br>Timothy Jones, State Bar No. 119841<br>John P. Kinsey, State Bar No. 215916<br>Attorneys for: All RMFU Plaintiffs<br>Case No. 1:09-CV-02234-LJO-BAM | */s/ Paul J. Zidlicky*<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1715<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>Marie L. Fiala (CA Bar No. 79676)<br>Roger R. Martella, Jr., pro hac vice<br>Paul J. Zidlicky, pro hac vice<br>Counsel for Plaintiffs In Consolidated Case<br>No. 1:10-CV-00163-LJO-BAM |
| */s/ John C. O'Quinn*<br>KIRKLAND & ELLIS LLP<br>655 15th St. N.W.<br>Suite 1200<br>Washington, D.C. 20005<br>Telephone: (202)879-5000<br>Facsimile: (202) 879-5200<br>Stuart A. C. Drake, pro hac vice<br>John C. O'Quinn, pro hac vice<br>Attorneys for Growth Energy | */s/ Howard R. Rubin*<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street, N.W.<br>North Tower - Suite 200<br>Washington, D.C. 20007<br>Telephone: (202) 625-3500<br>Facsimile: (202) 298-7570<br>Howard R. Rubin, pro hac vice<br>Charles H. Krause, pro hac vice<br>Shannon S. Broome, State Bar No. 150119<br>Attorneys for Renewable Fuels Association |

SF2010400011
90538586.doc

**ORDER**

**IT IS SO ORDERED.**

The August 18, 2015 **Telephonic Scheduling Conference** is hereby <u>continued</u> **to October 16, 2015 at 2:00 PM in Courtroom 8 before Judge McAuliffe.** Defendant's counsel shall make arrangements and have a one line conference call, with ALL counsel on the line, and shall initiate the call at the designated time. After all parties are on the line, the call should then be placed to Judge McAuliffe's chambers at (559)499-5789.

Dated: **August 10, 2015**              /s/ Barbara A. McAuliffe
                                                             UNITED STATES MAGISTRATE JUDGE