| | |
|---|---|
| 1 | KAMALA D. HARRIS, State Bar No. 146672<br>Attorney General of California |
| 2 | GAVIN G. MCCABE, State Bar No. 130864<br>Supervising Deputy Attorney General |
| 3 | NOAH GOLDEN-KRASNER, State Bar No. 217556<br>JONATHAN WIENER, State Bar No. 265006 |
| 4 | DAVID A. ZONANA, State Bar No. 196029<br>M. ELAINE MECKENSTOCK, State Bar No. 268861 |
| 5 | Deputy Attorneys General<br> 1515 Clay Street, 20th Floor |
| 6 | P.O. Box 70550<br> Oakland, CA  94612-0550 |
| 7 | Telephone:  (510) 622-4450<br> Fax:  (510) 622-2272 |
| 8 | E-mail:  Elaine.Meckenstock@doj.ca.gov |
|   | *Attorneys for Defendants* |
| 9 | *Richard W. Corey, et al.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION;** *et al.*, | LEAD CASE NO<br> 1:09-cv-02234-LJO-BAM |
| Plaintiffs, | *Consolidated With* Case No.<br> 1:10-cv-00163-LJO-BAM |
| v. | **JOINT SCHEDULING CONFERENCE REPORT AND [PROPOSED] ORDER** |
| **RICHARD W. COREY, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD;** *et al.*,, | |
| Defendants. | |
| **and Related Consolidated Action.** | |

Pursuant to Judge McAuliffe's Standard Information, the parties provide the following Joint Scheduling Conference Report in advance of the Scheduling Conference currently set for Friday, October 16, 2015 at 2 PM.

1

In light of administrative proceedings that are related to these cases and are ongoing before the California Air Resources Board and California Office of Administrative Law, the parties respectfully request that the Court continue the Scheduling Conference from Friday, October 16, 2015 to one of the following dates, or a date thereafter that is convenient for the Court:

- January 19, 2016
- January 21, 2016
- January 22, 2016
- January 26-29, 2016

The parties do not object to a telephonic scheduling conference of the kind described in the Court's order setting the October 16, 2015 conference. However, if the Court would like the parties to appear in person, Defendants' counsel respectfully requests that the conference begin at 1 PM or later to accommodate same-day travel to Fresno. Plaintiffs' counsel do not object to this request.

**IT IS SO ORDERED.**

**The October 16, 2015 scheduling conference is hereby continued to _____, 2015 at _____ in Courtroom 8.**

Dated: _____   _____
United States Magistrate Judge Barbara A. McAuliffe

| | |
|---|---|
| Dated: October 9, 2015 | Respectfully Submitted,<br><br>KAMALA D. HARRIS<br>Attorney General of California<br>GAVIN G. MCCABE<br>Supervising Deputy Attorney General |
| */s/ Sean H. Donahue*<br>SEAN H. DONAHUE<br>DONAHUE & GOLDBERG, LLP<br>1130 Connecticut Avenue, N.W., Suite 950<br>Washington, D.C. 20036<br>*Attorney for Defendant-Intervenors Environmental Defense Fund; Natural Resources Defense Council; Sierra Club; Conservation Law Foundation* | */s/ M. Elaine Meckenstock*<br>M. ELAINE MECKENSTOCK<br>Deputy Attorney General<br>*Attorneys for Defendants Richard W. Corey, et al* |
| */s/ Timothy Jones*<br>WANGER JONES HELSLEY PC<br>265 East River Park Circle, Suite 310<br>PO Box 28340<br>Fresno, CA 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330<br>Timothy Jones, State Bar No. 119841<br>John P. Kinsey, State Bar No. 215916<br>Attorneys for: All RMFU Plaintiffs<br>Case No. 1:09-CV-02234-LJO-BAM | */s/ Paul J. Zidlicky*<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104-1715<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>Marie L. Fiala (CA Bar No. 79676)<br>Roger R. Martella, Jr., pro hac vice<br>Paul J. Zidlicky, pro hac vice<br>Counsel for Plaintiffs In Consolidated Case No. 1:10-CV-00163-LJO-BAM |
| */s/ John C. O'Quinn*<br>KIRKLAND & ELLIS LLP<br>655 15th St. N.W.<br>Suite 1200<br>Washington, D.C. 20005<br>Telephone: (202)879-5000<br>Facsimile: (202) 879-5200<br>Stuart A. C. Drake, pro hac vice<br>John C. O'Quinn, pro hac vice<br>Attorneys for Growth Energy | */s/ Howard R. Rubin*<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street, N.W.<br>North Tower - Suite 200<br>Washington, D.C. 20007<br>Telephone: (202) 625-3500<br>Facsimile: (202) 298-7570<br>Howard R. Rubin, pro hac vice<br>Charles H. Krause, pro hac vice<br>Shannon S. Broome, State Bar No. 150119<br>Attorneys for Renewable Fuels Association |

SF2010400011
90572359.doc