KAMALA D. HARRIS
Attorney General of California
GAVIN G. MCCABE, State Bar No. 130864
Supervising Deputy Attorney General
MELINDA PILLING, State Bar No. 274949
JONATHAN WIENER, State Bar No. 265006
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0299
 Fax:  (510) 622-2272
 E-mail:  Elaine.Meckenstock@doj.ca.gov
*Attorneys for Defendants*
*Richard W. Corey, et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION,** *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>**RICHARD W. COREY, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD,** *et al.,*<br><br>Defendants.<br><br>**and Related Consolidated Action** | LEAD CASE NO.<br> 1:09-cv-02234-LJO-BAM<br><br>*Consolidated With* Case No.<br> 1:10-cv-00163-LJO-BAM<br><br>**DEFENDANTS' AND DEFENDANT-INTERVENORS' NOTICE OF MOTION AND MOTION TO DISMISS RMFU PLAINTIFFS' THIRD AMENDED COMPLAINT (DOC. 374)**<br><br>Judge:      The Honorable Lawrence J. O'Neill<br>Hearing:   February 24, 2017, 8:30 AM<br>Courtroom:  Four<br><br>Action Filed:  December 23, 2009 |

1

TO THE CLERK OF THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to the Scheduling Conference Order dated August 17, 2016 (Docket No. 377), Defendants and Defendant-Intervenors (collectively "Defendants") hereby respectfully move this Court to dismiss the Third Amended Complaint of Rocky Mountain Farmers' Union ("RMFU"), et al. (Docket No. 374).

This motion has been set for hearing on February 24, 2017, at 8:30 A.M.  Defendants move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  As explained in the accompanying Memorandum of Points and Authorities, Counts I and II, which allege that the LCFS is preempted by the Energy Independence and Security Act of 2007 ("EISA") fail as a matter of statutory construction.  They also fail because RMFU has alleged no facts that could reasonably support the inferences on which its preemption claims are based and because RMFU's conclusory allegations conflict with the expert conclusion of the U.S. Environmental Protection Agency, which is charged with implementing EISA.

Counts III and IV, alleging violations of the dormant Commerce Clause, fail because many of these claims have already been resolved against RMFU by the Ninth Circuit, and, in fact, RMFU's allegations do not raise meaningfully different issues even with respect to RMFU's other claims.

This Motion is based on this Notice of Motion and the accompanying Memorandum of Points and Authorities, the pleadings and papers on file herein, and such other matters as may be presented to the Court before and at the time of any hearing on this motion.

Dated:  October 14, 2016

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
GAVIN G. MCCABE
Supervising Deputy Attorney General


*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for Defendants*
*Richard W. Corey, et al.*

*/s/ Sean H. Donahue*
SEAN H. DONAHUE
*Attorney for Defendant-Intervenors*
*Environmental Defense Fund; Natural*
*Resources Defense Council; Sierra Club;*
*Conservation Law Foundation*

SF2010400011

3

Defendants' & Defendant-Intervenors' Notice of Motion & Motion To Dismiss RMFU's Third Amended Complaint
(Doc. 374) (1:09-cv-02234-LJO-BAM)