# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD W. COREY, in his official capacity as Executive Officer of the California Air Resources Board, et al., <br><br> Defendants. | Lead Case: 1:09-cv-2234-LJO-BAM <br><br> Consolidated with member case: 1:10-cv-163-LJO-BAM[1] <br><br> **ORDER FOR JOINT STATUS REPORT** |

On June 16, 2017, the Court granted in part and denied in part Defendants' motions to dismiss, and ordered the parties to submit a joint status report by June 30, 2017, informing the Court how they wish to proceed. Doc. 389 at 48. On June 28, 2017, the parties jointly requested until July 14, 2017, to submit the ordered joint status report.

The parties' request is GRANTED. The parties shall submit a joint status report on or before July 14, 2017, informing the Court how they wish to proceed.

IT IS SO ORDERED.

Dated: **June 28, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] Unless otherwise indicated, all citations to the docket ("Doc.") refer to the docket in *Rocky Mountain Farmers Union v. Corey*, 09–cv–2234–LJO–BAM.

1