1
 **WANGER JONES HELSLEY PC**
 265 E. River Park Circle, Suite 310
2
 Post Office Box 28340
 Fresno, California 93720
3
 Telephone: (559) 233-4800
 Facsimile: (559) 233-9330
4
5
 Timothy Jones #119841
 John P. Kinsey #215916
6
 Attorneys for: All Plaintiffs in Case No.
7
                 1:09-cv-02234-LJO-BAM
8
 **KIRKLAND & ELLIS LLP**
 655 15th Street, N.W., Suite 1200
9
 Washington, D.C. 20005
 Telephone: (202) 879-5000
10
 Facsimile: (202) 879-5200

 Stuart A. C. Drake, pro hac vice
11
 John C. O'Quinn, pro hac vice
12
 Attorneys for: Plaintiff Growth Energy

13
                 IN THE UNITED STATES DISTRICT COURT

14
              FOR THE EASTERN DISTRICT OF CALIFORNIA

15
                         FRESNO DIVISION

16
 **ROCKY MOUNTAIN FARMERS UNION,**    **LEAD CASE NO.**
 *et al.,*                             **1:09-cv-02234-LJO-BAM**
17

18
        **Plaintiffs,**                *Consolidated With* **Case No.**
                                        **1:10-cv-00163-LJO-BAM**
19
             **v.**
                                       **ORDER ON UNOPPOSED RULE 41(a)**
20
 **RICHARD W. COREY, in his official** **MOTION TO DISMISS REMAINING**
 **capacity as Executive Officer of the** **CLAIMS**
21
 **CALIFORNIA AIR RESOURCES BOARD,**
 *et al.,*
22

23
        **Defendants**
                                     **.**
24

25
 **and Related Consolidated Action.**

26

27

28
 {7011/005/00747362.DOC}

Upon consideration of the Unopposed Rule 41(a) Motion to Dismiss Remaining Claims, presented by Plaintiffs Rocky Mountain Farmers Union, Redwood County Minnesota Corn And Soybeans Growers, Penny Newman Grain, Inc., Fresno County Farm Bureau, Nisei Farmers League, California Dairy Campaign, Rex Nederend, and Growth Energy in Case No. 1:09-cv-02234-LJO-BAM, as well as this Court's June 16, 2017 Memorandum Decision, and the other proceedings in this case, it is hereby ORDERED:

1.      Plaintiffs' motion to dismiss the claims that remain pending in this Court, which were not dismissed in this Court's June 16, 2017 Memorandum Decision is granted.

2.      The clerk will enter a final judgment.

3.      The dismissal of the claims that remained pending is without prejudice to Plaintiffs' appellate rights in the U.S. Court of Appeals for the Ninth Circuit and the Supreme Court, as to all other claims adjudicated in this proceeding.

4.      Each party shall bear its own costs.

IT IS SO ORDERED.

Dated:   **August 14, 2017**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE