IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> RICHARD W. COREY, in his official capacity as Executive Director of the CALIFORNIA AIR RESOURCES BOARD, *et al.*, <br><br> Defendants. <br><br><br> AMERICAN FUELS AND PETROCHEMICAL MANUFACTURERS ASSOCIATION f/k/a NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> RICHARD W. COREY, in his official capacity as Executive Director of the CALIFORNIA AIR RESOURCES BOARD, *et al.*, <br><br> Defendants. | Lead Case No. 1:09-CV-02234-LJO-BAM <br><br> *Consolidated with* Case No. 1:10-CV-00163-LJO-BAM <br><br> **ORDER ON AFPM PLAINTIFFS' RULE 41(A) MOTION TO DISMISS REMAINING CLAIM** <br><br> **Hon. Lawrence J. O'Neill** <br> **U.S. District Judge** |

1

Upon consideration of the Unopposed Rule 41(a) Motion to Dismiss Remaining Claims, presented by Plaintiffs in consolidated case No. 1:10-CV-00163-LJO-BAM (the "AFPM Plaintiffs"), as well as this Court's June 16, 2017 Memorandum Decision, and the other proceedings in this case, it is hereby ORDERED:

1. Plaintiffs' motion to dismiss the claim that remains pending in this Court, which was not dismissed in this Court's June 16, 2017 Memorandum Decision is granted.

2. The clerk will enter a final judgment.

3. The dismissal of the claim that remained pending is without prejudice to Plaintiffs' appellate rights in the U.S. Court of Appeals for the Ninth Circuit and the Supreme Court, as to all other claims adjudicated in this proceeding.

4. Each party shall bear its own costs.

IT IS SO ORDERED.

Dated: **August 14, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE