# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ROCKY MOUNTAIN FARMERS UNION, ET AL.,

JUDGMENT IN A CIVIL CASE

CASE NO: **1:09–CV–02234–LJO–BAM**

v.

NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.,

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/14/2017

**Marianne Matherly**
Clerk of Court

ENTERED: **August 14, 2017**

by: /s/ S. Sant Agata
Deputy Clerk