UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; et al., <br><br>        Plaintiffs - Appellants, <br><br> and <br><br> AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS, FKA National Petrochemical & Refiners Association; et al., <br><br>        Plaintiffs, <br><br>   v. <br><br> RICHARD W COREY, in his official capacity as Executive Officer of the California Air Resources Board; et al., <br><br>        Defendants - Appellees, <br><br> SIERRA CLUB; et al., <br><br>        Intervenor-Defendants - Appellees. | No. 17-16881 <br><br> D.C. Nos. 1:09-cv-02234-LJO-BAM, 1:10-cv-00163-LJO-BAM <br> U.S. District Court for Eastern California, Fresno <br><br> **MANDATE** |

The judgment of this Court, entered January 18, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7