IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROCKY MOUNTAIN FARMERS UNION,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**RICHARD W. COREY, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD,**<br><br>Defendant. | Lead Case No. 1:09-cv-02234-LJO-BAM<br><br>*Consolidated with* Case No. 1:10-CV-00163-LJO-BAM<br>**ORDER DISMISSING, AS MOOT, PLAINTIFFS' CLAIMS AGAINST THE ORIGINAL AND 2012 LOW CARBON FUEL STANDARDS**<br><br>Hon. Lawrence J. O'Neill<br>U.S. District Judge |
| **AMERICAN FUELS AND PETROCHEMICAL MANUFACTURERS ASSOCIATION f/k/a NATIONAL PETROCHEMICAL & REFINERS ASSOCIATION**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**RICHARD W. COREY, in his official capacity as Executive Officer of the CALIFORNIA AIR RESOURCES BOARD,** *et al.*,<br><br>Defendants. | |

1

Order Dismissing, As Moot, Plaintiff's Claims Against the Original and 2012 Low Carbon Fuel Standards
(1:09-cv-02234-LJO-BAM)

Pursuant to the Ninth Circuit's January 18, 2019 decision and February 11, 2019 mandate in this case, the Ninth Circuit has vacated this Court's previous judgment concerning claims by the American Fuel & Petrochemical Manufacturers plaintiffs (Case No. 1:10-CV-00163-LJO-BAM) against the original Low Carbon Fuel Standard (which took effect in 2011) and its 2012 amendments. *See Rocky Mountain Farmers Union v. Corey*, 913 F.3d 940, 950-951 (9th Cir. 2019). Pursuant to the Ninth Circuit's decision and mandate, this Court dismisses these claims as moot. *See id.* The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **March 1, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2

Order Dismissing, As Moot, Plaintiff's Claims Against the Original and 2012 Low Carbon Fuel Standards
(1:09-cv-02234-LJO-BAM)